The Law Offices of Emerson Wheat, APC
Emerson Wheat, Esq.
Cal Bar No. 277456
550 West C Street, Suite 790
San Diego, CA 92101
Tel (619) 876-1633
emersonwheat@gmail.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>William Harvey Yellin,<br><br>Defendant. | Case No. 15-CR-3181-BTM<br><br>**Notice of Second Supplemental Briefing in Support of Motion to Modify Sentence (18 U.S.C. § 3582(c)(1)(A)(i))** |

**To Robert Brewer, Jr., U.S. Attorney; Amanda Griffith, Assistant U.S. Attorney, please take notice:**

Defendant William Harvey Yellin, by and through counsel Emerson Wheat, hereby files this *Second Supplemental Briefing* following the second motions hearing on May 20, 2020 regarding the Defendant's Motion for Modification of Sentence.  This Second Supplemental Briefing is based on the attached motion and exhibits, the materials filed under seal, all records in this matter, and any other sources necessary to this cause.

Respectfully submitted,

Dated: May 27, 2020      /s/ *Emerson Wheat*
                          Emerson Wheat
                          *Attorney for* William Harvey Yellin

15-CR-3181-BTM

1