# Exhibit Q

**(Columbia University, Marta Galanti & Jeffrey Shaman; and
MIT Tech, Antonio Regalado)**

1     **Direct observation of repeated infections with endemic**

2     **coronaviruses**

3

4     Marta Galanti, Jeffrey Shaman

5

6

7     Department of Environmental Health Sciences, Mailman School of Public Health,

8     Columbia University, 722 West 168th Street, New York, NY 10032

9

10

11

12     **Corresponding author - contact information**

13     Dr. Marta Galanti

14     Post-Doctoral Research Scientist,

15     Department of Environmental Health Sciences

16     Mailman School of Public Health

17     722 West 168th St. NY, NY 10032

18     Columbia University

19     mg3822@cumc.columbia.edu

20

21

22

1

23   **Abstract**

24

25   Background

26

27   While the mechanisms of adaptive immunity to pandemic coronavirus SARS-CoV-2 are still

28   unknown, the immune response to the widespread endemic coronaviruses HKU1, 229E, NL63

29   and OC43 provide a useful reference for understanding repeat infection risk.

30

31   Methods

32

33   Here we used data from proactive sampling carried out in New York City from fall 2016 to

34   spring 2018. We combined weekly nasal swab collection with self-reports of respiratory

35   symptoms from 191 participants to investigate the profile of recurring infections with endemic

36   coronaviruses.

37

38   Findings

39

40   During the study, 12 individuals tested positive multiple times for the same coronavirus. We

41   found no significant difference between the probability of testing positive at least once and the

42   probability of a recurrence for the beta-coronaviruses HKU1 and OC43 at 34 weeks after

43   enrollment/first infection. We also found no significant association between repeat infections and

44   symptom severity but strong association between symptom severity and belonging to the same

45   family.

2

46

47    Interpretation

48

49    This study provides evidence that re-infections with the same endemic coronavirus are not

50    atypical in a time window shorter than 1 year and that the genetic basis of innate immune

51    response may be a greater determinant of infection severity than immune memory acquired after

52    a previous infection.

53

54    Funding

55

56    This work was supported by the Defense Advanced Research Projects Agency contract

57    W911NF-16-2-0035.

58

59    **Research in Context**

60

61    **Evidence before the study**

62

63    The endemic coronaviruses OC43, HKU1, 229E and NL63 produce widespread infections in the

64    general population. Serological and experimental studies have shown that a majority of the

65    individuals presents a baseline level of antibodies against these coronaviruses and that

66    subsequent reinfections with the same type are possible.

67

68    **Added value of this study**

3

69

70    Through direct measurement of natural coronavirus infections in a cohort of children and adults,

71    this study confirms the findings of prior serological and experimental studies, and enables

72    quantification of the likelihood and timing of re-infections. Moreover, the design of the study,

73    coupling weekly testing (irrespective of symptom status) with self-report of daily symptoms

74    from the participants, shows that reinfection events within a year after a previous documented

75    infection are not associated with diminished symptom severity. Finally, the study shows

76    correlation in symptom severity across subsequent infections for the same individuals and for

77    individuals belonging to the same family, suggesting a strong genetic determinant of immune

78    response.

79

80    **Implication of all available evidence**

81

82    The results of this study, together with previous serological and experimental studies, provide

83    evidence that immunity developed upon infection with endemic coronaviruses is short-lived and

84    re-infection is common within one year. These findings, as well as findings for SARS and

85    MERS, provide context for understanding protective immunity against repeat SARS-CoV-2

86    infections.

87

88

89

90

91

4

## Background

94  The new coronavirus SARS-CoV-2 appears to have emerged in humans in the Hubei province of

95  China during November 2019 [1]. Human to human transmission was confirmed in early

96  January, and since then the virus has rapidly spread to all continents. The outbreak was declared

97  a pandemic by the WHO on March 11th. As of April 10th, it had spread to over 180 countries

98  with 1,521,252 confirmed cases and 92,798 deaths reported [2].

100  Symptoms associated with SARS-CoV-2 vary from none to extremely severe, with elder adults

101  and people with underlying medical conditions more at risk for developing severe and potentially

102  fatal disease [3]. At present, there is no vaccine or approved antiviral treatment for SARS-CoV-

103  2, and therapies rely principally on symptom management. Many institutions across the world

104  are working to develop a SARS-CoV-2 vaccine, and clinical trials with some vaccine candidates

105  have already begun [4].

107  As the pandemic progresses, infecting millions of people across the world, a key question is

108  whether individuals upon recovery are prone to repeat infection. A recent animal challenge study

109  showed evidence of (at least) short-term protection against re-infections in rhesus macaques

110  experimentally re-infected 4 weeks after first infection [5]. Typically, infections by different

111  viruses trigger different adaptive immune responses: viruses like measles elicit life-long

112  immunity; whereas others, like influenza, do not. Two main processes appear to be responsible

113  for the short-lived immunity engendered against some pathogens: 1) waning of antibodies and

114    memory cells in the host system; and 2) antigenic drift of the pathogen that enables escape from

115    the immunity built against previous strains.

116

117    To contextualize the issue of protective immunity to SARS-CoV-2, we here present findings

118    from a recent proactive sampling project carried out in New York City (NYC) that documented

119    rates of infection and re-infection among individuals shedding seasonal CoV (types: HKU1,

120    229E, NL63 and OC43). The results are discussed and analyzed in the broader context of

121    coronavirus infections.

122

123

## Methods

Data are derived from sampling performed between October 2016 and April 2018 as part of the Virome project, a proactive sampling of respiratory virus infection rates, associated symptom self-reports and rates of seeking clinical care. We enrolled 214 healthy individuals from multiple locations in the Manhattan borough of New York City. Cohort composition is described in [6] and includes: children attending two daycares, along with their siblings and parents; teenagers and teachers from a high school; adults working at two emergency departments (a pediatric and an adult hospital); and adults working at a university medical center. The cohort was obtained using convenience sampling, and all participants were younger than 65 years. While the study period spanned 19 months from October 2016 to April 2018, some individuals enrolled for a single cold and flu season (October – April) and others for the entire study period.  Participants (or their guardians, if minors) provided informed consent after reading a detailed description of the study (CUMC IRB AAAQ4358).

Nasopharyngeal samples were collected by study coordinators once a week irrespective of participant symptoms. Samples were screened using the GenMark eSensor RVP system for 18 different respiratory viruses, including coronavirus 229E, NL63, OC43, and HKU1.  Sample collection and extraction followed the same protocol as in [7].

In addition, participants completed daily self-reports rating nine respiratory illness-related symptoms (fever, chills, muscle pain, watery eyes, runny nose, sneezing, sore throat, cough,

146   chest pain), each of which was recorded on a Likert scale (0=none, 1=mild, 2=moderate,

147   3=severe), see [6] for further survey details.

148

149   For this analysis, only the 191 participants who contributed at least six separate pairs of

150   nasopharyngeal samples in the same season were included. We defined an infection (or viral)

151   episode as a group of consecutive weekly specimens from a given individual that were positive

152   for the same virus (allowing for a one-week gap to account for false negatives and temporary low

153   shedding). We classified all infection episodes as symptomatic or asymptomatic according to

154   individual symptom scores in the days surrounding the date of the first positive swab of an

155   episode. We used multiple definitions as a standard for symptomatic infection does not exist

156   (Table 1). These symptom definitions are described in reference to a -3 to +7-day window

157   around the date of the initial positive swab for each infection episode.  The daily symptom score

158   is defined as the sum of the 9 individual symptoms (range: 0-27) on a given day. Total symptom

159   score is the daily symptom score summed over the -3 to +7-day window.

160

161   We used Survival Analysis methods to estimate the probability of infection (as a function of time

162   from enrollment) and the waning of protective immunity following first infection for each type

163   of coronavirus. Specifically, we used the Kaplan Meier estimator S(t) to estimate 1) the

164   probability of being infected with each coronavirus type and 2) the probability of being re-

165   infected with the same coronavirus type following a previous documented infection. $I(t)$

166   measures the probability of having tested positive for a given coronavirus type by time t:

167   $$I(t) = 1 - S(t) = 1 - \prod_{t_i < t} \left(1 - \frac{d_i}{n_i}\right)$$

8

168    Time $t$ is measured in weeks from enrollment in the first analysis and from the previous

169    documented infection with a specific coronavirus type in the second analysis; $d_i$ are the

170    participants testing positive $i$ weeks after enrollment (after first infection) and $n_i$ are the

171    participants that are still enrolled $i$ weeks after enrollment (after first infection). The denominator

172    $n_i$ corrects for participants withdrawing from the study at different time by right censoring.

173

174    The estimators for the probability of infection and reinfection are compared statistically using the

175    log rank test. We used Fisher's exact test to analyze the difference between symptoms developed

176    during subsequent infections and ANOVA comparison to test differences in symptom scores

177    reported by different family clusters. We restricted the last analysis to the family clusters within

178    the cohort that presented at least 3 coronavirus infections during the study.

179

180    **Results**

181

182    Among all participants enrolled, 86 individuals tested positives at least once during the study for

183    any coronavirus infection. 48 individuals tested positive at least once for OC43, 31 tested

184    positive for 229E, 15 tested positive for NL63 and 28 tested positive for HKU1. Figure 1 shows

185    a Kaplan-Meier plot estimating the probability of becoming infected with each coronavirus

186    within $x$ weeks following enrollment (see Supplementary Table S1 for the number of individuals

187    infected and censored at each time point). OC43 was the most widely diffused virus: the

188    probability of testing positive following 80 weeks in the study was 0.47. In contrast, NL63 was

189    the least frequently isolated coronavirus type: the probability of testing positive after 80 weeks

190    was 0.17. Among the study participants, 12 individuals tested positive multiple times during the

9

191    study for the same coronavirus: 9 tested positive multiple times for OC43, 2 tested positive twice

192    for HKU1, 1 tested positive twice for 229E and nobody tested positive multiple times for NL63.

193    Among the 9 participants with multiple OC43 infections, 3 individuals experienced 3 separate

194    infection episodes, and the other 6 experienced 2 separate episodes. The median time between

195    reinfection events was 37 weeks. The shortest time for a reoccurrence of infection was 4 weeks

196    (OC43), the longest was 48 weeks (OC43). Among the 12 individuals testing positive multiple

197    times for the same coronavirus, 9 were children aged between 1 and 9 years at enrollment, and 3

198    were adults aged between 25 and 34 years (see Supplementary Table S2 for characteristics of the

199    repeated infections).

200

201    Figure 2 shows a Kaplan-Meier plot estimating the probability of becoming re-infected with the

202    same beta-coronavirus (OC43 and HKU1) within $x$ weeks after a previously documented

203    infection (see Supplementary Table S3 for the number of individuals infected and censored at

204    each time point). A comparison between the data shown in Fig 2 and Fig 1 finds no significant

205    differences between the probability of testing positive at least once and the probability of a

206    recurrence for both HKU1and OC43 at 34 weeks after enrollment/first infection.

207

208    To control for false positive PCR results, we tested the sensitivity of the findings to different

209    choices of the positivity threshold used in RVP testing (see Supplementary Text 1 and

210    Supplementary Figures S1 toS 4). The probability of reinfection with beta-coronaviruses at > 38

211    weeks after prior infection was robust across different thresholds, whereas short terms

212    reinfection signals could be an artifact due to PCR amplification. This shifted threshold also

10

213    yields a statistically significant difference between the probability of testing positive at least once

214    and the probability of a recurrence after first infection until week 43 ($p = 0.04$).

215

216    There was no significant difference in the likelihood of experiencing symptomatic infection

217    between the first and subsequent infection episodes by any of the 5 definitions provided in Table

218    1. In particular, all the individuals who were completely asymptomatic during the first recorded

219    occurrence, did not report any symptoms during subsequent infection(s) with the same

220    coronavirus type. However, there was a significant association between severity of symptoms

221    associated with any coronavirus infection and belonging to the same family cluster ($p<.0001$,

222    one-way analysis of variance). Figure 3 shows the total symptom score associated with any

223    coronavirus infection for infections grouped by family cluster.

224

225    **Discussion**

226

227    As the SARS-CoV-2 pandemic spreads to millions of individuals worldwide, it is extremely

228    important to understand the mechanisms of protective immunity elicited by infection. Until

229    direct observations of adaptive immune response to SARS-CoV-2 become available, analyses of

230    protective immunity elicited by other coronaviruses may offer useful insights.

231    Several studies in the last four decades have shown that infections with the 4 endemic

232    coronaviruses 229E, OC43, NL63 and HKU are common in the general population [8] [9].

233    Infection with these viruses generally produces mild and even asymptomatic infection [10].

234    Serological studies have shown that more than 90% of the population presents a baseline level of

235    antibodies against these endemic coronaviruses, with first seroconversion occurring at a young

236   age [11] [8]. Shortly after infection, baseline antibody titers increase sharply; this response has

237   been demonstrated for both natural and experimentally-induced infections [12] [13] [9].

238   Antibody titers start increasing roughly one week following infection, reach a peak after about 2

239   weeks [13], and by 4 months to 1 year have returned to baseline levels [13] [9]. A challenge

240   study [13] showed that the likelihood of developing an infection after inoculation correlated with

241   participants' concentration of antibodies at enrollment. Moreover, a positive correlation has been

242   shown between antibody rise after infection, severity of clinical manifestation and viral shedding

243   [12], with milder cases linked to less substantial post-infection antibody rises.

244   Instances of natural re-infections with the same virus type have been documented previously [9]

245   in which repeated infections with OC43 and 229E were recorded by serological testing.

246   Subsequent infections were separated by at least 8 months, though study participants were tested

247   every 4 months. Participants in a separate challenge study were inoculated with coronavirus

248   229E and then re-challenged with the same virus after one year [13]. In most cases, re-infection

249   occurred, though it presented with decreased symptoms severity and shortened duration of

250   shedding.

251

252   The adaptive immune response to coronavirus is mainly directed towards the most variable part

253   of the virus, a region that is not conserved across types; consequently, cross-reactive protection

254   between different types does not appear to be an important factor [14, 15]. In addition, the effects

255   of antigenic drift on re-infection have not been elucidated [16] and more studies are warranted to

256   understand whether repeat infections are ascribable to rapid virus evolution rather than a decline

257   in antibody titers.

258

259   The mild pathogenicity of seasonal coronavirus infection (with immune response often restricted

260   to the upper respiratory trait) is also often regarded as the reason for short-lived immunity.

261   Coronavirus infections, and the adaptive immunity acquired towards them, have also been

262   studied in animals. In a study on porcine respiratory coronavirus (PRCV), which causes

263   subclinical infections in pigs, antibody titers waned approximately one year after experimental

264   infection [17]. In contrast, an experimental study on murine coronavirus (MHV), which produces

265   severe, systemic infections in mice, has shown an interplay between virus-specific antibodies and

266   T cells, that upon survival in the host lead to life-long protection against reinfection [18].

267   Similarly, a longer immunity profile has been hypothesized for SARS and MERS due to their

268   increased severity and to the systemic response that infection induces [14]. Specific antibodies

269   were detectable for at least 2 years in SARS and MERS survivors [19] [20]. Although

270   longitudinal studies on SARS survivors have not detected specific SARS IGG antibody

271   persistence 5 years after infection, they have found that specific memory T cells persist in the

272   peripheral blood of recovered SARS patients, and at higher levels in patients who experienced

273   severe disease [21]. Whether the presence of these memory T cells would be enough to induce a

274   fast, protective response upon reinfection with SARS has not been assessed.

275   Our study confirms that seasonal coronaviruses are widespread in the general population with

276   infections directly documented for a large fraction of the participants in our study. The methods

277   for our analysis are based on the hypothesis that infection probabilities are comparable among

278   participants enrolled at different times in the study. However, the seasonality of endemic

279   coronaviruses, which are mostly absent during the summer months, and the relative magnitude

280   across years of seasonal coronavirus epidemics are limitations. In US the prevalence of OC43

281   during the 2016-17 season was much higher than during the 2017-18 season, whereas the

282   opposite trend was observed for HKU1 [22]. Moreover, our estimates of infection and re-

283   infection probabilities must be considered as a lower bound, due to the occurrence of weekly

284   swabs missed by the participants and due to the design of the study itself, which may have

285   missed infections of short duration in between consecutive weekly tests. Nevertheless, this study

286   confirms that re-infections with the same coronavirus type occur in a time window shorter than 1

287   year, and finds no significant association between repeat infections and symptom severity.

288   Instead, it provides evidence of possible genetic determinants of innate immune response, as

289   individuals asymptomatic during first infection did not experience symptoms during subsequent

290   infections, and members of the same families reported similar symptom severity. We recognize

291   that the self-reporting of symptoms is an important limitation in this analysis and that parents

292   reported symptoms for their dependents, which possibly introduced bias. Moreover, the majority

293   of the repeated coronavirus infections were found in children, a cohort more vulnerable to

294   infection because of their immature immune system [23], and 26% of the episodes in the

295   repeated infections were co-infections with other respiratory viruses (see Supplementary Table

296   S2).  Another potential limitation of our study is the high sensitivity of PCR tests, that can

297   amplify very small amounts of genetic material, possibly not ascribable to active infections.

298   However, the occurrence of repeated infections separated by at least 38 weeks, was corroborated

299   by repeating the analysis with different positivity thresholds for the RVP.

300

301   More studies analyzing the genetic basis of individual response to coronavirus infections are

302   warranted. Even though the endemic coronaviruses are very rarely associated with severe

14

303   disease, their widespread diffusion together with the fact that OC43 and HKU1 belong to the

304   same beta-coronavirus genus as SARS-CoV2 offer important opportunities for investigation.

305   Author Statement

306

## 307   Contributors

308

309   MG and JS conceived and designed the study. MG performed the analysis. JS coordinated the

310   survey and sample data collection for the study. MG wrote the first draft of the manuscript. JS

311   reviewed the analysis and provided feedback on drafts and approved the final version for

312   publication.

313

314

## 315   Financial support

316   This work was supported by the Defense Advanced Research Projects Agency contract

317   W911NF-16-2-0035. The funders had no role in study design, data collection and analysis,

318   decision to publish, or preparation of the manuscript.

319

## 320   Conflict of interests

321   JS and Columbia University disclose partial ownership of SK Analytics. JS also discloses

322   consulting for BNI.  All other authors declare no competing interests.

323

15

324 **References**

325

[1] Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF, "The proximal origin of SARS-CoV-2," *Nature Medicine,* 2020.

[2] WHO, "Situation Report," 2020. [Online]. Available: https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200401-sitrep-72-covid-19.pdf?sfvrsn=3dd8971b_2.

[3] CDC, 2020. [Online]. Available: https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html.

[4] NIH, "https://www.nih.gov/news-events/news-releases/nih-clinical-trial-investigational-vaccine-covid-19-begins," 2020. [Online].

[5] Bao L, Deng W, Gao H et al., "Reinfection could not occur in SARS-CoV-2 infected rhesus macaques," *bioarxiv, preprint,* 2020.

[6] Galanti M, Birger R, Ud-Dean M et al, "Longitudinal active sampling for respiratory viral infections across age groups.," *Influenza and Other Respiratory Viruses,* vol. 13, no. 3, pp. 226-232, 2019.

[7] Shaman J, Morita H, Birger R et al. "Asymptomatic summertime shedding of respiratory viruses.," *Journal of Infectious Diseases,* vol. 217, pp. 1074-1077, 2018.

[8] Zhou W, Wang W, Wang H, Lu R, Tan W, "First infection by all four non-severe acute respiratory syndrome human coronaviruses takes place during childhood," *BMC Infect Dis.,* vol. 13, p. 433, 2013.

[9]   Schmidt OW, Allan ID, Cooney MK, Foy HM, Fox JP., "Rises in titers of antibody to human coronaviruses OC43 and 229E in Seattle families during 1975-1979," *American Journal of Epidemiology,* vol. 123, no. 5, pp. 862-8, 1986.

[10] Galanti M, Birger R, Ud-Dean M et al, "Rates of asymptomatic respiratory virus infection across age groups," *Epidemiology and Infection,* vol. 147, p. e176, 2019.

[11] Severance EG, Bossis I, Dickerson FB et al, "Development of a nucleocapsid-based human coronavirus immunoassay and estimates of individuals exposed to coronavirus in a U.S. metropolitan population.," *Clin Vaccine Immunol.,* vol. 15, no. 12, pp. 1805-10, 2008.

[12] Kraaijeveld CA, Reed SE, Macnaughton MR, "Enzyme-LinkedImmunosorbent Assay for Detection of Antibody in Volunteers Experimentally Infected with Human Coronavirus Strain 229E," *J Clin Microbiol.,* vol. 12, no. 4, pp. 493-7, 1980.

[13] Callow KA, Parry HF, Sergeant M, and Tyrrell DA, "The course or immune response to experimental coronavirus infection of man," *Epidemiol Infect.,* vol. 105, no. 2, p. 435–446, 1990.

[14] Perlman S, Vijay R, "Middle East respiratory syndrome vaccines," *Int J Infect Dis.,47: 23-8,* 2016.

[15] Macnaughton MR, Hasony HJ, Madge MH, Reed SE, "Antibody to virus components in volunteers experimentally infected with human coronavirus 229E group viruses.," *Infect Immun.,* vol. 31, no. 3, pp. 845-9, 1981.

[16] Monto AS, Cowling BJ, Peiris JSM, Coronaviruses. In: Kaslow R., Stanberry L., Le Duc J. (eds) Viral Infections of Humans, Boston, MA: Springer, 2014.

326

[17] Wesley R, "Neutralizing antibody decay and lack of contact transmission after inoculation of 3- and 4-old piglets with porcine respiratory coronavirus," *J Vet Diagn Invest ,* vol. 14, p. 525–527 , 2002.

[18] Williamson JS, Stohlman SA., "Effective clearance of mouse hepatitis virus from the central nervous system requires both CD4+ and CD8+ T cells.," *Journal of virology,* vol. 64, no. 9, pp. 4589-92, 1990.

[19] Mo H, Zeng G, Ren X et al., "Longitudinal profile of antibodies against SARS-coronavirus in SARS patients and their clinical significance," *Respirology,* vol. 11, no. 1, pp. 49-53, 2006.

[20] Payne DC, Ibrahim I, Rha B et al., "Persistence of Antibodies against Middle East Respiratory Syndrome Coronavirus," *Emerg Inf Dis,* vol. 22, no. 10, p. 1824–1826, 2016.

[21] Tang F, Quan Y, Xin ZT et al, "Lack of Peripheral Memory B Cell Responses in Recovered Patients with Severe Acute Respiratory Syndrome: A Six-Year Follow-Up Study," vol. 186, no. 12, pp. 7264-8, 2011.

[22] CDC, "NERVSS," 2019. [Online]. Available: https://www.cdc.gov/surveillance/nrevss/coronavirus/index.html

[23] Simon AK, Hollander GA, and McMichael, "Evolution of the immune system in humans from infancy to old age," *Proc Biol Sci. ,* vol. 282, p. 20143085, 2015 .

327

328

329

330    **Table 1.** Definitions of symptomatic infections.  All symptom definitions are described in

331    reference to a -3/+7 days window around the date of the initial positive swab for an infection

332    episode. Note, Definition 4 is relative to an individual's long-term average total symptom score.

333

| | |
|---|---|
| Definition 1 | At least one day with a daily score >3 |
| Definition 2 | Minimum two individual symptoms >0 and at least one symptom >1 |
| Definition 3 | Total symptom score >9 |
| Definition 4 | Total symptom score greater than twice the weekly average for the infected individual |
| Definition 5 | Total symptom score >0 (i.e. any reported symptom) |

334

335

336

337

338

339

340

341

342

343

344

345

346    Figure 1: Kaplan- Meier plots showing the probability of testing positive within $x$ weeks after

347    enrollment for each of the 4 types of seasonal coronavirus. The shaded area is the 95% CI.



348

349

350

351

352

353

354

355

356

357

358

21



359   Figure 2: Probability of becoming re-infected with the same beta-coronavirus type (OC43 in red
360   and HKU1 in black) within x weeks after a first documented infection. Dashed lines show the
361   95% CI.

362
363
364
365
366
367
368
369
370
371
372

373   Figure 3: Total symptom score associated with infections by any coronavirus type. Each point

374   represents an infection event, and each cluster represents a family group. Each family group F1

375   to F9 is composed of a parent and 1 to 4 children.



376

377

378

379                        **Supplementary Material**

380

381

382

383   **Table S1**: Table with timepoint Kaplan-Meier data for the probability of at least one infection with OC43, HKU1,
384   229E and NL63.
385   **Table S2**: Characteristics of repeated infections.
386   **Table S3**: Table with timepoint Kaplan-Meier data for the probability of re-infection with OC43 and HKU1
387   **Text S1**: Sensitivity to PCR threshold.
388   **Figure S1:** Probability of having tested positive within $x$ weeks from enrollment, PCR threshold 50nA
389   **Figure S2:** Probability of a re-infection with the same beta-coronavirus within $x$ weeks from previous infection,
390   PCR threshold 50nA
391   **Figure S3:** Probability of having tested positive within $x$ weeks from enrollment, PCR threshold 100nA
392   **Figure S4:** Probability of a re-infection with the same beta-coronavirus within $x$ weeks from previous infection,
393   PCR threshold 100nA

394

395

396

397

398
399   **Table S1**: Kaplan-Meier data for the probability of at least one infection with each coronavirus OC43, HKU1,229E,
400   NL63, as shown in Figure 1. Columns show: the week from enrollment (WEEK), the number of individuals that
401   after $i$ weeks from enrollment have not tested positive yet for each coronavirus (OC43 -, HKU1 -,229-, NL63-), the
402   number of individuals testing positive during week $i$ (OC43 +, HKU1 +,229+, NL63+) and the number of
403   individuals censored after week $i$ (OC43 -CEN, HKU1 -CEN,229-CEN, NL63-CEN).
404

| WEEK | OC43 - | OC43+ | OC43-CEN | HKU1 - | HKU1 + | HKU1-CEN | 229- | 229+ | 229-CEN | NL63- | NL63+ | NL63-CEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 191 | 2 | 0 | 191 | 0 | 0 | 191 | 3 | 0 | 191 | 0 | 0 |
| 2 | 189 | 1 | 0 | 191 | 1 | 0 | 188 | 4 | 0 | 191 | 0 | 0 |
| 3 | 188 | 4 | 0 | 190 | 0 | 0 | 184 | 1 | 0 | 191 | 2 | 0 |
| 4 | 184 | 1 | 0 | 190 | 0 | 0 | 183 | 1 | 0 | 189 | 0 | 0 |
| 5 | 183 | 1 | 0 | 190 | 1 | 0 | 182 | 2 | 0 | 189 | 1 | 0 |
| 6 | 182 | 4 | 0 | 189 | 2 | 0 | 180 | 1 | 0 | 188 | 1 | 0 |
| 7 | 178 | 6 | 2 | 187 | 0 | 2 | 179 | 1 | 2 | 187 | 0 | 2 |
| 8 | 170 | 1 | 2 | 185 | 1 | 2 | 176 | 0 | 2 | 185 | 0 | 2 |
| 9 | 167 | 2 | 6 | 182 | 0 | 6 | 174 | 2 | 6 | 183 | 1 | 6 |
| 10 | 159 | 2 | 6 | 176 | 0 | 5 | 166 | 1 | 6 | 176 | 0 | 6 |
| 11 | 151 | 1 | 1 | 171 | 0 | 2 | 159 | 0 | 2 | 170 | 0 | 2 |
| 12 | 149 | 3 | 4 | 169 | 2 | 4 | 157 | 0 | 3 | 168 | 0 | 4 |
| 13 | 142 | 2 | 2 | 163 | 2 | 3 | 154 | 0 | 3 | 164 | 1 | 3 |
| 14 | 138 | 0 | 2 | 158 | 2 | 2 | 151 | 3 | 2 | 160 | 0 | 2 |
| 15 | 136 | 0 | 1 | 154 | 0 | 3 | 146 | 4 | 2 | 158 | 2 | 3 |
| 16 | 135 | 0 | 6 | 151 | 1 | 5 | 140 | 0 | 5 | 153 | 2 | 6 |
| 17 | 129 | 1 | 5 | 145 | 1 | 4 | 135 | 1 | 4 | 145 | 0 | 5 |
| 18 | 123 | 2 | 4 | 140 | 0 | 3 | 130 | 0 | 4 | 140 | 0 | 4 |
| 19 | 117 | 1 | 8 | 137 | 0 | 10 | 126 | 3 | 10 | 136 | 0 | 9 |
| 20 | 108 | 1 | 14 | 127 | 0 | 14 | 113 | 1 | 13 | 127 | 0 | 14 |
| 21 | 93 | 1 | 2 | 113 | 0 | 4 | 99 | 1 | 3 | 113 | 0 | 4 |
| 22 | 90 | 1 | 1 | 109 | 2 | 1 | 95 | 0 | 1 | 109 | 0 | 1 |
| 23 | 88 | 0 | 2 | 106 | 0 | 4 | 94 | 0 | 2 | 108 | 1 | 2 |
| 24 | 86 | 0 | 11 | 102 | 0 | 10 | 92 | 0 | 11 | 105 | 0 | 11 |
| 25 | 75 | 1 | 10 | 92 | 1 | 10 | 81 | 0 | 12 | 94 | 0 | 12 |
| 26 | 64 | 0 | 8 | 81 | 0 | 11 | 69 | 0 | 10 | 82 | 0 | 11 |
| 27 | 56 | 0 | 2 | 70 | 0 | 2 | 59 | 0 | 2 | 71 | 0 | 2 |
| 28 | 54 | 0 | 3 | 68 | 1 | 2 | 57 | 0 | 3 | 69 | 0 | 3 |
| 29 | 51 | 0 | 13 | 65 | 0 | 13 | 54 | 0 | 14 | 66 | 0 | 13 |
| 30 | 38 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 31 | 38 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 32 | 38 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | 38 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 34 | 38 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 35 | 38 | 1 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 36 | 37 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 37 | 37 | 0 | 0 | 52 | 0 | 0 | 40 | 0 | 0 | 53 | 0 | 0 |
| 38 | 37 | 0 | 0 | 52 | 0 | 1 | 40 | 0 | 1 | 53 | 0 | 1 |
| 39 | 37 | 0 | 0 | 51 | 0 | 0 | 39 | 0 | 0 | 52 | 0 | 0 |
| 40 | 37 | 1 | 0 | 51 | 0 | 0 | 39 | 0 | 0 | 52 | 0 | 0 |
| 41 | 36 | 0 | 0 | 51 | 0 | 0 | 39 | 0 | 0 | 52 | 0 | 0 |
| 42 | 36 | 0 | 0 | 51 | 0 | 0 | 39 | 0 | 0 | 52 | 0 | 0 |
| 43 | 36 | 0 | 0 | 51 | 0 | 0 | 39 | 0 | 0 | 52 | 0 | 0 |
| 44 | 36 | 0 | 0 | 51 | 1 | 0 | 39 | 0 | 0 | 52 | 0 | 0 |
| 45 | 36 | 0 | 1 | 50 | 0 | 1 | 39 | 0 | 1 | 52 | 0 | 1 |
| 46 | 35 | 1 | 1 | 49 | 0 | 1 | 38 | 0 | 1 | 51 | 0 | 1 |
| 47 | 33 | 0 | 0 | 48 | 0 | 2 | 37 | 0 | 1 | 50 | 0 | 2 |
| 48 | 33 | 0 | 0 | 46 | 0 | 0 | 36 | 0 | 0 | 48 | 0 | 0 |
| 49 | 33 | 0 | 0 | 46 | 0 | 0 | 36 | 0 | 0 | 48 | 1 | 0 |
| 50 | 33 | 0 | 1 | 46 | 0 | 1 | 36 | 0 | 0 | 47 | 1 | 1 |
| 51 | 32 | 0 | 0 | 45 | 0 | 0 | 36 | 0 | 0 | 45 | 0 | 0 |
| 52 | 32 | 0 | 1 | 45 | 0 | 4 | 36 | 0 | 1 | 45 | 0 | 4 |
| 53 | 31 | 0 | 0 | 41 | 0 | 0 | 35 | 1 | 0 | 41 | 0 | 0 |
| 54 | 31 | 1 | 0 | 41 | 1 | 1 | 34 | 0 | 0 | 41 | 0 | 1 |
| 55 | 30 | 0 | 0 | 39 | 0 | 0 | 34 | 0 | 0 | 40 | 0 | 0 |
| 56 | 30 | 2 | 0 | 39 | 1 | 0 | 34 | 1 | 0 | 40 | 0 | 0 |
| 57 | 28 | 0 | 0 | 38 | 0 | 0 | 33 | 0 | 0 | 40 | 0 | 0 |
| 58 | 28 | 0 | 1 | 38 | 2 | 2 | 33 | 0 | 3 | 40 | 0 | 2 |
| 59 | 27 | 1 | 0 | 34 | 0 | 0 | 30 | 0 | 0 | 38 | 0 | 0 |
| 60 | 26 | 1 | 1 | 34 | 2 | 1 | 30 | 0 | 1 | 38 | 0 | 1 |
| 61 | 24 | 0 | 4 | 31 | 2 | 4 | 29 | 0 | 2 | 37 | 0 | 4 |
| 62 | 20 | 0 | 2 | 25 | 1 | 4 | 27 | 0 | 3 | 33 | 0 | 4 |
| 63 | 18 | 0 | 0 | 20 | 1 | 1 | 24 | 0 | 1 | 29 | 2 | 0 |
| 64 | 18 | 0 | 0 | 18 | 0 | 0 | 23 | 0 | 0 | 27 | 0 | 0 |
| 65 | 18 | 0 | 0 | 18 | 0 | 0 | 23 | 0 | 0 | 27 | 0 | 0 |
| 66 | 18 | 1 | 1 | 18 | 0 | 1 | 23 | 0 | 1 | 27 | 0 | 1 |
| 67 | 16 | 0 | 0 | 17 | 0 | 1 | 22 | 0 | 0 | 26 | 0 | 1 |
| 68 | 16 | 0 | 0 | 16 | 0 | 1 | 22 | 0 | 1 | 25 | 0 | 1 |
| 69 | 16 | 0 | 0 | 15 | 0 | 0 | 21 | 0 | 0 | 24 | 0 | 0 |
| 70 | 16 | 1 | 2 | 15 | 0 | 1 | 21 | 0 | 4 | 24 | 0 | 5 |
| 71 | 13 | 0 | 1 | 14 | 0 | 1 | 17 | 0 | 4 | 19 | 0 | 3 |

| 72 | 12 | 0 | 6 | 13 | 0 | 4 | 13 | 0 | 6 | 16 | 0 | 8 |
| 73 | 6 | 0 | 1 | 9 | 0 | 1 | 7 | 0 | 1 | 8 | 0 | 1 |
| 74 | 5 | 0 | 1 | 8 | 0 | 1 | 6 | 0 | 1 | 7 | 0 | 1 |
| 75 | 4 | 0 | 1 | 7 | 0 | 1 | 5 | 0 | 1 | 6 | 0 | 1 |
| 76 | 3 | 0 | 0 | 6 | 0 | 0 | 4 | 0 | 0 | 5 | 0 | 0 |
| 77 | 3 | 0 | 1 | 6 | 0 | 2 | 4 | 0 | 3 | 5 | 0 | 1 |
| 78 | 2 | 0 | 0 | 4 | 0 | 1 | 1 | 0 | 1 | 4 | 0 | 1 |
| 79 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 |
| 80 | 2 | 0 | 2 | 3 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 3 |
| 81 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

405

406    **Table S2**: Characteristics of repeat infections. Participants are identified by the numbers 1 to 12. Each row describes
407    an infection episode, for episodes lasting multiple weeks we report the first and last positive sample. For each
408    episode, the score is measured as a sum of daily scores across the window -3/+7 days around first positive result.
409    Age is measured at enrollment. Asterisks identify coinfections with other respiratory viruses.
410

| Participant | Age | Episode starts | Episode ends | Virus | Score |
|---|---|---|---|---|---|
| 1 | 1 | 2/23/17 | 3/2/17 | OC43 | 0 |
| 1* | 1 | 12/19/17 | | OC43 | 0 |
| 2 | 25 | 2/23/17 | | OC43 | 0 |
| 2 | 25 | 4/6/17 | | OC43 | 0 |
| 2 | 25 | 12/19/17 | | OC43 | 0 |
| 3 | 3 | 1/26/17 | | OC43 | 7 |
| 3* | 3 | 12/21/17 | 12/28/17 | OC43 | 8 |
| 4 | 1 | 12/22/16 | 1/12/17 | OC43 | 11 |
| 4* | 1 | 12/14/17 | | OC43 | 17 |
| 5 | 9 | 1/26/17 | | OC43 | 8 |
| 5* | 9 | 4/6/17 | | OC43 | 0 |
| 5 | 9 | 12/28/17 | | OC43 | 0 |
| 6 | 5 | 2/2/17 | | OC43 | 7 |
| 6 | 5 | 12/21/17 | 12/28/17 | OC43 | 24 |
| 7 | 31 | 2/2/17 | | OC43 | 10 |
| 7 | 31 | 11/30/17 | | OC43 | 3 |
| 8 | 2 | 2/16/17 | 2/23/17 | OC43 | 0 |
| 8* | 2 | 3/23/17 | | OC43 | 0 |
| 8 | 2 | 11/9/17 | 12/14/17 | OC43 | 0 |
| 9 | 4 | 12/28/16 | | OC43 | 1 |
| 9* | 4 | 1/26/17 | | OC43 | 0 |
| 10 | 1 | 3/9/17 | 3/16/17 | HKU1 | 0 |
| 10 | 1 | 11/30/17 | | HKU1 | 0 |
| 11 | 3 | 11/27/17 | 12/11/17 | HKU1 | 36 |
| 11* | 3 | 1/23/18 | | HKU1 | 10 |
| 12 | 34 | 12/13/16 | | 229E | 3 |
| 12 | 34 | 3/1/17 | | 229E | 0 |

411
412

27

413 **Table S3:** Kaplan-Meier data for the probability of re-infection with coronaviruses OC43 and HKU1, as shown in
414 Figure 2. Columns show: the weeks from a previous infection (WEEK), the number of participants that after $i$ weeks
415 from previous infection with OC43 (OC43+) and HKU1 (HKU1+) have not yet being re-infected; the number of
416 participants that after $i$ weeks from previous infection test positive for the same virus (RE-OC43, RE-HKU1) and
417 the number of participants censored after $i$ weeks from previous infection (OC43 -CENSORED, HKU1 -
418 CENSORED). Participants testing positive $n$ times during the study are counted $n$ times in this analysis.
419
420

| WEEK | OC43+ | RE-OC43 | OC43-CENSORED | HKU1+ | RE-HKU1 | HKU1-CENSORED |
|---|---|---|---|---|---|---|
| 1 | 60 | 0 | 2 | 30 | 0 | 2 |
| 2 | 58 | 0 | 1 | 28 | 0 | 0 |
| 3 | 57 | 0 | 0 | 28 | 0 | 1 |
| 4 | 57 | 0 | 2 | 27 | 0 | 1 |
| 5 | 55 | 2 | 4 | 26 | 0 | 2 |
| 6 | 49 | 0 | 1 | 24 | 0 | 0 |
| 7 | 48 | 1 | 5 | 24 | 1 | 0 |
| 8 | 42 | 0 | 3 | 23 | 0 | 0 |
| 9 | 39 | 0 | 0 | 23 | 0 | 0 |
| 10 | 39 | 0 | 1 | 23 | 0 | 0 |
| 11 | 38 | 1 | 1 | 23 | 0 | 3 |
| 12 | 36 | 0 | 1 | 20 | 0 | 3 |
| 13 | 35 | 0 | 0 | 17 | 0 | 1 |
| 14 | 35 | 0 | 0 | 16 | 0 | 3 |
| 15 | 35 | 0 | 1 | 13 | 0 | 2 |
| 16 | 34 | 0 | 2 | 11 | 0 | 1 |
| 17 | 32 | 0 | 3 | 10 | 0 | 1 |
| 18 | 29 | 0 | 3 | 9 | 0 | 1 |
| 19 | 26 | 0 | 2 | 8 | 0 | 1 |
| 20 | 24 | 0 | 1 | 7 | 0 | 1 |
| 21 | 23 | 0 | 1 | 6 | 0 | 1 |
| 22 | 22 | 0 | 0 | 5 | 0 | 0 |
| 23 | 22 | 0 | 1 | 5 | 0 | 0 |
| 24 | 21 | 0 | 1 | 5 | 0 | 0 |
| 25 | 20 | 0 | 0 | 5 | 0 | 0 |
| 26 | 20 | 0 | 0 | 5 | 0 | 0 |
| 27 | 20 | 0 | 0 | 5 | 0 | 0 |
| 28 | 20 | 0 | 0 | 5 | 0 | 0 |
| 29 | 20 | 0 | 1 | 5 | 0 | 0 |
| 30 | 19 | 0 | 0 | 5 | 0 | 0 |
| 31 | 19 | 0 | 0 | 5 | 0 | 0 |
| 32 | 19 | 0 | 0 | 5 | 0 | 0 |

28

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | 19 | 0 | 0 | 5 | 0 | 0 |
| 34 | 19 | 1 | 0 | 5 | 0 | 0 |
| 35 | 18 | 0 | 0 | 5 | 0 | 0 |
| 36 | 18 | 0 | 1 | 5 | 0 | 0 |
| 37 | 17 | 0 | 0 | 5 | 0 | 0 |
| 38 | 17 | 1 | 1 | 5 | 0 | 0 |
| 39 | 15 | 1 | 0 | 5 | 1 | 0 |
| 40 | 14 | 0 | 0 | 4 | 0 | 0 |
| 41 | 14 | 0 | 0 | 4 | 0 | 0 |
| 42 | 14 | 0 | 0 | 4 | 0 | 0 |
| 43 | 14 | 1 | 0 | 4 | 0 | 0 |
| 44 | 13 | 1 | 0 | 4 | 0 | 1 |
| 45 | 12 | 0 | 1 | 3 | 0 | 0 |
| 46 | 11 | 0 | 1 | 3 | 0 | 0 |
| 47 | 10 | 1 | 0 | 3 | 0 | 0 |
| 48 | 9 | 1 | 0 | 3 | 0 | 0 |
| 49 | 8 | 1 | 0 | 3 | 0 | 0 |
| 50 | 7 | 0 | 0 | 3 | 0 | 0 |
| 51 | 7 | 0 | 0 | 3 | 0 | 0 |
| 52 | 7 | 0 | 0 | 3 | 0 | 0 |
| 53 | 7 | 0 | 0 | 3 | 0 | 0 |
| 54 | 7 | 0 | 2 | 3 | 0 | 0 |
| 55 | 5 | 0 | 1 | 3 | 0 | 0 |
| 56 | 4 | 0 | 0 | 3 | 0 | 1 |
| 57 | 4 | 0 | 0 | 2 | 0 | 0 |
| 58 | 4 | 0 | 0 | 2 | 0 | 1 |
| 59 | 4 | 0 | 0 | 1 | 0 | 1 |
| 60 | 4 | 0 | 0 | 0 | 0 | 0 |
| 61 | 4 | 0 | 0 | 0 | 0 | 0 |
| 62 | 4 | 0 | 0 | 0 | 0 | 0 |
| 63 | 4 | 0 | 0 | 0 | 0 | 0 |
| 64 | 4 | 0 | 0 | 0 | 0 | 0 |
| 65 | 4 | 0 | 1 | 0 | 0 | 0 |
| 66 | 3 | 0 | 0 | 0 | 0 | 0 |
| 67 | 3 | 0 | 1 | 0 | 0 | 0 |
| 68 | 2 | 0 | 0 | 0 | 0 | 0 |
| 69 | 2 | 0 | 2 | 0 | 0 | 0 |
| 70 | 0 | 0 | 0 | 0 | 0 | 0 |

421

422
423    **Supplementary Text S1**: Sensitivity to PCR threshold.
424
425    In the main text samples positive for a particular virus were identified by an electrical signal intensity of
426    ≥2 nA/mm² (with the exception of Coronavirus OC43 for which positive results were identified by an
427    intensity of ≥25 nA/mm², per manufacturer specifications). Here we test the sensitivity of our finding to
428    different choices of the threshold for PCR positivity for all viruses (25 nA/mm² and 100 nA/mm²).
429
430    *Positivity threshold 50nA/mm² for all infections*
431
432    Among all participants enrolled and using a 50nA/mm² threshold, 73 individuals tested positive at least once
433    during the study for any coronavirus infection. 44 individuals tested positive at least once for OC43, 28 tested
434    positive for 229E, 8 tested positive for NL63, and 24 tested positive for HKU1. In addition, 10 individuals tested
435    positive multiple times during the study for the same coronavirus: 8 tested positive twice for OC43, 2 tested positive
436    twice for HKU1 and nobody tested positive multiple times for 229E and NL63. Among the 8 participants that
437    experienced multiple OC43 infections, 1 individual tested positive 3 separate times, and 7 tested positive twice. The
438    median time between reinfection events was 43 weeks. The shortest time for a reoccurrence of infection was 4
439    weeks (OC43), the longest was 48 weeks (OC43).
440    Figure S1and Figure S2 show, respectively, the probability of testing positive within *x* weeks after enrollment and
441    the probability of a re-infection with the same beta-coronavirus within *x* week of a previous documented infection.
442
443
444    *Positivity threshold 100nA for all infections*
445
446    Among all participants enrolled and using a 100nA/mm² threshold, 67 individuals tested positives at least once
447    during the study for any coronavirus infection.  40 individuals tested positive at least once for OC43, 21 tested
448    positive for 229E, 6 tested positive for NL63, and 23 tested positive for UKU1.  In addition, 8 individuals tested
449    positive multiple times during the study for the same coronavirus: 7 tested positive twice for OC43, 1 tested positive
450    twice for HKU1 and nobody tested positive multiple times for 229E and NL63. The median time between
451    reinfection events was 44.5 weeks. The shortest time for a second infection was 37 weeks (OC43), the longest was
452    48 weeks (OC43). Figure S3 and Figure S4 show, respectively, the probability of testing positive within *x* weeks
453    after enrollment and the probability of a re-infection with the same beta-coronavirus within *x* week of a previous
454    documented infection.
455
456
457
458
459
460
461
462
463
464
465
466
467
468
469
470
471
472
473

474   **Figure S1:** Kaplan- Meier plots for the probability of testing positive within $x$ weeks after enrollment for each of the
475   4 types of seasonal coronaviruses. The shaded area is the 95% CI. PCR positivity threshold is 50nA/mm$^2$.
476



477
478
479   **Figure S2**: Probability of re-infection with the same beta-coronavirus type (OC43 in red and HKU1 in black) within
480   $x$ weeks after a first documented infection. Dashed lines show the 95% CI. PCR positivity threshold is 50nA/mm$^2$.



481
482
483
484

31

485 **Figure S3**: Kaplan- Meier plots for the probability of testing positive within $x$ weeks after enrollment for each of the
486 4 types of seasonal coronaviruses. The shaded area is the 95% CI. PCR positivity threshold is 100nA/mm$^2$.



487
488
489 **Figure S4**: Probability of re-infection with the same beta-coronavirus type (OC43 in red and HKU1 in black) within
490 $x$ weeks after a first documented infection. Dashed lines show the 95% CI. PCR positivity threshold is 100nA/mm$^2$.



491
492

MS TECH | TWENTY20

## What if immunity to covid-19 doesn't last?

Researchers say people can catch mild, cold-causing coronaviruses twice in the same year.

- **Antonio Regalado**
  April 27, 2020

*Available at*: https://www.technologyreview.com/2020/04/27/1000569/how-long-are-people-immune-to-covid-19/

Starting in the fall of 2016 and continuing into 2018, researchers at Columbia University in Manhattan began collecting nasal swabs from 191 children, teachers, and emergency workers, asking them to record when they sneezed or had sore throats. The point was to create a map of common respiratory viruses and their symptoms, and how long people who recovered stayed immune to each one.

The research included four coronaviruses, HKU1, NL63, OC42, and C229E, which circulate widely every year but don't get much attention because they only cause common colds. But now that a new coronavirus in the same broad family, SARS-CoV-2, has the world on lockdown, information about the mild viruses is among our clues to how the pandemic might unfold.

What the Columbia researchers now describe in a preliminary report is cause for concern. They found that people frequently got reinfected with the same coronavirus, even in the same year, and sometimes more than once. Over a year and a half, a dozen of the volunteers tested positive two or three times for the same virus, in one case with just four weeks between positive results.

That's a stark difference from the pattern with infections like measles or chicken pox, where people who recover can expect to be immune for life.

For the coronaviruses "immunity seems to wane quickly," says Jeffrey Shaman, who carried out the research with Marta Galanti, a postdoctoral researcher.



Jeffrey Shaman leads the Virome of Manhattan study at Columbia University, which found people are frequently re-infected by the same cold-causing germs. The research shows immunity to some coronaviruses is short lived.

MS TECH | AP PHOTO/MARY ALTAFFER

Whether covid-19 will follow the same pattern is unknown, but the Columbia results suggest one way that much of the public discussion about the pandemic could be misleading. There is talk of getting "past the peak" and "immunity passports" for those who've recovered. At the same time, some hope the infection is more widespread than generally known, and that only a tolerable death total stands between us and high enough levels of population immunity for the virus to stop spreading.

All that presumes immunity is long-lived, but what if it is fleeting instead?

"What I have been telling everyone—and no one believes me, but it's true—is we get coronaviruses every winter even though we're seroconverted," says Matthew Frieman, who studies the virus family at the University of Maryland. That is, even though most people have previously developed antibodies to them, they get the viruses again. "We really don't understand whether it is a change in the virus over time or antibodies that don't protect from infection," he says.

**Critical factor**

We're currently in the pandemic phase. That's when a new virus, which humans are entirely susceptible to, rockets around the planet. And humanity is still a greenfield for covid-19—as of April 26, there were about three million confirmed cases, or one in 2,500 people on the planet. (Even though the true number of infections is undoubtedly higher, it's still probably only a small fraction of the population.) Takeshi Kasai, the World Health Organization's regional director for the Western Pacific, recently warned that until a vaccine is available, the world should get ready for a "new way of living."

## More on coronavirus

- **Our most essential coverage of covid-19 is free, including:**

  What is herd immunity?
  What is serological testing?
  How does the coronavirus work?
  What are the potential treatments?
  Which drugs work best?
  What's the right way to do social distancing?
  Other frequently asked questions about coronavirus
  ---
  Newsletter: Coronavirus Tech Report
  Zoom show: Radio Corona

- **See also:**

  All our covid-19 coverage
  The covid-19 special issue

- **Please click here to subscribe and support our non-profit journalism.**

Further out, though, changes like social distancing or grounding airline flights may not be the biggest factor in our fate. Whether or not people acquire immunity to the virus, and for how long, will be what finally determines the toll of the disease, some researchers say.

Early evidence points to at least temporary protection against reinfection. Since the first cases were described in China in December, there has been no cut-and-dried case of someone being infected twice. While some people, including in South Korea, have tested positive a second time, that could be due to testing errors or persistence of the virus in their bodies.

"There are a lot of people who were infected and survived, and they are walking around, and they don't seem to be getting reinfected or infecting other people," says Mark Davis, a researcher at Stanford University. As of April 26, more than 800,000 people had officially recovered from the disease, according to the Johns Hopkins case-tracking dashboard.

Researchers in China also tested directly whether macaque monkeys resisted a second exposure to the new coronavirus. They infected the monkeys with the virus, and then four weeks later,

after they recovered, tried again. The second time, the monkeys didn't develop symptoms, and researchers couldn't find any virus in their throats.

What's unknown is how long immunity lasts—and only five months into the outbreak, there is no way to know. If it's for life, then every survivor will add to a permanent bulwark against the pathogen's spread. But if immunity is short, as it is for the common coronaviruses, covid-19 could set itself up as a seasonal superflu with a high fatality rate—one that emerges in a nasty wave winter after winter.

The latest computer models of the pandemic find that the duration of immunity will be a key factor, and maybe the critical one. One model, from Harvard University and published in Science, shows the covid-19 virus becoming seasonal—that is, staging a winter resurgence every year or two as immunity in the population builds up and then ebbs away.

After testing different scenarios, the Harvard group concluded that their projections of how many people end up getting covid-19 in the coming years depended "most crucially" on "the extent of population immunity, whether immunity wanes, and at what rate." In other words, the critical factor in projecting the path of the outbreak is also a total unknown.

## Seasonal virus

Because so many other human coronaviruses are mild, they haven't gotten the same attention as influenza, a shape-shifting virus that is closely followed and genetically analyzed to create a new vaccine each year. But it's not even known, for instance, whether the common coronaviruses mutate in ways that let them evade the immune system, or whether there are other reasons immunity is so short-lived.

"There is no global surveillance of coronavirus," says Burtram Fielding, a virologist at the University of the Western Cape, in South Africa, who tracks scientific reports in the field. "Even though the common cold costs the US $20 billion a year, these viruses don't kill, and anything that does not kill, we don't have surveillance for."

The Global Virome Project in Manhattan, led by Shaman with funding from the Defense Department, has been an exception. It set out to detect respiratory viruses with the eventual aim of "nowcasting," or having a live tracker on common infections circulating in the city.

One finding of the research is that people who got the same coronavirus twice didn't have fewer symptoms the second time. Instead, some people never got symptoms at all; others had bad colds two or three times. Shaman says the severity of infection tended to run in families, suggesting a genetic basis.

The big question is what this fizzling, short-lived resistance to common cold viruses means for covid-19. Is there a chance the disease will turn into a killer version of the common cold, constantly out there, infecting 10% or 20% of the population each year, but also continuing to kill one in a hundred? If so, it would amount to a plague capable of shaving the current rate of world population growth by a tenth.

Some scientists find the question too dark to contemplate. Shaman didn't want to guess at how covid-19 will behave either. "Basically, we have some unresolved questions," he wrote in an email. "Are people one and done with this virus? If not, how often will we experience repeat infections? Finally, will those repeat infections be milder, just as severe, or even worse?"

## Immune surveys

Big studies of immunity are already under way to try to answer those questions. Germany has plans to survey its population for antibodies to the virus, and in North America, 10,000 players and other employees of Major League Baseball are giving pinprick blood samples for study. In April, the US National Institutes of Health launched the COVID-19 Pandemic Serum Sampling Study, which it says will collect blood from 10,000 people, too.

By checking for antibodies in people's blood, such serosurveys can determine how many people have been exposed to the virus, including those who had no symptoms or only mild ones.

Researchers will also be scavenging through the blood of covid-19 cases in order to measure the nature and intensity of immune responses, and to figure out if there's a connection to how sick people got. "What we are seeing right now with the coronavirus is the need for immune monitoring, because some people are shrugging this off and others are dying," Davis says. "The gradient is serious and no one really understands why."

Our immune system has different mechanisms for responding to germs we've never seen before. Antibodies, made by B cells, coat a virus and don't let it infect cells. T cells, meanwhile, regulate the immune response or destroy infected cells. Once an infection is past, long-term "memory" versions of either type of cell can form.

What sort of immune memory will covid-19 cause? Stephen Elledge, a geneticist at Harvard University says the severity of the disease could put it in a different category from the ordinary cold. "You might have a cold for a week, whereas if you go through three weeks of hell, that may give you more of a memory for longer," he says.

Other clues come from the 2002-03 outbreak of SARS, a respiratory infection even more deadly than covid-19. Six years after the SARS outbreak, doctors in Beijing went hunting for an immune response among survivors. They found no antibodies or long-lived memory B cells, but they did find memory T cells.

Because doctors managed to stop the SARS outbreak after about 8,000 cases, there's never been a chance for anyone to get infected a second time, but those T cells could be a sign of ongoing immunity. A later vaccine study in mice found that memory T cells protected the animals from the worst effects when scientists tried infecting them again with SARS.

To Frieman, at the University of Maryland, all this uncertainty about immune response to coronaviruses means there's still little chance of predicting when, or how, the outbreak ends. "I don't know when this goes away, and if anyone says they know, they don't know what they are talking about," he says.

# Exhibit R
**(WHO Immunity Passports)**



# "Immunity passports" in the context of COVID-19

## Scientific Brief

24 April 2020

WHO has published guidance on adjusting public health and social measures for the next phase of the COVID-19 response.[1] Some governments have suggested that the detection of antibodies to the SARS-CoV-2, the virus that causes COVID-19, could serve as the basis for an "immunity passport" or "risk-free certificate" that would enable individuals to travel or to return to work assuming that they are protected against re-infection. There is currently no evidence that people who have recovered from COVID-19 and have antibodies are protected from a second infection.

**The measurement of antibodies specific to COVID-19**

The development of immunity to a pathogen through natural infection is a multi-step process that typically takes place over 1-2 weeks. The body responds to a viral infection immediately with a non-specific innate response in which macrophages, neutrophils, and dendritic cells slow the progress of virus and may even prevent it from causing symptoms. This non-specific response is followed by an adaptive response where the body makes antibodies that specifically bind to the virus. These antibodies are proteins called immunoglobulins. The body also makes T-cells that recognize and eliminate other cells infected with the virus. This is called cellular immunity. This combined adaptive response may clear the virus from the body, and if the response is strong enough, may prevent progression to severe illness or re-infection by the same virus. This process is often measured by the presence of antibodies in blood.

WHO continues to review the evidence on antibody responses to SARS-CoV-2 infection.[2-17] Most of these studies show that people who have recovered from infection have antibodies to the virus. However, some of these people have very low levels of neutralizing antibodies in their blood,[4] suggesting that cellular immunity may also be critical for recovery. As of 24 April 2020, no study has evaluated whether the presence of antibodies to SARS-CoV-2 confers immunity to subsequent infection by this virus in humans.

Laboratory tests that detect antibodies to SARS-CoV-2 in people, including rapid immunodiagnostic tests, need further validation to determine their accuracy and reliability. Inaccurate immunodiagnostic tests may falsely categorize people in two ways. The first is that they may falsely label people who have been infected as negative, and the second is that people who have not been infected are falsely labelled as positive. Both errors have serious consequences and will affect control efforts. These tests also need to accurately distinguish between past infections from SARS-CoV-2 and those caused by the known set of six human coronaviruses. Four of these viruses cause the common cold and circulate widely. The remaining two are the viruses that cause Middle East Respiratory Syndrome and Severe Acute Respiratory Syndrome. People infected by any one of these viruses may produce antibodies that cross-react with antibodies produced in response to infection with SARS-CoV-2.

Many countries are now testing for SARS-CoV-2 antibodies at the population level or in specific groups, such as health workers, close contacts of known cases, or within households.[21] WHO supports these studies, as they are critical for understanding the extent of – and risk factors associated with – infection.  These studies will provide data on the percentage of people with detectable COVID-19 antibodies, but most are not designed to determine whether those people are immune to secondary infections.

**Other considerations**

At this point in the pandemic, there is not enough evidence about the effectiveness of antibody-mediated immunity to guarantee the accuracy of an "immunity passport" or "risk-free certificate." People who assume that they are immune to a second infection because they have received a positive test result may ignore public health advice. The use of such certificates may therefore increase the risks of continued transmission. As new evidence becomes available, WHO will update this scientific brief.

**References**

1. Considerations in adjusting public health and social measures in the context of COVID-19.
   https://www.who.int/emergencies/diseases/novel-coronavirus-2019/technical-guidance/critical-

preparedness-readiness-and-response-actions-for-covid-19

2. Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. Nature 2020.

3. To KK, Tsang OT, Leung WS, et al. Temporal profiles of viral load in posterior oropharyngeal saliva samples and serum antibody responses during infection by SARS-CoV-2: an observational cohort study. Lancet Infect Dis. 2020 Mar 23. pii: S1473-3099(20)30196-1. doi: 10.1016/S1473-3099(20)30196-1.

4. Wu F, Wang A, Liu M, et al. Neutralizing antibody responses to SARS-CoV-2 in a COVID-19 recovered patient cohort and their implications. medRxiv 2020: 2020.03.30.20047365.

5. Ju B, Zhang Q, Ge X, et al. Potent human neutralizing antibodies elicited by SARS-CoV-2 infection. Biorxiv 2020: 2020.03.21.990770.

6. Poh CM, Carissimo G, Wang B, et al. Potent neutralizing antibodies in the sera of convalescent COVID-19 patients are directed against conserved linear epitopes on the SARS-CoV-2 spike protein. Biorxiv 2020: 2020.03.30.015461.

7. Zhang W, Du R, Li B, Zheng X, et al. Molecular and serological investigation of 2019-nCoV infected patients: implication of multiple shedding routes. Emerg Microbes Infect. 2020 Feb 17; 9(1):386-389. doi: 10.1080/22221751.2020.1729071.

8. Grzelak L, Temmam L, Planchais C, et al. SARS-CoV-2 serological analysis of COVID-19 hospitalized patients, pauci-symptomatic individuals and blood donors. medRxiv 2020 (submitted 17 April 2020).

9. Amanat F, Nguyen T, Chromikova V, et al. A serological assay to detect SARS-CoV-2 seroconversion in humans. medRxiv 2020: 2020.03.17.20037713.

10. Okba NMA, Müller MA, Li W, et al. Severe acute respiratory syndrome coronavirus 2−specific antibody responses in coronavirus disease 2019 patients. Emerg Infect Dis. 2020 doi: 10.3201/eid2607.200841

11. Zhao J, Yuan Q, Wang H, et al. Antibody responses to SARS-CoV-2 in patients of novel coronavirus disease 2019. Clin Infect Dis. 2020 doi: 10.1093/cid/ciaa344

12. Guo L, Ren L, Yang S, et al. Profiling Early Humoral Response to Diagnose Novel Coronavirus Disease (COVID-19). Clin Infect Dis. 2020 Mar 21. doi: 10.1093/cid/ciaa310.

13. Liu Y, Liu Y, Diao B, Ren Feifei, et al. Diagnostic indexes of a rapid IgG/IgM combined antibody test for SARS-CoV-2. medRxiv 2020; doi: 10.1101/2020.03.26.20044883

14. Zhang P, Gao Q, Wang T, Ke Y, et al. Evaluation of recombinant nucleocapsid and spie protein serological diagnosis of novel coronavirus disease 2019 (COVID-19). medRxiv. 2020; doi: 10.1101/2020.03.17.20036954

15. Pan Y, Li X, Yang G, Fan J, et al. Serological immunochromatographic approach in diagnosis with SARS-CoV-2 infected COVID-19 patients. medRxiv. 2020; doi: 10.1101/2020.03.13.20035428

16. Li Z, Yi Y, Luo X, Xion N, et al. Development and clinical application of a rapid IgM-IgG combined antibody test for SARS-CoV-2 infection diagnosis. J Med Virol. 2020 Feb 27. doi: 10.1002/jmv.25727.

17. Li R, Pei S, Chen B, et al. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SARS-CoV2). Science 2020.

18. Lou B, Li T, Zheng S, Su Y, Li Z, Liu W, et al. Serology characteristics of SARS-CoV-2 infection since the exposure and post symptoms onset. medRxiv 2020; doi: 10.1101/2020.03.23.20041707

19. Lin D, Liu L, Zhang M, Hu Y, et al. Evaluation of serological tests in the diagnosis of 2019 novel coronavirus (SARS-CoV-2) infections during the COVID-19 outbreak. medRxiv 2020. doi: 10.1101/2020.03.27.20045153

20. Liu W, Liu L, Kou G, Zheng Y, et al. Evaluation of nucleocapsid and spike protein-based ELISAs for detecting antibodies against SARS-CoV-2. medxriv [Internet]. 2020; Available from:

https://doi.org/10.1101/2020.03.16.20035014 medRxiv preprint

21. Unity Studies: Early Investigation Protocols https://www.who.int/emergencies/diseases/novel-coronavirus-2019/technical-guidance/early-investigations

WHO continues to monitor the situation closely for any changes that may affect this interim guidance. Should any factors change, WHO will issue an update. Otherwise, this scientific brief will expire 1 year after the date of publication.

# Want to read more?

Subscribe to newsletter →

More on COVID-19

# Exhibit S
**(JAMA, *Post-Infection Immunity*)**

Opinion

**VIEWPOINT**

Robert D. Kirkcaldy,
MD, MPH
US Centers for Disease
Control and
Prevention, Atlanta,
Georgia.

Brian A. King, PhD,
MPH
US Centers for Disease
Control and
Prevention, Atlanta,
Georgia.

John T. Brooks, MD
US Centers for Disease
Control and
Prevention, Atlanta,
Georgia.

Viewpoint

**COVID-19: BEYOND TOMORROW**

# COVID-19 and Postinfection Immunity
## Limited Evidence, Many Remaining Questions

**In the absence of effective treatment** or biomedical prevention, efforts to control the coronavirus disease 2019 (COVID-19) pandemic have relied on nonpharmaceutical interventions such as personal preventive actions (eg, handwashing, face covers), environmental cleaning, physical distancing, stay-at-home orders, school and venue closures, and workplace restrictions adopted at the national, state, and local levels. In addition to these public health interventions, development of herd immunity could also provide a defense against COVID-19. However, whether immunity occurs among individuals after they have recovered from COVID-19 is uncertain. Many human infections with other viral pathogens, such as influenza virus, do not produce a durable immune response.

Understanding whether and how recovery from COVID-19 confers immunity to, or decreased severity of, reinfection is needed to inform current efforts to safely scale back population-based interventions, such as physical distancing. Understanding potential postinfection immunity also has important implications for epidemiologic assessments (eg, population susceptibility,

> Understanding whether and how recovery from COVID-19 confers immunity to, or decreased severity of, reinfection is needed to inform current efforts to safely scale back population-based interventions, such as physical distancing.

transmission modeling), serologic therapies (eg, convalescent plasma), and vaccines. In this Viewpoint, we describe what is currently known about the immune response to COVID-19, highlight key gaps in knowledge, and identify opportunities for future research.

COVID-19 is caused by infection with severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). Following infection, detectable IgM and IgG antibodies develop within days to weeks of symptom onset in most infected individuals.[1-3] Why some patients seem not to develop a humoral immune response, as reflected by detectable antibodies, is uncertain. Adding to this uncertainty is the unclear relationship between antibody response and clinical improvement. The findings from a small study of 9 patients with COVID-19 found that greater clinical severity produced higher antibody titers.[1] However, antibody detection and

higher titers have not always been found to correlate with clinical improvement in COVID-19.[2,3] Moreover, mild COVID-19 symptoms can resolve prior to seroconversion (as reflected by detectable IgM and IgG), although detectable IgM and IgG antibodies have preceded declines in SARS-CoV-2 viral loads.[2,3]

What appears more certain is that viral burden typically peaks early in illness, and then declines as antibodies develop and antibody titers rise over the subsequent 2 to 3 weeks.[2,3] Success in culturing virus from nasopharyngeal specimens declines quickly during the first week of mild illness, but the absolute duration that a patient might shed infectious virus is unknown.[2] Persistent detection of viral RNA many days to weeks after recovery from COVID-19 at concentrations near the detection limit of available assays likely does not represent a meaningful clinical or public health risk, especially in the absence of symptoms[2]; however, definitive evidence does not yet exist.

The durability of neutralizing antibodies (NAbs, primarily IgG) against SARS-CoV-2 has yet to be defined; persistence up to 40 days from symptom onset has been described.[1] Duration of antibody responses against other human coronaviruses may be relevant in this context. For example, following infection with SARS-CoV-1 (the virus that caused SARS), concentrations of IgG remained high for approximately 4 to 5 months before subsequently declining slowly during the next 2 to 3 years.[4] Similarly, NAbs following infection with MERS-CoV (the virus that caused Middle East respiratory syndrome) have persisted up to 34 months in recovered patients.[5]

Detection of IgG and NAbs is not synonymous with durable immunity. With regard to COVID-19, a small, nonpeer-reviewed, preprint report provides the only data thus far on possible postinfection immunity in primates.[6] In this study, 4 rhesus macaques were infected with SARS-CoV-2, and following recovery did not become reinfected when rechallenged with the same virus 28 days after the first inoculation.[6] Whether persons can be reinfected with SARS-CoV-1 and MERS-CoV is unknown; SARS has not reemerged since 2004 and MERS cases remain sporadic. Reinfections can occur with at least 3 of the other 4 common human coronaviruses—specifically, 229E, NL63, and OC43—all of which generally cause milder respiratory illnesses.[7] The reasons for this reinfection are not fully known, but evidence suggests that possibilities include both short-lived protective

**Corresponding Author:** Robert D. Kirkcaldy, MD, MPH, US Centers for Disease Control and Prevention, 1600 Clifton Rd, US12-2, Atlanta, GA 30329 (rkirkcaldy@cdc.gov).

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by Emerson Wheat on 05/27/2020

Opinion   Viewpoint

immunity and reexposure to genetically distinct forms of the same viral strain.

To date, no human reinfections with SARS-CoV-2 have been confirmed. Evidence of reinfection typically requires culture-based documentation of a new infection following clearance of the preceding infection or evidence of reinfection with a molecularly distinct form of the same virus. In one report, among 2 otherwise healthy individuals who had recovered from COVID-19 and had 2 or more sequentially polymerase chain reaction (PCR)–negative upper respiratory specimens at least 24 hours apart, SARS-CoV-2 RNA was detected again in throat swabs sporadically for up to 10 days.[8] SARS-CoV-2 RNA has also been detected in throat or nasopharyngeal swabs more than 20 days after negative test results.[9] In another report among 18 patients, viral burdens (as determined by PCR cycle threshold) were generally lower than, and had declined substantially from, values during peak of illness.[10] At the time of postrecovery positive test results, the patients described in these reports had few, if any, symptoms, and when radiographically examined, they demonstrated stable or improving pneumonia.[8,10] There is also no evidence at present that such persons transmitted SARS-CoV-2 to others after they had clinically recovered. However, this possibility of transmission cannot be ruled out, especially for persons who may be predisposed to prolonged shedding of other pathogens, such as due to immunocompromised states.

It is also possible these cases represent persistent or recrudescent COVID-19 illness or even true reinfection. On the other hand, these cases may also represent prolonged sporadic viral RNA shedding at or near the limit of assay detection or variation in collection technique, specimen handling, or storage conditions affecting test performance. Data to effectively differentiate these possibilities are lacking, highlighting an area of substantial uncertainty. Routine collection of such data, specifically viral burden (as measured by PCR assay cycle threshold) and viral culture, and from a larger sample of patients under standard protocols, is needed.

Serological assays to detect SARS-CoV-2 antibodies are rapidly becoming available and will be critical to estimate the prevalence of infections, including those that are asymptomatic. However, it is presently premature to use such assays to determine whether individuals are immune to reinfection. Performance standards, including sensitivity and specificity, for the burgeoning number of serologic assays and the potential for cross-reactivity with other coronaviruses (yielding false-positives) have yet to be determined. Widespread testing of persons who have not had COVID-19, a population with low SARS-CoV-2 prevalence, can generate more false-positives than true-positives. This phenomenon may complicate clinical and epidemiologic interpretation of results, especially if the serologic tests do not have high specificity or some form of confirmatory testing is not used. More fundamentally, it remains to be determined whether a robust IgG response corresponds with immunity. Well-designed longitudinal cohort studies of persons who recovered from COVID-19 are needed to monitor for signs and symptoms of recurrent illness. Such longitudinal studies could also document possible reexposure events, all linked with clinical and laboratory investigations of other alternate etiologies, serologic testing, attempts to isolate virus by culture, and viral genomic comparisons of isolated viral specimens. However, in the short-term, possible recurrences of infection can be identified by monitoring surveillance data and by requesting clinicians and public health authorities to report and investigate cases of possible recurrence to determine whether recurrence can be confirmed.

In summary, existing clinical data on antibody responses to SARS-CoV-2 and related coronaviruses, as well as one small animal model study, suggest that recovery from COVID-19 might confer immunity against reinfection, at least temporarily. However, the immune response to COVID-19 is not yet fully understood and definitive data on postinfection immunity are lacking. Amidst the uncertainty of this public health crisis, thoughtful and rigorous science will be essential to inform public health policy, planning, and practice.

**ARTICLE INFORMATION**

**Published Online:** May 11, 2020.
doi:10.1001/jama.2020.7869

**Conflict of Interest Disclosures:** None reported.

**Disclaimer:** The findings and conclusions in this report are those of the authors and do not necessarily represent the official views of the Centers for Disease Control and Prevention (CDC).

**REFERENCES**

**1**. Zhao J, Yuan Q, Wang H, et al. Antibody responses to SARS-CoV-2 in patients of novel coronavirus disease 2019. *Clin Infect Dis*. Published online March 28, 2020. doi:10.1093/cid/ciaa344

**2**. Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. *Nature*. Published online April 1, 2020. doi:10.1038/s41586-020-2196-x

**3**. To KK, Tsang OT, Leung WS, et al. Temporal profiles of viral load in posterior oropharyngeal saliva samples and serum antibody responses during infection by SARS-CoV-2: an observational cohort study. *Lancet Infect Dis*. 2020;20(5):565-574. doi:10.1016/S1473-3099(20)30196-1

**4**. Wu L-P, Wang N-C, Chang Y-H, et al. Duration of antibody responses after severe acute respiratory syndrome. *Emerg Infect Dis*. 2007;13(10):1562-1564. doi:10.3201/eid1310.070576

**5**. Payne DC, Iblan I, Rha B, et al. Persistence of antibodies against Middle East respiratory syndrome coronavirus. *Emerg Infect Dis*. 2016;22 (10):1824-1826. doi:10.3201/eid2210.160706

**6**. Bao L, Deng W, Gao H, et al. Lack of reinfection in rhesus macaques infected with SARS-CoV-2. *bioRxiv*. Preprint posted May 1, 2020. doi:10.1101/2020.03.13.00-226

**7**. Cavanaugh D. Coronaviruses and toroviruses. In: Zuckerman AJ, Banatvala JE, Pattinson JR, Griffiths PD, Schoub BD, eds. *Principles and Practice of Clinical Virology*. 5th ed. John Wiley & Sons Ltd; 2004:379-397. doi:10.1002/0470020970.ch10

**8**. Xing Y, Mo P, Xiao Y, Zhao O, Zhang Y, Wang F. Post-discharge surveillance and positive virus detection in two medical staff recovered from coronavirus disease 2019 (COVID-19), China, January to February 2020. *Euro Surveill*. 2020;25(10). doi:10.2807/1560-7917.ES.2020.25.10.2000191

**9**. Xiao AT, Tong YX, Zhang S. False-negative of RT-PCR and prolonged nucleic acid conversion in COVID-19: rather than recurrence. *J Med Virol*. Published online April 9, 2020. doi:10.1002/jmv.25855

**10**. Young BE, Ong SWX, Kalimuddin S, et al; Singapore 2019 Novel Coronavirus Outbreak Research Team. Epidemiologic features and clinical course of patients with SARS-CoV-2 in Singapore. *JAMA*. 2020;232(15):1488-1494. doi:10.1001/jama.2020.3204

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by Emerson Wheat on 05/27/2020

# Exhibit T
**(OSTP, *Rapid Expert Consultation*)**

*The National Academies of*

## SCIENCES · ENGINEERING · MEDICINE

# Rapid Expert Consultation on SARS-CoV-2 Viral Shedding and Antibody Response for the COVID-19 Pandemic (April 8, 2020)

April 8, 2020

Kelvin Droegemeier, Ph.D.
Office of Science and Technology Policy
Executive Office of the President
Eisenhower Executive Office Building
1650 Pennsylvania Avenue, NW
Washington, DC 20504

Dear Dr. Droegemeier:

Attached please find a rapid expert consultation in response to your request concerning (1) the duration of viral shedding by stage of infection, clinical signs and symptoms, and patient attributes; (2) the levels and duration of antibody response and related resistance to illness; and (3) the optimal duration of isolation of cases.

Members of the National Academies of Sciences, Engineering, and Medicine's Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats who were instrumental in preparing this response include Peter Daszak, EcoHealth Alliance; Diane E. Griffin, Johns Hopkins Bloomberg School of Public Health; Kent E. Kester, Sanofi Pasteur; and Mark S. Smolinski, Ending Pandemics.

This document stresses what is known and what are the most salient questions yet to be answered to guide critical decisions related to the duration of isolation of infected patients, the potential effectiveness of a vaccine, and when we can be confident that previously infected patients are resistant to re-infection.

My colleagues and I hope this input is helpful to you as you continue to guide the nation's response in this ongoing public health crisis.

Respectfully,
Harvey V. Fineberg, M.D., Ph.D.
Chair
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

1

Copyright National Academy of Sciences. All rights reserved.

This rapid expert consultation responds to your request concerning (1) the duration of viral shedding by stage of infection, clinical signs and symptoms, and patient attributes; (2) the levels and duration of antibody response and related resistance to illness; and (3) the optimal duration of isolation of cases.

Our intent is to answer three questions in response to each issue:

- What is the relevant scientific evidence and state of current scientific knowledge?
- Who is doing the best work in the area and what new results can we anticipate?
- Gaps in knowledge: What investigations should be initiated or extended to provide a more complete answer?

Shedding of infectious virus from the respiratory tract tends to be highest early in disease. This is followed by a prolonged period of viral RNA shedding, but the extent to which this represents infectious virus is uncertain.[1] In addition, the role of shedding from the gastrointestinal tract in transmission is unclear. Antibody responses begin to appear over a period of days to weeks after infection. Studies of SARS and MERS survivors suggest that antibody responses for SARS-CoV-1 and MERS-CoV are not durable.[2,3,4] Further investigation is needed to understand the duration of protective immunity for SARS-CoV-2. The groups referenced in this rapid expert consultation are continuing to produce work in these areas. We anticipate that additional studies based on cases coming out of the United States and Europe will provide further information on these critical topics.

**(1) The duration of viral shedding by stage of infection, clinical signs and symptoms, and patient attributes.**

Viral shedding has been assessed and detected by culture, but most often by reverse-transcriptase polymerase chain reaction (RT-PCR) for viral RNA.[5] RNA can be detected from infectious virus or from remnants of virus that are no longer infectious. In a patient recovering from an illness who was previously PCR positive, at least two sequential negative tests for viral RNA is a reasonable indicator of when infectious virus is no longer being shed. Most studies have analyzed respiratory secretions (throat and/or nasopharyngeal samples), but stool samples are also often positive for RNA later in the course of the infection while other sites (e.g., blood, urine, tears, vaginal secretions) are usually negative. These data are likely to be important for the understanding of routes and periods of transmission.

---

[1] Joynt and Wu. 2020. Understanding COVID-19: What does viral RNA load really mean? *The Lancet Infectious Diseases.* https://doi.org/10.1016/S1473-3099(20)30237-1.

[2] Alshukairi et al. 2016. Antibody response and disease severity in healthcare worker MERS survivors. *Emerging Infectious Diseases* 22(6):1113-1115. https://dx.doi.org/10.3201/eid2206.160010.

[3] Liu et al. 2006. Two-year prospective study of the humoral immune response of patients with severe acute respiratory syndrome. *The Journal of Infectious Diseases* 193(6):792-795.

[4] Wu et al. 2007. Duration of antibody responses after severe acute respiratory syndrome. *Emerging Infectious Diseases* 13(10):1562-1564. DOI: 10.3201/eid1310.070576.

[5] Wölfel et al. 2020. Virological assessment of hospitalized patients with COVID-2019. *Nature.* https://doi.org/10.1038/s41586-020-2196-x.

Copyright National Academy of Sciences. All rights reserved.

It is not uncommon for viral shedding in respiratory secretions to occur 2-3 days prior to first symptoms.[6,7,8] Higher amounts of virus and viral RNA are seen early in infection independent of severity of symptoms with sputum and nasopharyngeal samples more likely to be positive than throat swab samples.[9,10,11,12,13] More severe clinical disease is associated with longer persistence of viral RNA shedding and may represent a significant occupational transmission risk for health care workers.[14,15] Viral RNA shedding for up to a week after the resolution of symptoms is common and in one case has been documented to continue for as long as 49 days although this viral RNA may not represent infectious virus.[16,17,18,19] No differences in these parameters have been detected based on age or sex.

In addition, gastrointestinal symptoms may be common and viral RNA is frequently detected in stool. Viral RNA persists in stool after symptoms have subsided for longer than in samples from

---

[6] He. 2020. Temporal dynamics in viral shedding and transmissibility of COVID-19. *medRxiv.*

[7] Kimball et al. 2020. Asymptomatic and presymptomatic SARS-CoV-2 infections in residents of a long-term care skilled nursing facility—King County, Washington, March 2020. *Morbidity and Mortality Weekly Report* 69(13):377-381. http://dx.doi.org/10.15585/mmwr mm6913e1.

[8] Li et al. 2020. Asymptomatic and human-to-human transmission of SARS-CoV-2 in a 2-family cluster, Xuzhou, China. *Emerging Infectious Diseases* 26(7). https://doi.org/10.3201/eid2607.200718.

[9] Wölfel et al. 2020. Virological assessment of hospitalized patients with COVID-2019. *Nature.* https://doi.org/10.1038/s41586-020-2196-x.

[10] He. 2020. Temporal dynamics in viral shedding and transmissibility of COVID-19. *medRxiv.*

[11] Yu et al. 2020. Quantitative detection and viral load analysis of SARS-CoV-2 in infected patients. *Clinical Infectious Diseases.* https://doi.org/10.1093/cid/ciaa345.

[12] Zou et al. 2020. SARS-CoV-2 viral load in upper respiratory specimens of infected patients. *New England Journal of Medicine* 382(12):1177-1179. DOI: 10.1056/NEJMc2001737.

[13] Cereda et al. 2020. The early phase of the COVID-19 outbreak in Lombardy, Italy. *medRxiv.*

[14] Liu et al. 2020. Viral dynamics in mild and severe cases of COVID-19. *The Lancet Infectious Diseases.* https://doi.org/10.1016/S1473-3099(20)30232-2.

[15] Lescure et al. 2020. Clinical and virological data of the first cases of COVID-19 in Europe: A case series. *The Lancet Infectious Diseases.* https://doi.org/10.1016/S1473-3099(20)30200-0.

[16] Wölfel et al. 2020. Virological assessment of hospitalized patients with COVID-2019. *Nature.* https://doi.org/10.1038/s41586-020-2196-x.

[17] Zhou et al. 2020. Clinical course and risk factors for mortality of adult inpatients with COVID-19 in Wuhan, China: A retrospective cohort study. *The Lancet* 395(10229):1054-1062. https://doi.org/10.1016/S0140-6736(20)30566-3.

[18] Tan. 2020. Viral kinetics and antibody responses in patients with COVID-19. *medRxiv.*

[19] Young et al. 2020. Epidemiologic features and clinical course of patients infected with SARS-CoV-2 in Singapore. *JAMA* 323(15):1488-1494. DOI: 10.1001/jama.2020.3204.

Copyright National Academy of Sciences. All rights reserved.

Rapid Expert Consultation on SARS CoV 2 Viral Shedding and Antibody Response for the COV D 19 Pandemic (April 8  2020)

the respiratory tract, but a role in transmission is unclear.[20,21,22,23,24] In a recent report infectious virus was readily isolated from respiratory samples, but not from stool samples.[25]

Gaps in knowledge:

- Effect of various treatments on length of shedding.
- Epidemiologic evidence of transmission while RT-PCR positive after recovery.
- Significance of viral RNA shedding after resolution of symptoms.
- Importance of shedding from non-respiratory sites.
- Innovative assays to determine if the virus is infectious.

## (2) Levels and duration of antibody response and related resistance to illness.

The time of antibody detection after infection is dependent on the sensitivity of the assay and the viral protein used as antigen. IgM can be detected by enzyme immunoassay to nucleoprotein 3-6 (median 5) days after onset of symptoms and has been used to complement RT-PCR for diagnosis of COVID-19.[26,27] IgG to the same protein is detected 10-18 (median 14) days after the onset of symptoms.[28] Anti-nucleoprotein antibody did not correlate with virus clearance[29] and a higher antibody titer was independently associated with more severe disease.[30] Antibody to the receptor-binding domain of the spike protein was detected a median of 11 days after the onset of symptoms, but the timing of seroconversion did not correlate with clinical course.[31,32]

[20] Zhang et al. 2020. Molecular and serological investigation of 2019-nCoV infected patients: Implication of multiple shedding routes. *Emerging Microbes & Infections* 9(1):386-389. DOI: 10.1080/22221751.2020.1729071.

[21] Lo et al. 2020. Evaluation of SARS-CoV-2 RNA shedding in clinical specimens and clinical characteristics of 10 patients with COVID-19 in Macau. *International Journal of Biological Sciences* 16(10):1698-1707. DOI: 10.7150/ijbs.45357.

[22] Ling et al. 2020. Persistence and clearance of viral RNA in 2019 novel coronavirus disease rehabilitation patients. *Chinese Medical Journal (English).* DOI: 10.1097/CM9.0000000000000774.

[23] Xu. 2020. Characteristics of pediatric SARS-CoV-2 infection and potential evidence for persistent fecal viral shedding. *Nature Medicine* 26:502-505. https://doi.org/10.1038/s41591-020-0817-4.

[24] During the SARS epidemic in Hong Kong in 2003, the virus was spread in an apartment complex (Amoy Gardens) due to aerosolized waste flushed from toilets that found its way into the air of other apartments through poorly designed bathroom floor drains.

[25] Wölfel et al. 2020. Virological assessment of hospitalized patients with COVID-2019. *Nature.* https://doi.org/10.1038/s41586-020-2196-x.

[26] Guo et al. 2020. Profiling early humoral response to diagnose novel coronavirus disease (COVID-19). *Clinical Infectious Diseases.* https://doi.org/10.1093/cid/ciaa310.

[27] Zhao et al. 2020. Antibody responses to SARS-CoV-2 in patients of novel coronavirus disease 2019. *Clinical Infectious Diseases.* DOI: 10.1093/cid/ciaa344.

[28] Guo et al. 2020. Profiling early humoral response to diagnose novel coronavirus disease (COVID-19). *Clinical Infectious Diseases.* https://doi.org/10.1093/cid/ciaa310.

[29] Tan. 2020. Viral kinetics and antibody responses in patients with COVID-19. *medRxiv.*

[30] Guo et al. 2020. Profiling early humoral response to diagnose novel coronavirus disease (COVID-19). *Clinical Infectious Diseases.* https://doi.org/10.1093/cid/ciaa310.

[31] Wölfel et al. 2020. Virological assessment of hospitalized patients with COVID-2019. *Nature.* https://doi.org/10.1038/s41586-020-2196-x.

[32] Zhao et al. 2020. Antibody responses to SARS-CoV-2 in patients of novel coronavirus disease 2019. *Clinical Infectious Diseases.* DOI: 10.1093/cid/ciaa344.

Copyright National Academy of Sciences. All rights reserved.

The duration of the antibody response and acquired immunity to re-infection will be critical to understanding (1) how effective vaccination is likely to be; (2) how durable immunity is; (3) whether it is possible to achieve herd immunity against COVID-19; and (4) how safe it is for people who are positive in a serology test to return to work. One key uncertainty arises from the fact that we are early in the outbreak and survivors from the first weeks of infection in China are, at most, only 3 months since recovery. Some lessons may be gleaned from evidence about the duration of antibody responses to SARS-CoV and MERS-CoV, which are related viruses. Studies of patients who recovered from the SARS outbreak in 2003 show a steady decrease in amounts of antiviral binding IgG over time with 12% negative at 2 years and 50% at 3 years.[33,34] Similarly, health care workers with mild to moderate MERS-CoV infection had no detectable antiviral binding IgG 18 months after recovery.[35] The response to SARS-CoV-2 is likely to be similar to this closely related virus. Longitudinal data from the large numbers of recovered cases in China from earlier in the outbreak may give us insight into the temporal dynamics of antibody titers to this virus.

Gaps in knowledge:

- Evaluation of whether the presence of antibodies confers protection from illness due to re-infection, and if so, what levels of antibodies are needed.
- A better understanding of the role of specific antibodies will inform possible therapy with immune plasma and the development of monoclonal antibodies for potential treatment, as well as vaccine design.
- Following antibody titers in cohorts of patients with mild, moderate, severe, and critical COVID-19 disease will be revealing. This would best be done in multiple geographies, with diverse age classes, ethnic background, etc.
- Evidence of waning antibody titer can be anticipated after 2 years, but any indication of earlier significant drop in titers per age class or other grouping would be very important to identify because it might affect vaccine efficacy, the ability of these people to be re-infected and the potential for disease attenuation with an anamnestic response.

**(3) Optimal duration of isolation of cases.**

Because many patients continue to be RT-PCR positive for viral RNA in both respiratory secretions and stool, this is a difficult question that will best be informed by observational studies of transmission from discharged patients with known status for viral RNA by RT-PCR. Waiting for all tests to be repeatedly negative is the most conservative approach, but may result in prolonged unnecessary isolation. Assessment of humoral and cellular immune response may also be informative. Current Centers for Disease Control and Prevention recommendations are that patients are no longer infectious after 7 days of illness and 3 days without symptoms.

---

[33] Liu et al. 2006. Two-year prospective study of the humoral immune response of patients with severe acute respiratory syndrome. *The Journal of Infectious Diseases* 193(6):792-795.

[34] Wu et al. 2007. Duration of antibody responses after severe acute respiratory syndrome. *Emerging Infectious Diseases* 13(10):1562-1564. DOI: 10.3201/eid1310.070576.

[35] Alshukairi et al. 2016. Antibody response and disease severity in healthcare worker MERS survivors. *Emerging Infectious Diseases* 22(6):1113-1115. https://dx.doi.org/10.3201/eid2206.160010.

Copyright National Academy of Sciences. All rights reserved.

Gaps in knowledge:

- Duration of shedding of infectious virus by recovered patients and the relationship to the detection of viral RNA.
- Knowledge of immune mechanisms responsible for virus clearance that might predict recovery and help determine when patients are no longer infectious.
- Immune correlates of protection.
- Duration of protective immunity.

## APPENDIX

### Authors and Reviewers of This Rapid Expert Consultation

This rapid expert consultation was prepared by staff of the National Academies of Sciences, Engineering, and Medicine, and members of the National Academies' Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats: Peter Daszak, EcoHealth Alliance; Diane E. Griffin, Johns Hopkins Bloomberg School of Public Health; Kent E. Kester, Sanofi Pasteur; and Mark S. Smolinski, Ending Pandemics.

Harvey Fineberg, chair of the Standing Committee, approved this document. The following individuals served as reviewers: Kathryn M. Edwards, Vanderbilt University School of Medicine; James W. LeDuc, Galveston National Laboratory; and Steven M. Teutsch, University of California, Los Angeles. Bobbie A. Berkowitz, Columbia University School of Nursing, and Ellen Wright Clayton, Vanderbilt University Medical University, served as arbiters of this review on behalf of the National Academies' Report Review Committee and their Health and Medicine Division.

Copyright National Academy of Sciences. All rights reserved.

# Exhibit U
**(CD&D, *COVID-19 infection*)**

Cell Death & Differentiation
https://doi.org/10.1038/s41418-020-0530-3

Cell Death &
Differentiation





**EDITORIAL**

# COVID-19 infection: the perspectives on immune responses

Yufang Shi[1,2] · Ying Wang[2] · Changshun Shao ●[1] · Jianan Huang[1] · Jianhe Gan[1] · Xiaoping Huang[1] · Enrico Bucci ●[3,4] · Mauro Piacentini[5] · Giuseppe Ippolito[5] · Gerry Melino[6,7]

Received: 1 March 2020 / Revised: 10 March 2020 / Accepted: 10 March 2020
© ADMC Associazione Differenziamento e Morte Cellulare 2020

More than 100 years since the outbreak of the 1918 influenza pandemic, we now seem to face another pandemic. The outbreak of the new coronavirus (SARS-CoV-2) infection is spreading to every continent, forcing us to live with this virus for perhaps a long time. Scientists and clinicians have learned much of coronavirus disease 2019, COVID-19, and its pathogenesis [1]: not all people exposed to SARS-CoV-2 are infected and not all infected patients develop severe respiratory illness. Accordingly, SARS-CoV-2 infection can be roughly divided into three stages: stage I, an asymptomatic incubation period with or without detectable virus; stage II, non-severe symptomatic period with the presence of virus; stage III, severe respiratory symptomatic stage with high viral load [2]. From the point of view of prevention, individuals at stage I, the stealth carriers, are the least manageable because, at least on some occasions, they spread the virus unknowingly: indeed, the first asymptomatic transmission has been reported in Germany [3]. The role of asymptomatic SARS-CoV-2 infected

✉ Yufang Shi
yfshi@suda.edu.cn

[1] The First Affiliated Hospital of Soochow University, State Key Laboratory of Radiation Medicine and Protection, Institutes for Translational Medicine, Soochow University Medical College, Suzhou, China

[2] Shanghai Institute of Nutrition and Health, Shanghai Institutes for Biological Sciences, Chinese Academy of Sciences, 320 Yueyang Road, Shanghai 200031, China

[3] Sbarro Health Research Organization, Temple University, Philadelphia, PA 19122, USA

[4] Resis Srl, 10010 Samone, TO, Italy

[5] National Institute for Infectious Diseases 'Lazzaro Spallanzani" IRCCS, 00149 Rome, Italy

[6] Department of Experimental Medicine, TOR, University of Rome Tor Vergata, 00133 Rome, Italy

[7] Medical Research Council (MRC) Toxicology Unit, University of Cambridge, Cambridge CB2 1QP, UK

individuals in disseminating the infection remains to be defined.

Among over 1000 patients analyzed in Wuhan, except occasionally in children and adolescence, it infects all the other age groups evenly. About 15% of the confirmed cases progress to the severe phase, although there is a higher chance for patients over 65 to progress into the severe phase [1]. One of the biggest unanswered questions is why some develop severe disease, whilst others do not. Clearly, the conventional wisdom based on overall immunity of the infected patients cannot explain this broad spectrum in disease presentation.

## Two-phase immune responses induced by COVID-19 infection

Clinically, the immune responses induced by SARS-CoV-2 infection are two phased. During the incubation and non-severe stages, a specific adaptive immune response is required to eliminate the virus and to preclude disease progression to severe stages. Therefore, strategies to boost immune responses (anti-sera or pegylated IFNα) at this stage are certainly important. For the development of an endogenous protective immune response at the incubation and non-severe stages, the host should be in good general health and an appropriate genetic background (e.g. HLA) that elicits specific antiviral immunity. Genetic differences are well-known to contribute to individual variations in the immune response to pathogens. However, when a protective immune response is impaired, virus will propagate and massive destruction of the affected tissues will occur, especially in organs that have high ACE2 expression, such as intestine and kidney. The damaged cells induce innate inflammation in the lungs that is largely mediated by pro-inflammatory macrophages and granulocytes. Lung inflammation is the main cause of life-threatening respiratory disorders at the severe stage [4]. Therefore, good general health may not be advantageous for patients who have advanced to the severe stage: once severe lung damage

occurs, efforts should be made to suppress inflammation and to manage the symptoms.

Alarmingly, after discharge from hospital, some patients remain/return viral positive and others even relapse. This indicates that a virus-eliminating immune response to SARS-CoV-2 may be difficult to induce at least in some patients and vaccines may not work in these individuals. Those recovered from the non-severe stage should be monitored for the virus together with T/B cell responses. These scenarios should be considered when determining the strategies of vaccine development. In addition, there are many types or subtypes of coronavirus. Thus, if vaccines directly targeting SARS-CoV-2 prove to be difficult to develop, the Edward Jenner approach should be considered.

## Cytokine storm and lung damage

The cytokine release syndrome (CRS) seems to affect patients with severe conditions. Since lymphocytopenia is often seen in severe COVID-19 patients, the CRS caused by SARS-CoV-2 virus has to be mediated by leukocytes other than T cells, as in patients receiving CAR-T therapy; a high WBC-count is common, suggesting it, in association with lymphocytopenia, as a differential diagnostic indicator for COVID-19. In any case, blocking IL-6 may be effective. Blocking IL-1 and TNF may also benefit patients. Although various clinical sites in China have announced the use of mesenchymal stromal/stem cells (MSCs) in severe cases with COVID-19 infection, solid results have yet to be seen. One caveat is that MSCs need to be activated by IFNγ to exert their anti-inflammatory effects, which may be absent in severely affected patients as T cells are not well activated by SARS-CoV-2 infection. To enhance effectiveness, one could consider employing the "*licensing-approach*": pretreat MSCs with IFNγ with/without TNF or IL-1 [5]. Such cytokine-licensed MSCs could be more effective in the suppression of hyperactive immune response and promotion of tissue repair, as licensed-MSCs are effective in LPS-induced acute lung damage [6].

Lung damage is a major hurdle to recovery in those severe patients. Through producing various growth factors, MSCs may help repair of the damaged lung tissue. It is important to mention that various studies have shown that in animal models with bleomycin-induced lung injury, vitamin B3 (niacin or nicotinamide) is highly effective in preventing lung tissue damage [7]. It might be a wise approach to supply this food supplement to the COVID-19 patients.

## HLA haplotypes and SARS-CoV-2 infection

The major-histocompatibility-complex antigen loci (HLA) are the prototypical candidates for genetic susceptibility to

infectious diseases [8, 9]. Haplotype HLA-loci variability results from selective pressure during co-evolution with pathogens. Immunologists have found that T-cell antigen receptors, on $CD4^+$ or $CD8^+$ T cells recognize the conformational structure of the antigen-binding-grove together with the associated antigen peptides. Therefore, different HLA haplotypes are associated with distinct disease susceptibilities. The repertoire of the HLA molecules composing a haplotype determines the survival during evolution. Accordingly, it seems advantageous to have HLA molecules with increased binding specificities to the SARS-CoV-2 virus peptides on the cell surface of antigen-presenting cells. Indeed, the susceptibility to various infectious diseases such as tuberculosis, leprosy, HIV, hepatitis B, and influenza is associated with specific HLA haplotypes. Particular murine MHC class II haplotypes are associated with the susceptibility to influenza. In man, HLA class I is also associated with H1N1 infections: HLA-A*11, HLA-B*35, and HLA-DRB1*10 confers susceptibility to influenza A(H1N1)pdm09 infection [10]. Therefore, it is imperative to study whether specific HLA loci are associated with the development of anti-SARS-CoV-2 immunity and, if so, to identify the alleles, either class I or II, that demonstrate induction of protective immunity. Once the dominant alleles are identified, simple detection kits can be developed. Such information is critical for (1) strategic clinical management; (2) evaluation of the efficacy of vaccination in different individuals in the general population; (3) assignment of clinical professional and managerial teams amid interactions with COVID-19 patients.

## Hyaluronan: a potential cause of fatalities

The innate immune response to tissue damage caused by the virus could lead to acute respiratory distress syndrome (ARDS), in which respiratory failure is characterized by the rapid onset of widespread inflammation in the lungs and subsequent fatality [4]. The symptoms of ARDS patients include short/rapid breathing, and cyanosis. Severe patients admitted to intensive care units often require mechanical ventilators and those unable to breath have to be connected to extracorporeal membrane oxygenation (ECMO) to support life [11]. CT images revealed that there are characteristic white patches called "*ground glass*", containing fluid in the lungs [2]. Recent autopsies have confirmed that the lungs are filled with clear liquid jelly, much resembling the lungs of wet drowning [4]. Although the nature of the clear jelly has yet to be determined, hyaluronan (HA) is associated with ARDS [12]; moreover, during SARS infection, the production and regulation of hyaluronan is defective. The levels of inflammatory cytokines (IL-1, TNF) are high in the lungs of COVID-19 patients and these cytokines are

COVID-19 infection: the perspectives on immune responses



**Fig. 1 Schematic representation of the progression of COVID-19 infection and potential adjuvant interventions.** After an incubation period, the invading COVID-19 virus causes non-severe symptoms and elicits protective immune responses. The successful elimination of the infection relies on the health status and the HLA haplotype of the infected individual. In this period, strategies to boost immune response can be applied. If the general health status and the HLA haplotype of the infected individual do not eliminate the virus, the patient then enters the severe stage, when strong damaging inflammatory response occurs, especially in the lungs. At this stage, inhibition of hyaluronan synthase and elimination of hyaluronan can be prescribed. Cytokine activated mesenchymal stem cells can be used to block inflammation and promote tissue reparation. Vitamin B3 can be given to patients starting to have lung CT image abnormalities.

strong inducers of HA-synthase-2 (HAS2) in CD31$^+$ endothelium, EpCAM$^+$ lung alveolar epithelial cells, and fibroblasts [13]. Importantly, HA has the ability to absorb water up to 1000 times its molecular weight. Therefore, reducing the presence or inhibiting the production of HA holds a great promise in helping COVID-19 patients breathe. Doctors can simply provide patients medical grade hyaluronidase to reduce the accumulation of HA and thus to clear the jelly in the lung. In animal models, influenza-induced breathing difficulties can be relieved by intranasal administration of hyaluronidase. Doctors can also use a clinically approved bile therapy drug, Hymecromone (4-Methylumbelliferone, 4-MU), an inhibitor of HAS2 [14]. LPS-induced lung inflammation can be relieved by 4-MU. 4-MU or its chemical derivatives exist widely in various herbs used in traditional Chinese medicine, which may explain the observed effectiveness of combined herbal medicine in some patients.

Overall, this synopsis is based on some clinical common sense. We propose some simple, but largely ignored, approaches to the treatment of COVID-19 patients (Fig. 1).

We believe that the two-phase division is very important: the first immune defense-based protective phase and the second inflammation-driven damaging phase. Doctors should try to boost immune responses during the first, while suppressing it in the second phase. Since Vitamin B3 is highly lung protective, it should be used as soon as coughing begins. When breathing difficulty becomes apparent, hyaluronidase can be used intratracheally and at the same time 4-MU can be given to inhibit HAS2. Of course, HLA typing will provide susceptibility information for strategizing prevention, treatment, vaccination, and clinical approaches. We hope that some of the above ideas can be employed to help combat this deadly contagious disease of increasing incidence around the world.

**Acknowledgements** The work has been partially supported by grants from the National Key R&D Program of China (2018YFA0107500), the Scientific Innovation Project of the Chinese Academy of Sciences (XDA16020403), Suzhou 2020 Emergency Innovation Funding on COVID-19 Infection, the National Natural Science Foundation of China (81530043, 81861138015, 31771641 and 81571612), PANDORA-ID-NET (to GI), the European & Developing Countries Clinical Trials Partner-ship, supported under Horizon 2020 to GI), Italian Ministry of Health (RC, 1 to MP and GI).

## Compliance with ethical standards

**Conflict of interest** The authors declare that they have no relevant conflict of interest.

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

## References

1. Guan WJ, Ni ZY, Hu Y, Liang WH, Ou CQ, He JX, et al. Clinical Characteristics of Coronavirus Disease 2019 in China. The New England journal of medicine. 2020. https://doi.org/10.1056/NEJMoa2002032.

2. Wang D, Hu B, Hu C, Zhu F, Liu X, Zhang J, et al. Clinical Characteristics of 138 Hospitalized Patients With 2019 Novel Coronavirus-Infected Pneumonia in Wuhan, China. Jama. 2020. https://doi.org/10.1001/jama.2020.1585.

3. Rothe C, Schunk M, Sothmann P, Bretzel G, Froeschl G, Wallrauch C, et al. Transmission of 2019-nCoV Infection from an Asymptomatic Contact in Germany. The New England journal of medicine. 2020;382:970-1. https://doi.org/10.1056/NEJMc2001468.

4. Xu Z, Shi L, Wang Y, Zhang J, Huang L, Zhang C, et al. Pathological findings of COVID-19 associated with acute respiratory distress syndrome. The Lancet Respiratory medicine. 2020. https://doi.org/10.1016/S2213-2600(20)30076-X.

5. Wang Y, Chen X, Cao W, Shi Y. Plasticity of mesenchymal stem cells in immunomodulation: pathological and therapeutic implications. Nat Immunol. 2014;15:1009–16. https://doi.org/10.1038/ni.3002.

6. Wang G, Cao K, Liu K, Xue Y, Roberts AI, Li F, et al. Kynurenic acid, an IDO metabolite, controls TSG-6-mediated immunosuppression of human mesenchymal stem cells. Cell death and

differentiation. 2018;25:1209-23. https://doi.org/10.1038/s41418-017-0006-2.

7. Nagai A, Matsumiya H, Hayashi M, Yasui S, Okamoto H, Konno K. Effects of nicotinamide and niacin on bleomycin-induced acute injury and subsequent fibrosis in hamster lungs. Experimental lung research. 1994;20:263-81. https://doi.org/10.3109/01902149409064387.

8. Blackwell JM, Jamieson SE, Burgner D. HLA and infectious diseases. Clin Microbiol Rev. 2009;22:370–85. https://doi.org/10.1128/CMR.00048-08.

9. Matzaraki V, Kumar V, Wijmenga C, Zhernakova A. The MHC locus and genetic susceptibility to autoimmune and infectious diseases. Genome Biol. 2017;18:76. https://doi.org/10.1186/s13059-017-1207-1.

10. Dutta M, Dutta P, Medhi S, Borkakoty B, Biswas D. Polymorphism of HLA class I and class II alleles in influenza A (H1N1)pdm09 virus infected population of Assam, Northeast India. J Med Virol. 2018;90:854–60. https://doi.org/10.1002/jmv.25018.

11. MacLaren G, Fisher D, Brodie D. Preparing for the most critically Ill patients with COVID-19: the potential role of extracorporeal membrane oxygenation. JAMA. 2020. https://doi.org/10.1001/jama.2020.2342.

12. Hallgren R, Samuelsson T, Laurent TC, Modig J. Accumulation of hyaluronan (hyaluronic acid) in the lung in adult respiratory distress syndrome. Am Rev Respir Dis. 1989;139:682–7. https://doi.org/10.1164/ajrccm/139.3.682.

13. Bell TJ, B O, Morgan DJ, Salek-Ardakani S, Jagger C, Fujimori T, et al. Defective lung function following influenza virus is due to prolonged, reversible hyaluronan synthesis. Matrix Biol. 2018;80:14–28.

14. Collum SD, Chen NY, Hernandez AM, Hanmandlu A, Sweeney H, Mertens TCJ, et al. Inhibition of hyaluronan synthesis attenuates pulmonary hypertension associated with lung fibrosis. British journal of pharmacology. 2017;174:3 284–301. https://doi.org/10.1111/bph.13947.

# Exhibit V
**(The Lancet, *Cancer patients in SARS-CoV-2 infection*)**

Comment

We declare no competing interests.

*Allison Landman, Laura Feetham, Daniel Stuckey*

*The Lancet Oncology* (AL); *The Lancet Gastroenterology & Hepatology* (LF); *EBioMedicine* (DS), London EC2Y 5AS, UK

1   GBD 2017 Pancreatic Cancer Collaborators. The global, regional, and national burden of pancreatic cancer and its attributable risk factors in 195 countries and territories, 1990-2017: a systematic analysis for the Global Burden of Disease Study. *Lancet Gastroenterol Hepatol* 2019; 4: 934–47.

2   Yao W, Maitra A, Ying H. Recent insights into the biology of pancreatic cancer. *EBioMedicine* 2020; published online March 2. DOI:10.1016/j. ebiom.2020.102655.

3   Thomas SK, Lee J, Beatty GL. Paracrine and cell autonomous signalling in pancreatic cancer progression and metastasis. *EBioMedicine* 2020; published online March 2. DOI:10.1016/j.ebiom.2020.102662.

4   Christenson ES, Jaffee E, Azad N.  Current and emerging therapies for patients with advanced pancreatic ductal adenocarcinoma: a bright future. *Lancet Oncol* 2020; published online March 2. http://dx.doi.org/S1470-2045(19)30795-8.

5   Pereira SP, Oldfield L, Ney A, et al. Early detection of pancreatic cancer. *Lancet Gastroenterol Hepatol* 2020; published online March 2. http://dx.doi.org/S2468-1253(19)30421-2.

# Cancer patients in SARS-CoV-2 infection: a nationwide analysis in China



China and the rest of the world are experiencing an outbreak of a novel betacoronavirus known as severe acute respiratory syndrome corona virus 2 (SARS-CoV-2).[1] By Feb 12, 2020, the rapid spread of the virus had caused 42747 cases and 1017 deaths in China and cases have been reported in 25 countries, including the USA, Japan, and Spain. WHO has declared 2019 novel coronavirus disease (COVID-19), caused by SARS-CoV-2, a public health emergency of international concern. In contrast to severe acute respiratory system coronavirus and Middle East respiratory syndrome coronavirus, more deaths from COVID-19 have been caused by multiple organ dysfunction syndrome rather than respiratory failure,[2] which might be attributable to the widespread distribution of angiotensin converting enzyme 2—the functional receptor for SARS-CoV-2—in multiple organs.[3,4] Patients with cancer are more susceptible to infection than individuals without cancer because of their systemic immunosuppressive state caused by the malignancy and anticancer treatments, such as chemotherapy or surgery.[5-8] Therefore, these patients might be at increased risk of COVID-19 and have a poorer prognosis.

On behalf of the National Clinical Research Center for Respiratory Disease, we worked together with the National Health Commission of the People's Republic of China to establish a prospective cohort to monitor COVID-19 cases throughout China. As of the data cutoff on Jan 31, 2020, we have collected and analysed 2007 cases from 575 hospitals (appendix pp 4–9 for a full list) in 31 provincial administrative regions. All cases were diagnosed with laboratory-confirmed COVID-19 acute respiratory disease and were admitted to hospital.

We excluded 417 cases because of insufficient records of previous disease history.

18 (1%; 95% CI 0·61–1·65) of 1590 COVID-19 cases had a history of cancer, which seems to be higher than the incidence of cancer in the overall Chinese population (285·83 [0·29%] per 100000 people, according to 2015 cancer epidemiology statistics[9]). Detailed information about the 18 patients with cancer with COVID-19 is summarised in the appendix (p 1). Lung cancer was the most frequent type (five [28%] of 18 patients). Four (25%) of 16 patients (two of the 18 patients had unknown treatment status) with cancer with COVID-19 had received chemotherapy or surgery within the past month, and the other 12 (75%) patients were cancer survivors in routine follow-up after primary resection. Compared with patients without cancer, patients with cancer were older (mean age 63·1 years [SD 12·1] vs 48·7 years [16·2]), more likely to have a history of smoking (four [22%] of 18 patients vs 107 [7%] of 1572 patients), had more polypnea (eight [47%] of 17 patients vs 323 [23%] of 1377 patients; some data were missing on polypnea) and more severe baseline CT manifestation (17 [94%] of 18 patients vs 1113 [71%] of 1572 patients), but had no significant differences in sex, other baseline symptoms, other comorbidities, or baseline severity of x-ray (appendix p 2).

Most importantly, patients with cancer were observed to have a higher risk of severe events (a composite endpoint defined as the percentage of patients being admitted to the intensive care unit requiring invasive ventilation, or death) compared with patients without cancer (seven [39%] of 18 patients vs 124 [8%] of 1572 patients; Fisher's exact p=0·0003).

Published **Online**
February 14, 2020
https://doi.org/10.1016/
S1470-2045(20)30096-6

See **Online** for appendix

**Comment**



*Figure*: Severe events in patients without cancer, cancer survivors, and patients with cancer (A) and risks of developing severe events for patients with cancer and patients without cancer (B)
ICU=intensive care unit.

We observed similar results when the severe events were defined both by the above objective events and physician evaluation (nine [50%] of 18 patients vs 245 [16%] of 1572 patients; Fisher's exact p=0·0008). Moreover, patients who underwent chemotherapy or surgery in the past month had a numerically higher risk (three [75%] of four patients) of clinically severe events than did those not receiving chemotherapy or surgery (six [43%] of 14 patients; figure). These odds were further confirmed by logistic regression (odds ratio [OR] 5·34, 95% CI 1·80–16·18; p=0·0026) after adjusting for other risk factors, including age, smoking history,

and other comorbidities. Cancer history represented the highest risk for severe events (appendix p 3). Among patients with cancer, older age was the only risk factor for severe events (OR 1·43, 95% CI 0·97–2·12; p=0·072). Patients with lung cancer did not have a higher probability of severe events compared with patients with other cancer types (one [20%] of five patients with lung cancer vs eight [62%] of 13 patients with other types of cancer; p=0·294). Additionally, we used a Cox regression model to evaluate the time-dependent hazards of developing severe events, and found that patients with cancer deteriorated more rapidly than those without cancer (median time to severe events 13 days [IQR 6–15] vs 43 days [20–not reached]; p<0·0001; hazard ratio 3·56, 95% CI 1·65–7·69, after adjusting for age; figure).

In this study, we analysed the risk for severe COVID-19 in patients with cancer for the first time, to our knowledge; only by nationwide analysis can we follow up patients with rare but important comorbidities, such as cancer. We found that patients with cancer might have a higher risk of COVID-19 than individuals without cancer. Additionally, we showed that patients with cancer had poorer outcomes from COVID-19, providing a timely reminder to physicians that more intensive attention should be paid to patients with cancer, in case of rapid deterioration.

Therefore, we propose three major strategies for patients with cancer in this COVID-19 crisis, and in future attacks of severe infectious diseases. First, an intentional postponing of adjuvant chemotherapy or elective surgery for stable cancer should be considered in endemic areas. Second, stronger personal protection provisions should be made for patients with cancer or cancer survivors. Third, more intensive surveillance or treatment should be considered when patients with cancer are infected with SARS-CoV-2, especially in older patients or those with other comorbidities.

We declare no competing interests. This study was approved by the ethics committee of the First Affiliated Hospital of Guangzhou Medical University. We thank all medical staff who are fighting against this public crisis. We also thank the hospital staff (see appendix pp 4–9 for a full list) for their efforts in collecting patient data. This study is supported by the China National Science Foundation (grant no 81871893) and the Key Project of Guangzhou Scientific Research Project (grant no 201804020030).

*Wenhua Liang†‡, Weijie Guan†, Ruchong Chen†, Wei Wang†, Jianfu Li, Ke Xu, Caichen Li, Qing Ai, Weixiang Lu, Hengrui Liang, Shiyue Li, *Jianxing He‡*
drjianxing.he@gmail.com

Comment

†Joint first authors

‡Joint senior authors

Department of Thoracic Oncology and Surgery (WLi, WW, JL, KX, CL, QA, WLu, HL, JH) and Department of Respiratory Disease (WG, RC, SL), China State Key Laboratory of Respiratory Disease and National Clinical Research Center for Respiratory Disease, The First Affiliated Hospital of Guangzhou Medical University, Guangzhou 510120, China

1   Chen N, Zhou M, Dong X, et al. Epidemiological and clinical characteristics of 99 cases of 2019 novel coronavirus pneumonia in Wuhan, China: a descriptive study. Lancet 2020; published online Jan 29. https://doi.org/10.1016/S0140-6736(20)30211-7.

2   Wang C, Horby PW, Hayden FG, Gao GF. A novel coronavirus outbreak of global health concern. Lancet 2020; published online Jan 24. https://doi.org/10.1016/S0140-6736(20)30185-9.

3   Zhou P, Yang XL, Wang XG, et al. A pneumonia outbreak associated with a new coronavirus of probable bat origin. Nature 2020; published online Feb 3. DOI:10.1038/s41586-020-2012-7.

4   Hamming I, Timens W, Bulthuis ML, Lely AT, Navis G, van Goor H. Tissue distribution of ACE2 protein, the functional receptor for SARS coronavirus. A first step in understanding SARS pathogenesis. J Pathol 2004; 203: 631–37.

5   Kamboj M, Sepkowitz KA. Nosocomial infections in patients with cancer. Lancet Oncol 2009; 10: 589–97.

6   Li JY, Duan XF, Wang LP, et al. Selective depletion of regulatory T cell subsets by docetaxel treatment in patients with nonsmall cell lung cancer. J Immunol Res 2014; 2014: 286170.

7   Longbottom ER, Torrance HD, Owen HC, et al. Features of postoperative immune suppression are reversible with interferon gamma and independent of interleukin-6 pathways. Ann Surg 2016; 264: 370–77.

8   Sica A, Massarotti M. Myeloid suppressor cells in cancer and autoimmunity. J Autoimmun 2017; 85: 117–25.

9   Zheng RS, Sun KX, Zhang SW, et al. Report of cancer epidemiology in China, 2015. Zhonghua Zhong Liu Za Zhi 2019; 41: 19–28 (in Chinese).

# Should patients who are incarcerated on death row receive palliative cancer care?



In modern society, it is accepted that individuals have the right to die with dignity. Since 1976, in the USA, people who are incarcerated have a limited constitutional right to health care, consistent with the Eighth Amendment. At present, there are more than 2600 incarcerated men and women in the USA who have been sentenced to death, most of whom have less than a high school diploma or High School Equivalency Certificate (GED), and are disproportionately of minority racial or ethnic backgrounds (42% African-American representation on death row vs 13% African-American representation in the US census).[1]

The combination of poor health status, social determinants of health, and paucity of adequate care provided in correctional facilities is driving a public health emergency, which is endangering the North American incarcerated population. We can expect the prevalence and burden of chronic illness to rise concomitantly with the growth of the ageing population in US prisons.[2] Data suggest that cancer is the leading cause of illness-related deaths in US state prisons.[2] In the absence of reform, the mass incarceration trends observed over the past three decades will substantially widen disparities, adversely affecting access to health care.

As the US prison population ages, and with it the subpopulation of individuals sentenced to death, the burden of cancer can be expected to increase. This increase will be accompanied by the inevitable debate

over the appropriate health care, both legally and morally, for those with end-stage cancer. This dilemma is bound to have a downstream effect on patients with cancer who have been sentenced to death and can affect the quality of palliative care provided in correctional facilities. In the community, a multidisciplinary team would manage the medical, mental health, and social service needs of a patient who chooses palliative care for a terminal diagnosis. But what of the patient who is sentenced to die by judicial execution? That any such person should receive a benefit of any sort, including the traditional last meal, is met with public protest and outrage. Such consternation will probably increase despite the fact that denying palliative care results in unnecessary suffering for the patient at no benefit to public safety.

It is well established that professional ethics forbids health-care staff from participating in any aspect of capital punishment. However, what of the incarcerated patient with cancer who is dying under the care of a physician with direct or indirect duties to the jurisdiction charged with judicial execution? What are the duties of the physician expected to provide palliative care to the incarcerated if the patient desires it? We argue that they are no different than those incumbent upon the physician and health-care staff in the community. The accepted framework of medico-ethical principles requires that oncology practitioners consider pain relief and other principles of palliative



# Exhibit W
**(Mayo Clinic, *Lymphocytic Leukemia Immunodeficiency*)**

## Review



# Infection and Immunity in Chronic Lymphocytic Leukemia

SOTIRIOS TSIODRAS, MD; GEORGE SAMONIS, MD; MICHAEL J. KEATING, MD; AND
DIMITRIOS P. KONTOYIANNIS, MD, ScD

Patients having chronic lymphocytic leukemia (CLL) are at increased risk for infectious morbidity and mortality. The predisposition to infections in CLL patients has many components, including both immunodeficiency related to the leukemia itself (humoral and cellular immune dysfunction) and the results of cumulative immunosuppression related to CLL treatment. The risk of infectious complications increases with the duration of CLL, reflecting the natural history of the disease and the cumulative immunosuppression related to its treatment. Hence, in early, untreated CLL, the infectious risk is mainly related to hypogammaglobulinemia, and infections by encapsulated bacteria are common. However, in patients having advanced CLL, particularly those who receive the newer purine analogues, neutropenia and defects in cell-mediated immunity appear

to be the major predisposing factors. An expanded spectrum of pathogens, including opportunistic fungi, *Pneumocystis carinii*, *Listeria monocytogenes*, mycobacteria, and herpesviruses, are seen in that setting. The changing spectrum of infections in this latter group of patients mandates a newer approach to prophylaxis and therapy.

*Mayo Clin Proc. 2000;75:1039-1054*

ADA = adenosine deaminase; BMT = bone marrow transplantation; 2-CdA = 2-chlorodeoxyadenosine; CLL = chronic lymphocytic leukemia; HSV = herpes simplex virus; IL-2 = interleukin 2; IVIG = intravenous immunoglobulin; NK = natural killer; PCP = *Pneumocystis carinii* pneumonia; SCID = severe combined immunodeficiency; VZV = varicella zoster virus

Chronic lymphocytic leukemia (CLL) is the most common adult leukemia in the Western world, accounting for 30% of all leukemias.[1] It is a malignant clonal disorder predominantly of B lymphocytes; T-cell CLL accounts for only 5% of cases. The abnormal clone replaces or inhibits growth and maturation of normal B cells (B-cell CLL), depressing immunoglobulin levels. The CLL staging systems have been proposed on the basis that the major prognostic factors are the number of involved nodal areas, the extent of hepatosplenomegaly, the pattern of marrow replacement, and the degree of anemia and thrombocytopenia. In addition, the median survival duration is more than 15 years in low-risk patients but is 2 years in high-risk patients.[1] Until the early 1990s, the standard therapy consisted of alkylating agents with or without corticosteroids.[1-3] The introduction of new purine analogue compounds, such as fludarabine phosphate, pentostatin, and cladribine; monoclonal antibody–based strategies; and the early experience with bone marrow transplantation (BMT) (autologous, allogeneic, "mini-transplant") in selected CLL patients have resulted in a resurgence of interest in clinical trials to treat this disease.[2,4] Fludarabine in particular has emerged as a very potent agent in patients having CLL refractory to alkylating agents.[2,3] More recently, the combination of purine analogues with alkylating agents (eg, the fludarabine-cyclophosphamide regimen) has also emerged as a promising approach.[2]

Infection in CLL patients has long been recognized as a common cause of morbidity and mortality.[4] Uncertainty about the pathogenesis of the increased risk of infection in these patients raises controversy regarding the management of infections. Furthermore, the encouraging new therapeutic developments have often come at the cost of serious opportunistic infections. The goal of this review is to describe the clinical characteristics and risk factors of infections in CLL as well as the abnormal host defenses in this disease. In addition, we focus on the evolving pattern of infectious complications in association with newer forms of therapy and discuss approaches to prophylaxis and treatment.

## INFECTIONS IN CLL TREATED WITH STANDARD CYTOTOXIC CHEMOTHERAPY

Many studies have emphasized the important role of infections complicating conventional chemotherapy based on

From the Infectious Diseases Division, Beth Israel Deaconess Medical Center and Harvard Medical School, Boston, Mass (S.T.); and Departments of Leukemia (M.J.K.) and Internal Medicine Specialties (G.S., D.P.K.), University of Texas M. D. Anderson Cancer Center, Houston. Dr Samonis is now at the University Hospital of Heraklion, Heraklion, Greece.

Dr Tsiodras was supported by a Lilian Voudouri Institute scholarship and is a fellow with the Clinical Investigator Training Program, supported by Pfizer Inc, at the Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology. Dr Kontoyiannis was supported by a cancer center (core) grant (CA16672) from the National Institutes of Health.

Individual reprints of this article are not available. Address correspondence to Dimitrios P. Kontoyiannis, MD, ScD, Department of Internal Medicine Specialties, Box 47, University of Texas M. D. Anderson Cancer Center, 1515 Holcombe Blvd, Houston, TX 77030 (e-mail: dkontoyi@notes.mdacc.tmc.edu).

For personal use. Mass reproduce only with permission from *Mayo Clinic Proceedings*.

alkylating agents in the morbidity and mortality associated with CLL.[4-21] In fact, the incidence of moderate to severe infections in CLL patients was estimated to be 0.47 per patient-year in a large study.[19] However, most of these retrospective studies used different diagnostic criteria for infection and cause of death and focused on the analysis of leukemia status rather than on the infectious complications of leukemia. Moreover, these studies examined a select patient population, such as those having advanced refractory CLL, typically seen in tertiary care centers, and many of these efforts did not consider the stage of the underlying leukemia, neutrophil count, immunoglobulin level, or prior treatment using cytotoxic agents, which are all important factors for the type and severity of infections in CLL. Despite these limitations, several conclusions can be derived: (1) The incidence of infection in CLL patients was higher than that in an age-matched control group[4] and not associated with the increased median age of the CLL patient population. (2) The incidence and severity of infections paralleled the stage and progression of CLL. Hence, patients having advanced refractory CLL usually die of infection.[22] (3) Infection may be the feature at presentation that leads to the diagnosis of CLL.[15] (4) Fever in CLL patients usually signifies infection.[13,15] (5) Finally, a subset of patients suffer from recurrent infections (mostly upper respiratory tract or soft tissue infections) usually associated with hypogammaglobulinemia.[5,16,18,19]

Regarding the sites of involvement of severe infection, both pneumonia and bacteremia are common, especially in patients having profound neutropenia.[4,5,8-12,16-18] Also, the rate of nosocomial bloodstream infections was 9.4% in CLL patients in a prospective surveillance study in which 50% of the patients had profound neutropenia (polymorphonuclear neutrophil leukocyte count at the time of bacteremia onset $<0.01 \times 10^9$/L).[23] Of interest is that older series[5-19] noted infections of the genitourinary tract, most likely due to obstruction by enlarged retroperitoneal nodes in advanced CLL.

Pathogens seen frequently in CLL patients undergoing different therapeutic regimens are listed in Table 1. Bacterial infections caused by encapsulated organisms such as *Streptococcus pneumoniae* are common, especially in older series of patients.[7,11,18,19,24-29] *Staphylococcus aureus* infections were also prominent in other series.[11,22] In contrast, an increase in gram-negative bacillary infections, particularly bacteremias, has been noted in recent studies.[17-19,26] This increase may reflect more advanced disease and profound myelosuppression in the patients studied. In fact, cytotoxic chemotherapy for advanced refractory CLL results in infectious morbidity and mortality analogous to that seen in acute leukemia. In particular, frequent fatal bacteremias or pneumonias caused by *Pseudomonas aeruginosa* have been

reported in that setting.[29] Other frequently reported pathogens include *Haemophilus influenzae*,[12] *Legionella* spp,[30-32] and *Salmonella* spp.[33] However, infections caused by *Listeria monocytogenes*, *Nocardia* spp, and *Neisseria meningitidis* are relatively infrequent in CLL patients who receive cytotoxic chemotherapy.[29]

Fungal infections, particularly the endemic mycoses, have also been associated with CLL.[34,35] For example, CLL was reported to be the most common underlying malignancy in patients having infections caused by *Cryptococcus neoformans*[34] and the underlying malignancy in 30% of patients having infections caused by *Histoplasma capsulatum* from an endemic area.[35] On the other hand, infections from *Coccidioides immitis* or *Paracoccidioides* spp are not commonly reported in association with CLL.[36,37] However, an increasing incidence of opportunistic mycoses such as candidiasis or aspergillosis in patients having advanced refractory CLL has been noted.[38,39] These mycoses are typically associated with prolonged and profound neutropenia, administration of multiple broad-spectrum antibiotics, and prior corticosteroid use, and they have emerged as a notable cause of death in patients having advanced refractory CLL.[38]

Viral infections, particularly herpesvirus infections, occur frequently in CLL patients.[4,8,17,40] Herpesvirus infections are usually localized, although disseminated disease occurs in patients having advanced disease and severe cell-mediated immune dysfunction.[41,42] Herpes simplex virus (HSV) mucositis may follow a more chronic, indolent course in some CLL patients in contrast to the more aggressive, recurrent nature of this infection in patients having acute leukemia.[43] Occasionally, severe infections caused by other viruses, such as adenovirus type 1, have been reported.[44] On a historical note, vaccinia gangrenosa and generalized vaccinia have been reported in CLL patients after smallpox vaccination.[45] However, viral infections, even though they may be associated with substantial morbidity, do not seem to cause notable mortality.

Finally, other pathogens, such as mycobacteria, infrequently cause infections.[46] Similarly, *Pneumocystis carinii* infections are rare in patients who receive conventional cytotoxic chemotherapy.[47]

## PATHOGENESIS OF INFECTIONS ASSOCIATED WITH CLL TREATED WITH STANDARD CYTOTOXIC CHEMOTHERAPY

The pathogenesis of infection in CLL is complex and multifactorial.[38,48,49] The associated humoral dysfunction has traditionally been considered the most important immune defect.[49] However, antineoplastic therapy has blurred the classic associations between CLL, hypogammaglobulinemia, and recurrent infection, which were apparent in the

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

Table 1. **Frequent Pathogens in Patients Having Chronic Lymphocytic Leukemia and Receiving Different Therapeutic Regimens***

| Pathogen | Alkylating agents/steroids | Purine analogues | | |
| --- | --- | --- | --- | --- |
| | | Fludarabine | Cladribine | Pentostatin |
| Bacteria | *S pneumoniae*<br>*S aureus*<br>*P aeruginosa*<br>*H influenzae*<br>*Legionella* spp<br>*Salmonella* spp | *L monocytogenes†* | *L monocytogenes†*<br>*Staphylococcus* spp<br>*Streptococcus* spp<br>*E coli*<br>*Klebsiella* spp<br>*Enterobacter* spp<br>*Acinetobacter* spp<br>*N meningitidis*<br>*C difficile* | *S pneumoniae*<br>*Pseudomonas* spp |
| Fungi | *C neoformans*<br>*H capsulatum*<br>*Candida* spp<br>*Aspergillus* spp | *Candida* spp<br>*Aspergillus* spp | *Candida* spp<br>*Aspergillus* spp | *Candida* spp<br>*Aspergillus* spp |
| Viruses | HSV<br>Adenovirus | VZV<br>CMV | HSV<br>VZV<br>CMV | HSV<br>VZV |
| Other | ... | PCP†<br>Mycobacteria | PCP | PCP |

*CMV = cytomegalovirus; HSV = herpes simplex virus; PCP = *P carinii* pneumonia; VZV = varicella zoster virus.
†Especially with corticosteroids.

past when "unmodified" patients having untreated CLL were studied, by producing broader, less specific immune dysregulation (Table 2).[38]

## Hypogammaglobulinemia

Hypogammaglobulinemia is 1 of the 2 routinely measured immune defects associated with CLL (the other being neutropenia), and its association with infection in CLL patients is well known.[48-56] The pathogenesis of hypogammaglobulinemia probably reflects the dysfunction of nonclonal CD5 B cells in CLL[51] and carries a poor prognosis.[52,53] Additionally, the incidence of hypogammaglobulinemia depends on the duration of CLL.[54] During the course of their illness, most CLL patients will ultimately have severe, permanent hypogammaglobulinemia[8,25,55,56] that cannot be reversed using antileukemic therapy, even if a complete remission is achieved.[8,25] However, patients having chemotherapy-responsive CLL generally have fewer and milder infections despite having persistently depressed immunoglobulin levels.[12,53,54]

In addition, CLL patients having hypogammaglobulinemia, especially that of the IgG class, seem to have a higher risk of bacterial infections, particularly recurrent ones, than do those not having hypogammaglobulinemia.[7,18,52,55] Bacteria classically associated with this setting include encapsulated organisms.[18,23] Not all studies, however, have been able to confirm this association.

Questions have been raised about the relative importance of each immunoglobulin class and the immunoglobulin level below which the risk of infection greatly increases. Specifically, selective deficiencies of IgG3 and IgG4 were found in a small case-control study of patients having B-cell CLL.[57] This is important because IgG3 helps protect against herpesvirus,[49] a common viral infection in CLL.[40] Also, an important role has been attributed recently to immunoglobulin deficiencies in mucosal surfaces.[58] Much lower salivary IgM levels have been reported in CLL patients compared with controls, as has a higher risk of infection in patients having a low serum IgA level.[59-61] Additionally, a predominant IgA deficiency is associated with an increased frequency of upper respiratory tract infections similar to that observed in patients having a selective secretory IgA deficiency.[62] Finally, Rozman et al[63] found that a decreased IgA level had prognostic importance for survival in B-cell CLL patients. Further studies are needed to define the role of mucosal immune dysfunction in CLL patients. Finally, the prevalence of infection in CLL patients with hypergammaglobulinemia[15] or monoclonal gammopathy[64] has not been adequately studied.

On the other hand, CLL patients having hypogammaglobulinemia may be free of infections in contrast with those having normal immunoglobulin levels who may suffer recurrent infections.[38] It has been speculated that the inability of B cells to mount a specific humoral response

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

Table 2. **Predominant Immune Defects Noted in Different Stages of Chronic Lymphocytic Leukemia\***

| | | Late-stage CLL | |
|---|---|---|---|
| Immune defect | Early-stage untreated CLL | Treated using cytotoxic agents | Treated using purine analogues† |
| Hypogammaglobulinemia | IgG class and subclasses (IgG3, IgG4); low mucosal IgM/IgA; low serum IgA; qualitative loss of immunoglobulin function | More severe than in early-stage CLL | More severe than in early-stage CLL |
| Neutropenia and phagocytic-cell defects | … | Neutropenia; lysozyme and myeloperoxidase deficiencies; monocytopenia; defects in granulocyte chemotaxis and chemiluminescence | Often more severe than in late-stage CLL with cytotoxic agent therapy |
| Cell-mediated immunity | Functional T-cell defects; NK defects; LAK defects; CD4/CD8 inversion | Same as early-stage CLL but secondary effects of therapy pronounced; effect of cortico-steroids on lymphocytes and on monocyte-macrophage axis | Same as early-stage CLL but secondary effects of therapy pronounced; inhibition of STAT1, differential effect apoptosis between B and T cells, rapid reduction of CD4 cell count by fludarabine; effects on CD4/CD8 lymphocytes and on monocytes by cladribine; inhibition of ADA and effects on lymphocytes, monocytes, macrophages, and NK cells by pentostatin |
| Low complement | Primary vs secondary; low C1 and C4; C1 esterase inhibitor deficiency; autoimmune features | Same as early-stage CLL | Same as early-stage CLL |

\*$ADA$ = adenosine deaminase; CLL = chronic lymphocytic leukemia; LAK = lymphokine-activated killer; NK = natural killer.
†Fludarabine and pentostatin.

against a pathogen may be more important than the hypogammaglobulinemia itself.[49] Deficiencies in secondary-antibody response to common antigens in CLL were first reported long ago.[65-68] Deficiencies of specific antibodies against common pathogens, such as low IgG titers to *Escherichia coli* and *S pneumoniae* associated with recurrent infections caused by these pathogens, were subsequently found.[52] In other studies, the response to immunization against *S pneumoniae*[69,70] and influenza[71] was shown to be defective in CLL patients. A qualitative loss of immunoglobulin function in CLL patients having recurrent infections is supported by several other observations: (1) the immunoglobulin threshold below which the risk of infection increases is much higher in CLL (and other acquired hypogammaglobulinemic states) than in congenital hypogammaglobulinemic states[72]; and (2) patients having multiple myeloma, another clonal disease marked by B-cell dysregulation, frequently have severe recurrent infections with the same spectrum of pathogens as CLL patients do despite having normal immunoglobulin levels.[73]

Unfortunately, no reliable method of qualitative assessment of immunoglobulin function exists to determine whether loss of such function is important in the pathogenesis of infection in CLL. It can only be speculated that this is a reflection of the heterogeneity in the levels of specific IgG subclasses recently found in CLL.[57,74]

## Cell-Mediated Immunity

Ample in vitro and in vivo evidence of impaired cell-mediated immunity in CLL does exist.[75] However, the distinction between primary impairment and impairment secondary to cytotoxic chemotherapy is not always made.[1] Effects on T-cell colony growth,[76] increases in T-suppressor activity,[77] decreases in T-helper activity,[77,78] reversal of the CD4/CD8 ratio,[1,79] increases in soluble interleukin 2 (IL-2) receptors,[80] defects in large granular lymphocytes,[80] lymphokine-activated killer cells,[81] or natural killer (NK) cells,[82] and increases in CD4+CD45+ cells, a subset of T cells believed to be functionally naive in terms of antigen exposure,[83] have all been reported. These complex functional abnormalities of T-cell subsets may play a role in the

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

pathogenesis of hypogammaglobulinemia in B-cell CLL.[1,56,84,85] In addition, the defect in NK-cell activity could promote hypogammaglobulinemia as CD16+ B-cell CLL NK cells inhibit mitogen-induced immunoglobulin secretion by normal B cells.[86]

Recent evidence offers new insight into the profound alterations in the T-cell repertoire of CLL patients and the role of clonal T-cell populations in the pathogenesis of this disease. Analysis of the CD4+ and CD8+ cell repertoire has shown that oligoclonality is much more common in both of these T-cell populations in CLL patients than in age-matched controls and that oligoclonal expansions are predominantly found in the CD57+ subset of both populations.[87,88] Also, an elevated frequency of CD4+CD57+ cells has been correlated with more advanced disease, and the most extreme oligoclonal expansions of CD4+CD57+ cells have occurred in patients having an advanced stage of CLL. It seems that a systemic antigen-specific immune reaction involving few T-cell receptor clonotypes is a hallmark of B-cell malignancies.[88]

It is unclear whether the T-cell dysfunction seen in CLL is reversible. Some of these functional defects may be improved with use of interferon therapy[89,90] or splenic irradiation.[91] Also, decreased reactivity of CLL patients to skin tests has been reported with use of recall antigens.[50,87,92-95] This could be explained by the poor antigenic T-cell responses to the antigens.[96] For example, when compared with normal T cells, a lower percentage of CD4+ and CD8+ cells in CLL express CD28, an important accessory molecule in creating antigenic T-cell responses.[96,97]

## Neutropenia and Phagocytic Cell Defects

The association of neutropenia with infection-related morbidity and mortality in CLL patients was reported as early as 1938[24]; several later studies have supported this association,[11,15,17,98] but others have not.[49,92] Monocytopenia may be an additional risk factor for infection.[99] The neutrophil function in CLL patients has been reported to be normal,[100] but other reports have indicated notable deficiencies of enzymes (in particular, lysozyme and myeloperoxidase), mainly in monocytes but also in neutrophils.[101] These enzyme deficiencies were not associated with impaired transformation of monocytes to macrophages and were reversed when complete hematologic remission was achieved. Severe impairments of most granulocyte functions have been reported in CLL patients having a history of infections compared with those not having infections or with healthy controls[101]; defective granulocyte chemotaxis represents an important predictor of infections in these patients.[102] As the use of combination cytotoxic chemotherapy for advanced-stage CLL increases, it is likely that neutropenia and qualitative phagocytic cell defects associ-ated with CLL will contribute more to the risk of infection in CLL patients.

## Complement

Several studies have shown that the complement activity in CLL is abnormal and associated with shortened survival, severe infections, and increased incidence of autoimmune features.[49,103-108] In 1 study, poor bacterial opsonization (particularly of *S pneumoniae*, *S aureus*, and *H influenzae*) was associated with defective complement activation and decreased levels of C3b in CLL patients who had received corticosteroids.[105] Hypogammaglobulinemia, which was common in these patients, was not sufficient to explain this defect because it was not corrected by adding specific antibacterial antibodies. Whether this complement deficiency represents a primary or secondary (chemotherapy-related) defect is unknown. In contrast, an association between hypogammaglobulinemia, chronic activation of the complement pathway, and major bacterial infections was reported by Dicato et al.[106] Finally, an acquired deficiency of C1 esterase inhibitor associated with low levels of C1 and C4 was reported to result in serious infections in CLL patients.[108]

## Splenectomy

Splenectomy, which is now infrequently performed in CLL patients,[1,109] could have accounted for some of the CLL-related encapsulated bacterial infections seen in old series.[110] Because autoimmune phenomena associated with CLL have been shown to respond to splenectomy[111] and recent studies have shown a good hematologic response and potential survival benefit following this procedure, its role may be upgraded in the future.[112,113]

## Age

Chronic lymphocytic leukemia is typically seen in older people (94% of CLL patients are older than 50 years).[1] Whether the immune system decline associated with the aging process[114] adds to the immune dysfunction associated with the disease is unknown. Both cellular and humoral immune responses are modified in the elderly, although changes in T-cell responses and function are more prominent.[115] The observed functional changes may be responsible for the association between advanced age and an increased susceptibility to infection.

## Effects of Treatment

The effects of conventional cytotoxic chemotherapy on infectious complications in CLL, a disease having inherent immunodeficiency, are difficult to dissect. Alkylating agents, with or without corticosteroids, are typically given to patients who have advanced CLL and multiple concomi-

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

tant risk factors for infection.[1,116-119] Response to chemo-therapy may result in a lower incidence of infection[9,25]; on the other hand, combination chemotherapy and its associ-ated neutropenia and T-cell dysfunction may further impair an already dysfunctioning immune system. In fact, most patients having advanced refractory CLL who receive combination cytotoxic chemotherapy experience serious infectious complications.[22,118]

The impact of adrenal corticosteroids on the risk of infection in CLL patients has also been investigated. Shaw et al[11] randomly assigned half of their patients to a reg-imen of 1 mg/kg of prednisone for 3 months followed by a 3-month washout period; this sequence was reversed for the other half of the patients. More frequent and severe infections, especially those caused by *S aureus*, were noted in connection with prednisone therapy. Prior conven-tional cytotoxic chemotherapy and corticosteroid ther-apy has also been an important risk factor for the in-creased incidence and severity of opportunistic infections in patients having alkylating agent–refractory CLL treated using fludarabine.[120] Furthermore, a broad spectrum of pathogens, including gram-negative rods, opportunistic fungi, *P carinii*, *Legionella* spp, mycobacteria, and reacti-vated herpesviruses, was the major cause of early death in 147 patients having fludarabine-refractory CLL treated at the University of Texas M. D. Anderson Cancer Center (D.P.K. and M.J.K., unpublished data). These findings un-derscore the additive effects of immunosuppression of the advanced stage of disease and the immunodeficiency of alkylators, corticosteroids, and purine analogues on the incidence of infection in CLL patients.

## INFECTIONS IN CLL PATIENTS FOLLOWING NEWER THERAPIES

The introduction of new purine analogues during the past decade has renewed clinical interest in the treatment of CLL.[2] Treatment using these agents appears to provide better results compared with conventional therapeutic schemes.[2] The most interesting of these agents are flu-darabine phosphate, pentostatin, and cladribine (Table 1).[2,4] However, their clinical use has been accompanied by an apparent increase in opportunistic infections caused by uncommon pathogens such as *P carinii*, *L monocytogenes*, herpes zoster virus, and fungi.[120,121]

### Fludarabine

Fludarabine is a fluorinated nucleotide analogue of the antiviral agent vidarabine,[122] which has been extensively investigated at M. D. Anderson Cancer Center.[123,124] En-couraging data from several recent clinical trials support the use of fludarabine as a first-line therapeutic agent against symptomatic CLL.[2,4] Although well tolerated,

fludarabine therapy has been associated with serious opportunistic infections, such as *P carinii* pneumonia (PCP), varicella zoster virus (VZV), and *L monocytogenes*, in CLL patients.[120,121] To evaluate risk factors for infection following fludarabine therapy, 402 patients who had received fludarabine with or without prednisone in month-ly 5-day courses at M. D. Anderson were studied.[120] One third of the patients were previously untreated, about half had Rai stage III or IV disease, and one third had hypo-gammaglobulinemia. Risk factors for major infections were an advanced Rai stage, previous cytotoxic chemo-therapy, a low serum albumin level, an elevated creatinine or $\beta_2$-microglobulin level, a poor performance status, and a poor response to therapy. *Listeria monocytogenes* infec-tion or PCP developed in 11 patients, all of whom had received prednisone and 10 of whom had been heavily pretreated. Also, patients having a CD4 cell count less than $0.05 \times 10^9$/L frequently had herpes zoster virus. Other researchers have observed a similar pattern of se-vere opportunistic infections in case reports and small series[125-132] of patients having advanced CLL who were receiving fludarabine monthly that occurred mostly during the first 3 cycles of therapy. Similar infections were also reported in patients receiving fludarabine for low-grade lymphoma[133] or Waldenström macroglobulinemia[134,135] or newer combined therapeutic modalities having fludara-bine and epirubicin[136] or cyclophosphamide[137] for refrac-tory CLL.

### Cladribine

Treatment using cladribine, similar to that using flu-darabine, has frequently led to serious infectious complica-tions.[121,138-144] These infections usually occurred around 2 months after the initiation of therapy. The pattern of infec-tions after cladribine treatment was notable for an increase in episodes of fever of undetermined origin and herpetic infections. Severe pneumonias and bacteremias were common, as were upper respiratory tract infections and reactivation of herpesviruses. A broad range of common pathogens were seen, including both gram-positive (eg, *Staphylococcus* and *Streptococcus* spp) and gram-negative bacteria (eg, *E coli*, *Klebsiella* spp, *Enterobacter* spp, *Aci-netobacter* spp, *N meningitidis*), *L monocytogenes*, PCP, herpesviruses (HSV, VZV), cytomegalovirus, adenovirus, and *Candida* and *Aspergillus* spp.[121,138-144] Previous chemo-therapy, advanced age, lymphopenia, and a history of in-fections 6 months prior to commencing cladribine therapy carried an increased risk of subsequent severe infection. Patients who previously received fludarabine had the high-est rate of infection, underscoring the harmful effects of prior therapies using other purine analogues as well as the effect of progressive disease. Specifically, in a study at M.

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

Mayo Clin Proc, October 2000, Vol 75

D. Anderson in which cladribine was given to patients having advanced fludarabine-refractory CLL, severe and unusual infections such as PCP were noted in a subset of patients.[145] Table 3 summarizes the risk factors for serious infections in patients having CLL treated using either fludarabine or cladribine.

## Pentostatin

Pentostatin therapy has been associated with the same pattern of infections as that associated with fludarabine and cladribine.[121,146-148] For example, Dillman et al[146] reported that severe life-threatening infections developed in 34 of 39 patients having advanced CLL who received pentostatin. These infections were usually seen during the first few weeks of therapy and were much more common in pre-treated patients having advanced-stage CLL. The spectrum of infections included *S pneumoniae* pneumonia, fatal *Pseudomonas* bacteremia, HSV and VZV infections, disseminated candidiasis, and PCP.

Even though treatment using purine analogues has resulted in serious infectious complications in CLL patients, interestingly, this has not been the case in patients who received biologic-response modifiers, such as the interferons, IL-2, and most of the available monoclonal antibodies.[149-151] However, caution is necessary when using all new forms of therapy. For example, profound lymphopenia was observed in preliminary studies of CLL patients who received an investigational anti-CD52 monoclonal antibody, alemtuzumab.[152,153] These patients did not receive anti-infective prophylaxis and had a high frequency of infections caused by opportunistic pathogens, including HSV, VZV, cytomegalovirus, *P carinii, Cryptococcus neoformans, L monocytogenes,* and opportunistic fungi. Our preliminary experience with alemtuzumab in patients having fludarabine-refractory CLL revealed a high incidence of cytomegalovirus reactivation (D.P.K. and M.J.K., unpublished data). Our patients routinely received trimethoprim-sulfamethoxazole and valacyclovir prophylaxis, which could have accounted for the lack of serious infections caused by HSV, VZV, *P carinii,* or *L monocytogenes.* Additionally, rituximab is a genetically engineered chimeric (murine-human) monoclonal antibody directed against the CD20 antigen found on the surface of normal and malignant B cells[154]; its use against CLL has been limited thus far.[154,155] Infections with pathogens such as *E coli,* herpesvirus, and *Candida* spp were seen in 19 of 54 lymphoma patients in a multicenter trial evaluating rituximab.[156] This rate of infection was slightly higher than that previously reported in patients having low-grade lymphoma treated using rituximab.[157,158]

Finally, bone marrow transplantation (BMT) has also been used in the treatment of CLL, specifically to induce a

**Table 3. Risk Factors for Serious Infections in Patients Having Chronic Lymphocytic Leukemia Treated With Fludarabine or Cladribine**

Fludarabine
    Advanced Rai stage
    Previous cytotoxic chemotherapy
    Low serum albumin level
    Elevated creatinine
    Elevated $\beta_2$-microglobulin level
    Poor performance status
    Poor response to therapy
Cladribine
    Advanced stage of disease
    Previous cytotoxic chemotherapy
    Previous fludarabine use
    Infection during the 6 mo prior to cladribine therapy
    Lymphopenia

prolonged period of disease-free survival in selected subsets of CLL patients.[159-161] Bone marrow transplant recipients may experience several additional immunosuppressive complications, such as graft-vs-host disease and graft rejection, which could further amplify their risk of severe opportunistic infections. In fact, the occurrence of serious infections similar to those encountered in patients who received fludarabine and prednisone suggests that BMT has a similar underlying pathophysiologic mechanism.[162] Rabinowe et al[163] suggested that these patients may have more delayed or defective reconstitution of their immune system after BMT compared with patients who undergo BMT for other disorders, but so far, the number of cases of BMT in these patients has been too small to draw any definitive conclusions.

## PATHOGENESIS OF INFECTIONS IN CLL TREATED WITH THE NEWER PURINE ANALOGUES

Defects in cell-mediated immunity resulting in severe, long-lasting immunosuppression are associated with the use of fludarabine, cladribine, and pentostatin (Table 2).[121] Pronounced lymphopenia and lymphocyte dysfunction have been noted, usually associated with different opportunistic infections.

### Fludarabine

The pathogenesis of severe opportunistic infections during fludarabine therapy seems to be complex, multifactorial, and poorly understood. Fludarabine can induce severe, prolonged immunosuppression.[164] There is concern that the cell-mediated dysregulation of advanced-stage CLL with an abnormal baseline CD4/CD8 ratio may be further aggravated by agents that have a rapid, profound lympholytic action.[165,166] Fludarabine is phosphorylated intracellular-

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

ly to arabinosyl-2-fluoroadenine, which inhibits DNA synthesis and repair as well as RNA synthesis. In addition, it was recently discovered that fludarabine inhibits the cytokine-induced activation of STAT1, a molecule essential for cell-mediated immunity.[167] Additionally, fludarabine induces apoptosis in both proliferating and quiescent cells, and in a recent study, a differential effect on apoptosis between B and T lymphocytes in CLL was noted, which was dependent on the Rai stage.[168] In another study, a profound, rapid decrease in all T-cell subsets was seen in patients having advanced CLL treated with fludarabine[169]; CD4 cell counts were still depressed 12 months after therapy ended. The spectrum of infections seen was similar to that in other studies and included PCP, cytomegalovirus, VZV, and invasive mycoses. Similarly, Bergmann et al[170] associated a rapid reduction in CD4 cell counts following fludarabine therapy with an identical spectrum of opportunistic infections in patients having advanced CLL.

Although it seems that the combination of fludarabine and prednisone is associated with more severe opportunistic infections (particularly PCP and listeriosis) than is fludarabine alone,[119,171-173] it is difficult to determine the exact role of each of these variables. Corticosteroid use is well known to be associated with such infections through multiple mechanisms, including lymphocytic action and suppression of the macrophage-monocyte axis.[174] The therapeutic role of corticosteroids is in question, and it appears that their use predisposes patients to subsequent opportunistic infections when combined with fludarabine. That somewhat higher doses of prednisone administered previously to a comparable patient population at M. D. Anderson did not increase the risk of these unusual infections[118] implicates the potential synergistic effect of prednisone plus fludarabine in lowering the threshold for such infections.

### Cladribine

Ribonucleotide reductase, which is active mainly in dividing cells, is inhibited by the excess 2-chlorodeoxyadenosine (2-CdA) 5'-triphosphate that accumulates after administration of cladribine.[175] Consequently, the intracellular pool of deoxynucleotides is depleted, and DNA synthesis is impaired.[176] It also appears that 2-CdA 5'-triphosphate is incorporated into the DNA of dividing cells.[177] Furthermore, lymphocytes and monocytes are exquisitely sensitive to 2-CdA.[177,178] A profound, long-lasting suppressive effect on CD4 and CD8 lymphocytes and the immune dysfunction induced by the underlying malignancy both appear to play a major role in the pathogenesis of 2-CdA–related immunosuppression and subsequent infection.[179-181]

### Pentostatin

Severe combined immunodeficiency (SCID)–like syndrome[182] may develop in CLL patients who receive pentostatin. This is easily explained by the binding action pentostatin exerts on adenosine deaminase (ADA), an enzyme having a genetic deficiency that results in SCID.[183] The inhibition of ADA by pentostatin, together with the impairment of lymphocytes,[184] monocytes,[185] macrophages,[186] and NK cells,[187] may explain this new spectrum of infections. T cells are typically more sensitive than B cells, and both the CD4 and CD8 subsets of T cells are affected.[184,188] The striking resemblance between the infectious complications in patients who receive fludarabine and prednisone and those who receive pentostatin may be explained by the effect these agents have on CD4 cells. This persistent immunosuppressive effect of pentostatin has also been studied in patients having hairy cell leukemia.[188,189]

### PROPHYLACTIC STRATEGIES

Marked differences in risk of infection and prophylactic strategies exist among patients having different stages of CLL (Table 4). Because patients with early-stage disease do not usually require intensive chemotherapy, antimicrobial prophylaxis may not be necessary unless the patients suffer repeated moderate or severe infections. On the other hand, patients with advanced disease who receive intensive cytotoxic chemotherapy have a higher risk of infection and should be considered candidates for antibacterial, antifungal, and antiviral prophylaxis. Special care and close follow-up should be performed in CLL patients who have the highest risk of death due to infectious cause, such as those having refractory disease, a history of prior severe infections, neutropenia, and a history of prior treatment using alkylating agents, corticosteroids, and purine analogues.

### Antibacterial Prophylaxis

Although no controlled studies of the cost-effectiveness of antibiotic prophylaxis in CLL have been done, there is some anecdotal evidence that the practice is beneficial.[53] However, early studies of patients having chronic bronchiectasis produced conflicting results and raised concerns about the possible selection of antibiotic-resistant flora.[190,191] Cost-effectiveness analysis of antibiotic prophylaxis in patients having CLL and recurrent respiratory tract or soft tissue infections is needed. The ideal prophylactic agent should offer adequate empiric coverage against commonly encountered upper respiratory tract pathogens, such as *H influenzae*, *S pneumoniae*, and *S aureus*. Combinations of amoxicillin and clavulanic acid or trimethoprim and sulfamethoxazole would therefore seem to be reasonable prophylactic choices to target most of these pathogens.[192] Also, patients should be educated about their risk

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

Infection and Chronic Lymphocytic Leukemia   **1047**

Table 4. **Proposed Prophylactic Strategies for Patients Having Early and Advanced Chronic Lymphocytic Leukemia at Risk for Infection\***

| Strategy | Problems | Best candidates | Specific approach |
|---|---|---|---|
| Counseling for early signs and symptoms of infection | … | All patients | … |
| Antibacterial prophylaxis | Potential for emergence of resistance | Patients having frequent upper respiratory tract infections | Amoxicillin–clavulanic acid; trimethoprim-sulfamethoxazole |
| PCP prophylaxis | … | Late-stage CLL treated using purine analogues | Trimethoprim-sulfamethoxazole, 1 double-strength tablet × 3/wk for 2 mo after fludarabine therapy |
| Antifungal prophylaxis | Potential for development of antifungal drug resistance | Late-stage CLL treated using cytotoxic agents and/or purine analogues | Fluconazole ± itraconazole |
| Antiviral prophylaxis | … | Late-stage CLL treated using purine analogues | Acyclovir or valacyclovir |
| Growth factors | ?Not cost-effective | Patients having prolonged, profound neutropenia | GM-CSF or G-CSF |
| IVIG | Not cost-effective; IgM and IgA, not replaced | Patients having hypogamma-globulinemia and frequent serious bacterial infections; history of recurrent bacterial infections; IgG titers <400 mg/dL; low titers of antibodies against encapsulated bacteria | IVIG (400 mg/kg) at 3-wk intervals 1 y; alternatively, 10 g of IVIG every 3 wk |
| Vaccination | Poor antibody response, vaccination of live attenuated viruses contraindicated | Patients having early-stage CLL, patients having normal immunoglobulin levels | Pneumococcal, influenza vaccine; H influenzae type B, influenza virus vaccine |

\*CLL = chronic lymphocytic leukemia; G-CSF = granulocyte colony-stimulating factor; GM-CSF = granulocyte-macrophage colony-stimulating factor; IVIG = intravenous immunoglobulin; PCP = *P carinii* pneumonia.

of infection with encapsulated organisms. When having signs of infection, such as high fever or rigors, they should be prepared to start receiving a course of antibiotics immediately. It would therefore be advisable for them to have a short supply of an antibiotic for immediate use. In addition, the increased risk of certain other bacterial and nonbacterial opportunistic infections in patients who receive new purine analogues must not be overlooked. This problem would dictate another strategy aimed at preventing *L monocytogenes*, *P carinii*, VZV, and fungal infections. However, there are no placebo-controlled studies evaluating the cost-effectiveness of PCP prophylaxis in this population. Given the high fatality rate among infected patients, some researchers recommend taking 1 trimethoprim-sulfamethoxazole double-strength tablet (80 mg of trimethoprim, 400 mg of sulfamethoxazole) 3 times a week for up to 2 months after stopping fludarabine therapy.[173,192]

Additionally, neutropenia is a common finding in early cycles of fludarabine therapy. The use of granulocyte colony-stimulating factor was studied in a small cohort of CLL patients (Rai stage II-IV) at our institution, resulting in a decrease in myelosuppression and pneumonia. The incidence of pneumonia was 8%, in contrast with an incidence of 37% in a historical cohort who received fludarabine alone.[193] Administration of granulocyte-macrophage colony-stimulating factor improved neutropenia in CLL patients having chronic neutropenia and recurrent infections.[194] These findings await confirmation from future larger trials. The cost-effectiveness of this strategy also warrants further investigation.

### Immunoglobulin Replacement

The early results of uncontrolled studies of intravenous immunoglobulin (IVIG) in CLL patients having hypogammaglobulinemia and serious or chronic persistent infections were encouraging.[195,196] A large randomized, double-blind, placebo-controlled multicenter trial of IVIG replacement in this patient population has provided the most insight into an issue that remains controversial.[197] Patients having an increased risk of infection because of hypogammaglobulinemia, a history of infection, or both were included. Moderately severe bacterial infections were

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

Mayo Clin Proc, October 2000, Vol 75

reduced by 50% in this study, while minor and severe bacterial infections remained unchanged. Also, no reduction in mortality was noted. A subset of patients from this trial then continued receiving treatment in a crossover double-blind study using the same inclusion schedule.[198] Serious bacterial infections were less frequent in the months in which patients received IgG ($P$=.001) and in patients whose IgG level remained higher than 6.49 mg/dL. These promising results prompted a consensus statement supporting the use of IVIG in hypogammaglobulinemic CLL patients having frequent infections.[199]

With regard to lower doses of IVIG, a prospective randomized study of 2 groups of patients receiving 250 mg/kg and 500 mg/kg of IVIG per month showed no difference in the incidence of infection.[200] In another study of patients having CLL, hypogammaglobulinemia, and a history of recurrent infections, administering 10 g of IVIG every 3 weeks resulted in a marked decrease in hospital admissions for infection.[201] A recent randomized crossover study without a treatment control verified the protective effect of low-dose IVIG against infections, but this modality was not cost-effective.[202]

However, several questions regarding IVIG use in CLL patients remain. A notable difficulty of IVIG prophylaxis is that deficiencies of the IgM and IgA classes of immunoglobulins, which occur frequently in CLL patients,[203] are not replaced by the IVIG preparation. Furthermore, the value of IVIG in antibacterial prophylaxis has not been proven. The moderate bacterial infections prevented by IVIG could be prevented by less expensive oral antibacterial agents. A double-blind randomized trial comparing IVIG with oral antibacterials would better define the role of both prophylactic modalities and address the role of prophylactic antibiotics in preventing more severe and potentially fatal infections not otherwise prevented by IVIG. Using a decision analysis model, Weeks et al[204] concluded that 1 quality-adjusted life-year achieved per patient costs $6 million without any increase in life expectancy. According to this calculation, high-dose IVIG is not a cost-effective approach.

At present, it seems justifiable to give IVIG to patients having advanced CLL hypogammaglobulinemia and a history of recurrent bacterial infections. Patients having IgG levels lower than 400 mg/dL or low levels of antibodies against encapsulated organisms and a history of recurrent bacterial infections could especially benefit from IVIG replacement therapy.[205,206] In addition, smaller doses of IVIG given in selected patient subgroups at longer intervals may be more cost-effective.[200-202,207] Also, the feasibility and safety of home IVIG therapy in selected CLL patients may improve patient compliance and considerably decrease costs.[208] Furthermore, efforts should be made to complete at least 1 year of IVIG therapy. It should be kept

in mind that the potential risk of transmission of hepatitis C, although remote, remains a concern, particularly in long-term prophylaxis.[209-211] No other viruses appear to have been transmitted by IVIG preparations in previous studies,[209,212-214] but it has been suggested that additional viral inactivation steps be incorporated into the production process of all IVIG preparations.[209,214]

## Vaccination

Live attenuated virus vaccines are contraindicated in CLL patients. Additionally, the role of vaccination in preventing infections by encapsulated bacteria in CLL has not been fully studied. Nevertheless, it seems that select patients having early-stage CLL and normal immunoglobulin levels may benefit the most from vaccines. Immunization may be ineffective in patients having refractory CLL because the primary or secondary antibody response apparently correlates with an advanced stage of disease and hypogammaglobulinemia.[9,65,67,69-71] Also, pneumococcal immunization in CLL patients has resulted in disappointing antibody responses, particularly in patients having advanced-stage disease.[69,70,215] While it is tempting to try multiple-dose immunization to improve serologic response, one should weigh this potential advantage against the risk of progression of the underlying disease if therapy is delayed. Therefore, further research of vaccine adjuvants in CLL patients is warranted. For example, in a previous study, the histamine antagonist ranitidine improved in vivo antibody response when a conjugated vaccine against $H$ influenzae type B was administered to CLL patients, suggesting a role for histamine in the pathogenesis of B-cell CLL immunodeficiency.[216] However, no difference between CLL patients and the control group was noted in the response to vaccination against the influenza virus, although CLL patients having normal IgG levels responded better to the vaccination than did counterparts having lower IgG levels.[71] Newer strategies that may enhance the immune response not only to foreign antigens but also to leukemia per se such as the use of cytokines (ie, interleukin 12), dendritic cells, and molecular mimicry methods need to be explored further.[216-221]

## Drug Administration Strategies

A decrease in myelotoxicity and risk of infection was noted in a nonrandomized cohort study of 35 heavily pretreated CLL patients who received a reduced subcutaneous dose of cladribine.[222] A similar response and remission duration was noted in the 2 groups.

## CONCLUSIONS

An increased risk of infectious morbidity and mortality exists for CLL patients. In those having early-stage

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

untreated CLL, this risk may be related mainly to hypogammaglobulinemia. In contrast, in patients having advanced disease, particularly those who receive newer purine analogues, neutropenia and defects in cell-mediated immunity appear to be the major predisposing factors. The evolution of therapeutic modalities for CLL, as well as the changing spectrum of infections (especially in patients having advanced-stage disease refractory to therapy), mandates continuous effort in discovering newer approaches to prophylaxis and therapy. Considerable challenges remain in improving our understanding of infections in CLL. The role of mucosal immune dysfunction in CLL patients must be studied further. Also, clinical trials comparing IVIG with oral antibacterials to clarify the role of both prophylactic modalities and cost-effectiveness analysis are necessary. Trials exploiting immunomodulatory techniques of promoting immune responses in CLL patients may lead to greater success in treating opportunistic infectious diseases.

## REFERENCES

1. Foon KA, Rai KR, Gale RP. Chronic lymphocytic leukemia: new insights into biology and therapy. Ann Intern Med. 1990;113: 525-539.
2. Keating MJ. Chronic lymphocytic leukemia. Semin Oncol. 1999;26(5, suppl 14):107-114.
3. Cheson BD. Recent advances in the treatment of B-cell chronic lymphocytic leukemia. Oncology (Huntingt). 1990;4:71-78, 83-84.
4. Twomey JJ. Infections complicating multiple myeloma and chronic lymphocytic leukemia. Arch Intern Med. 1973;132:562-565.
5. Osgood EE, Seaman AJ. Treatment of chronic leukemias: results of therapy by titrated, regularly spaced total body radioactive phosphorus, or roentgen irradiation. JAMA. 1952;150:1372-1379.
6. Scott RB. Leukaemia. Lancet. 1957;1:1162-1167.
7. Pisciotta AV, Hirschboeck JS. Therapeutic considerations in chronic lymphocytic leukemia. Arch Intern Med. 1957;99:334-345.
8. Ultmann JE, Fish W, Osserman E, Gellhorn A. The clinical implications of hypogammaglobulinemia in patients with chronic lymphocytic leukemia and lymphocytic lymphosarcoma. Ann Intern Med. 1959;51:501-516.
9. Shaw RK, Szwed C, Boggs DR, et al. Infection and immunity in chronic lymphocytic leukemia. Arch Intern Med. 1960;106:467-478.
10. Hudson RP, Wilson SJ. Hypogammaglobulinemia and chronic lymphatic leukemia. Cancer. 1960;13:200-204.
11. Shaw RK, Boggs DR, Silberman HR, Frei E III. A study of prednisone therapy in chronic lymphocytic leukemia. Blood. 1961;17:182-195.
12. Aroesty JM, Furth FW. Infection and chronic lymphocytic leukemia: a review of 61 cases. N Y J Med. 1962;62:1946-1952.
13. Boggs DR, Sofferman SA, Wintrobe MM, Cartwright GE. Factors influencing the duration of survival of patients with chronic lymphocytic leukemia. Am J Med. 1966;40:243-254.
14. Zippin C, Cutler SJ, Reeves WJ Jr, Lum D. Survival in chronic lymphocytic leukemia. Blood. 1973;42:367-376.
15. Hansen MM. Chronic lymphocytic leukaemia: clinical studies based on 189 cases followed for a long time. Scand J Haematol Suppl. 1973;18:3-286.
16. Revol L, Creyssel R, Bryon PA, Coeur P, Gentilhomme O. Leucémie lymphoide chronique. Encycl Med Chir. Paris, France: Sang; 1974:13013 B 20.
17. Montserrat-Costa E, Matutes E, Rozman C, et al. Infections in chronic lymphocytic leukaemia [in Spanish]. Sangre (Barc). 1977;22:968-975.
18. Travade P, Dusart JD, Cavaroc M, Beytout J, Rey M. Infections associated with chronic lymphoid leukaemia: 159 infectious episodes in 60 patients [in French]. Presse Med. 1986;15:1715-1718.
19. Itala M, Helenius H, Nikoskelainen J, Remes K. Infections and serum IgG levels in patients with chronic lymphocytic leukemia. Eur J Haematol. 1992;48:266-270.
20. Lee JS, Dixon DO, Kantarjian HM, Keating MJ, Talpaz M. Prognosis of chronic lymphocytic leukemia: a multivariate regression analysis of 325 untreated patients. Blood. 1987;69:929-936.
21. Catovsky D, Fooks J, Richards S, MRC Working Party on Leukaemia in Adults. Prognostic factors in chronic lymphocytic leukaemia: the importance of age, sex and response to treatment in survival: a report from the MRC CLL 1 trial. Br J Haematol. 1989;72:141-149.
22. Kempin S, Lee BJ III, Thaler HT, et al. Combination chemotherapy of advanced chronic lymphocytic leukemia: the M-2 protocol (vincristine, BCNU, cyclophosphamide, melphalan, and prednisone). Blood. 1982;60:1110-1121.
23. Mayo JW, Wenzel RP. Rates of hospital-acquired bloodstream infections in patients with specific malignancy. Cancer. 1982;50: 187-190.
24. Wintrobe MM, Hasenbush LL. Chronic leukemia: early phase of chronic leukemia, results of treatment and effects of complicating infections: study of 86 adults. Arch Intern Med. 1939;64:701-718.
25. Miller DG, Karnofsky DA. Immunologic factors and resistance to infection in chronic lymphatic leukemia. Am J Med. 1961;31: 748-757.
26. Salonen J, Nikoskelainen J. Lethal infections in patients with hematological malignancies. Eur J Haematol. 1993;51:102-108.
27. Bernard C, Mombelli G, Klastersky J. Pneumococcal bacteremia in patients with neoplastic diseases. Eur J Cancer Clin Oncol. 1981;17:1041-1046.
28. Chou MY, Brown AE, Blevins A, Armstrong D. Severe pneumococcal infection in patients with neoplastic disease. Cancer. 1983;51:1546-1550.
29. Armstrong D, Young LS, Meyer RD, Blevins AH. Infectious complications of neoplastic disease. Med Clin North Am. 1971; 55:729-745.
30. Kirby BD, Snyder KM, Meyer RD, Finegold SM. Legionnaires' disease: report of sixty-five nosocomially acquired cases of review of the literature. Medicine (Baltimore). 1980;59:188-205.
31. Schlossberg D, Bonoan J. Legionella and immunosuppression. Semin Respir Infect. 1998;13:128-131.
32. Jaeger TM, Atkinson PP, Adams BA, Wright AJ, Hurt RD. Legionella bozemanii pneumonia in an immunocompromised patient. Mayo Clin Proc. 1988;63:72-76.
33. Wolfe MS, Louria DB, Armstrong D, Blevins A. Salmonellosis in patients with neoplastic disease: a review of 100 episodes at Memorial Cancer Center over a 13-year period. Arch Intern Med. 1971;128:546-554.
34. Kaplan MH, Rosen PP, Armstrong D. Cryptococcosis in a cancer hospital: clinical and pathological correlates in forty-six patients. Cancer. 1977;39:2265-2274.
35. Kauffman CA, Israel KS, Smith JW, White AC, Schwarz J, Brooks GF. Histoplasmosis in immunosuppressed patients. Am J Med. 1978;64:923-932.
36. Deresinski SC, Stevens DA. Coccidioidomycosis in compromised hosts: experience at Stanford University Hospital. Medicine (Baltimore). 1975;54:377-395.

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

37.  Melo CR, Melo IS, Cerski CT. Leukaemic infiltration, para-coccidioidomycosis and nodular hyperplasia of the prostate. *Br J Urol*. 1992;70:329-330.

38.  Kontoyiannis DP, Anaissie EJ, Bodey GP. Infection in chronic lymphocytic leukemia: a reappraisal. In: Cheson BD, ed. *Chronic Lymphocytic Leukemia: Scientific Advances and Clinical Developments*. New York, NY: Marcel Dekker; 1993:399-417.

39.  Terreni AA, DiSalvo AF, Baker AS Jr, Crymes WB, Morris PR, Dowda H Jr. Disseminated *Dactylaria gallopava* infection in a diabetic patient with chronic lymphocytic leukemia of the T-cell type. *Am J Clin Pathol*. 1990;94:104-107.

40.  Hirsch MS. Herpes group virus infections in the compromised host. In: Rubin RH, Young LS, eds. *Clinical Approach to Infection in the Compromised Host*. New York, NY: Plenum Medical Book Co; 1981:389-415.

41.  Wile UJ, Holman HH. Generalized herpes zoster associated with leukemia. *Arch Dermatol Syph*. 1940;42:587-592.

42.  Barton RL, O'Leary PA. Herpes zoster generalisatus, associated with chronic lymphatic leukemia. *Arch Dermatol Syph*. 1945; 51:263-265.

43.  Barrett AP. Chronic indolent orofacial herpes simplex virus infection in chronic leukemia: a report of three cases. *Oral Surg Oral Med Oral Pathol*. 1988;66:387-390.

44.  Ljungman P, Ehrnst A, Bjorkstrand B, et al. Lethal disseminated adenovirus type 1 infection in a patient with chronic lymphocytic leukemia. *Scand J Infect Dis*. 1990;22:601-605.

45.  Ultmann JE. Generalized vaccinia in a patient with chronic lymphocytic leukemia and hypogammaglobulinemia. *Ann Intern Med*. 1964;61:728-732.

46.  Kaplan MH, Armstrong D, Rosen P. Tuberculosis complicating neoplastic disease: a review of 201 cases. *Cancer*. 1974;33:850-858.

47.  Reed AE, Body BA, Austin MB, Frierson HF Jr. *Cunninghamella bertholletiae* and *Pneumocystis carinii* pneumonia as a fatal complication of chronic lymphocytic leukemia. *Hum Pathol*. 1988; 19:1470-1472.

48.  Molica S. Infections in chronic lymphocytic leukemia: risk factors, and impact on survival, and treatment. *Leuk Lymphoma*. 1994;13:203-214.

49.  Chapel HM, Bunch C. Mechanisms of infection in chronic lymphocytic leukemia. *Semin Hematol*. 1987;24:291-296.

50.  Rozman C, Montserrat E. Chronic lymphocytic leukemia. *N Engl J Med*. 1995;333:1052-1057.

51.  Dighiero G. Hypogammaglobulinemia and disordered immunity in CLL. In: Cheson BD, ed. *Chronic Lymphocytic Leukemia: Scientific Advances and Clinical Developments*. New York, NY: Marcel Dekker; 1993:147-166.

52.  Chapel HM. Hypogammaglobulinemia and chronic lymphocytic leukaemia. In: Gale RP, Rai KR, eds. *Chronic Lymphocytic Leukemia: Recent Progress, Future Direction*. New York, NY: Liss; 1987:383-389.

53.  Miller DG, Budinger JM, Karnofsky DA. A clinical and pathological study of resistance to infection in chronic lymphatic leukemia. *Cancer*. 1962;15:307-329.

54.  Rai KR, Montserrat E. Prognostic factors in chronic lymphocytic leukemia. *Semin Hematol*. 1987;24:252-256.

55.  Griffiths H, Lea J, Bunch C, Lee M, Chapel H. Predictors of infection in chronic lymphocytic leukaemia (CLL). *Clin Exp Immunol*. 1992;89:374-377.

56.  Foa R. Pathogenesis of the immunodeficiency in chronic lymphocytic leukemia. In: Cheson BD, ed. *Chronic Lymphocytic Leukemia: Scientific Advances and Clinical Developments*. New York, NY: Marcel Dekker; 1993:147-166.

57.  Copson ER, Ellis BA, Westwood NB, Majumdar G. IgG subclass levels in patients with B cell chronic lymphocytic leukaemia. *Leuk Lymphoma*. 1994;14:471-473.

58.  Morrison VA. The infectious complications of chronic lymphocytic leukemia. *Semin Oncol*. 1998;25:98-106.

59.  Morrison VA, Opstad NL, Janoff EN. Correlation of systemic and mucosal immunoglobulin (Ig) levels in patients (pts) with chronic lymphocytic leukemia (CLL) and multiple myeloma (MM) [abstract]. In: Proceedings of the 34th Annual Meeting of the Infectious Diseases Society of America; 1996; New Orleans, La. Abstract 92.

60.  Morrison VA, Hibbs JR, Janoff EN. Systemic and mucosal immunoglobulin (IG) levels and risk of infection in patients (pts) with chronic lymphocytic leukemia (CLL) and multiple myeloma (MM) [abstract]. *Blood*. 1996;88(suppl 1):240a. Abstract 948.

61.  Morrison VA, Opstad NL, Janoff EN. Mucosal immunoglobulin (Ig) levels in patients (pts) with chronic lymphocytic leukemia (CLL) and multiple myeloma (MM) [abstract]. *Program Proc Am Soc Clin Oncol*. 1996;15:364. Abstract 1075.

62.  Ammann AJ, Hong R. Selective IgA deficiency: presentation of 30 cases and a review of the literature. *Medicine (Baltimore)*. 1971;50:223-236.

63.  Rozman C, Montserrat E, Vinolas N. Serum immunoglobulins in B-chronic lymphocytic leukemia: natural history and prognostic significance. *Cancer*. 1988;61:279-283.

64.  Deegan MJ, Abraham JP, Sawdyk M, Van Slyck EJ. High incidence of monoclonal proteins in the serum and urine of chronic lymphocytic leukemia patients. *Blood*. 1984;64:1207-1211.

65.  Saslaw S, Carlisle HN, Bouroncle B. Antibody response in hematologic patients. *Proc Soc Exp Biol Med*. 1961;106:654-656.

66.  Barr M, Fairley GH. Circulating antibodies in reticuloses. *Lancet*. 1961;1:1305-1310.

67.  Cone L, Uhr JW. Immunological deficiency disorders associated with chronic lymphocytic leukemia and multiple myeloma. *J Clin Invest*. 1964;43:2241-2248.

68.  Heath RB, Fairley GH, Malpas JS. Production of antibodies against viruses in leukaemia and related diseases. *Br J Haematol*. 1964;10:365-370.

69.  Jacobson DR, Ballard HS, Silber R, Ripps CS, Smith JA, Schiffman GS. Antibody response to pneumococcal immunization in patients with chronic lymphocytic leukemia [abstract]. *Blood*. 1988;72(suppl):205a. Abstract 731.

70.  Shapiro ED, Berg AT, Austrian R, et al. The protective efficacy of polyvalent pneumococcal polysaccharide vaccine. *N Engl J Med*. 1991;325:1453-1460.

71.  Gribabis DA, Panayiotidis P, Boussiotis VA, Hannoun C, Pangalis GA. Influenza virus vaccine in B-cell chronic lymphocytic leukaemia patients. *Acta Haematol*. 1994;91:115-118.

72.  Janeway CA, Gitlin D. The gamma globulins. *Adv Pediatr*. 1957;9:65.

73.  Lawson HA, Stuart CA, Paull AM, Phillips AM, Phillips RW. Observations on the antibody content of the blood in patients with multiple myeloma. *N Engl J Med*. 1955;252:13-18.

74.  Lacombe C, Gombert J, Dreyfus B, Brizard A, Preud'Homme JL. Heterogeneity of serum IgG subclass deficiencies in B chronic lymphocytic leukemia. *Clin Immunol*. 1999;90:128-132.

75.  Freedman AS. Immunobiology of chronic lymphocytic leukemia. *Hematol Oncol Clin North Am*. 1990;4:405-429.

76.  Foa R, Catovsky D, Lauria F, Galton DA. Reduced T-colony forming capacity by T-lymphocytes from B-chronic lymphocyte leukaemia. *Br J Haematol*. 1980;46:623-625.

77.  Kay NE. Abnormal T-cell subpopulation function in CLL: excessive suppressor (T gamma) and deficient helper (T mu) activity with respect to B-cell proliferation. *Blood*. 1981;57:418-420.

78.  Foa R, Catovsky D, Brozovic M, et al. Clinical staging and immunological findings in chronic lymphocytic leukemia. *Cancer*. 1979;44:483-487.

79.  Platsoucas CD, Galinski M, Kempin S, Reich L, Clarkson B, Good RA. Abnormal T lymphocyte subpopulations in patients with B cell chronic lymphocytic leukemia: an analysis by monoclonal antibodies. *J Immunol*. 1982;129:2305-2312.

80.  Kay NE, Perri RT. Evidence that large granular lymphocytes from B-CLL patients with hypogammaglobulinemia down-regu-

late B-cell immunoglobulin synthesis [published correction appears in *Blood*. 1989;73:2232]. *Blood*. 1989;73:1016-1019.

81. Foa R, Fierro MT, Raspadori D, et al. Lymphokine-activated killer (LAK) cell activity in B and T chronic lymphoid leukemia: defective LAK generation and reduced susceptibility of the leukemic cells to allogeneic and autologous LAK effectors. *Blood*. 1990;76:1349-1354.

82. Ziegler HW, Kay NE, Zarling JM. Deficiency of natural killer cell activity in patients with chronic lymphocytic leukemia. *Int J Cancer*. 1981;27:321-327.

83. Briggs PG, Kraft N, Atkins RC. T cells and CD45R expression in B-chronic lymphocytic leukemia. *Leuk Res*. 1990;14:155-159.

84. Hersey P, Wotherspoon J, Reid G, Gunz FW. Hypogammaglobulinaemia associated with abnormalities of both B and T lymphocytes in patients with chronic lymphatic leukaemia. *Clin Exp Immunol*. 1980;39:698-707.

85. Apostolopoulos A, Symeonidis A, Zoumbos N. Prognostic significance of immune function parameters in patients with chronic lymphocytic leukaemia. *Eur J Haematol*. 1990;44:39-44.

86. Zaknoen SL, Kay NE. Immunoregulatory cell dysfunction in chronic B-cell leukemias. *Blood Rev*. 1990;4:165-174.

87. Serrano D, Monteiro J, Allen SL, et al. Clonal expansion within the CD4+CD57+ and CD8+CD57+ T cell subsets in chronic lymphocytic leukemia. *J Immunol*. 1997;158:1482-1489.

88. Alatrakchi N, Farace F, Frau E, Carde P, Munck JN, Triebel F. T-cell clonal expansion in patients with B-cell lymphoproliferative disorders. *J Immunother*. 1998;21:363-370.

89. Platsoucas CD, Fernandes G, Gupta SL, et al. Defective spontaneous and antibody-dependent cytotoxicity mediated by E-rosette-positive and E-rosette-negative cells in untreated patients with chronic lymphocytic leukemia: augmentation by in vitro treatment with interferon. *J Immunol*. 1980;125:1216-1223.

90. Villamor N, Reverter JC, Montserrat E, Urbano-Ispizua A, Vives-Corrons JL, Rozman C. Recombinant alpha-2b-interferon may restore natural-killer activity in patients with B-chronic lymphocytic leukemia. *Leukemia*. 1992;6:547-552.

91. McCann SR, Whelan CA, Breslin B, Temperley IJ. Lymphocyte sub-populations following splenic irradiation in patients with chronic lymphocytic leukaemia. *Br J Haematol*. 1982;50:225-229.

92. Miller DG. Patterns of immunological deficiency in lymphomas and leukemias. *Ann Intern Med*. 1962;57:703-716.

93. Miller DG, Lizardo JG, Snyderman RK. Homologous and heterologous skin transplantation in patients with lymphomatous disease. *J Natl Cancer Inst*. 1961;26:569-583.

94. Block JB, Haynes HA, Thompson WL, Neiman PE. Delayed hypersensitivity in chronic lymphocytic leukemia. *J Natl Cancer Inst*. 1969;42:973-980.

95. Bouroncle BA, Clausen KP, Aschenbrand JF. Studies of the delayed response of phytohemagglutinin (PHA) stimulated lymphocytes in 25 chronic lymphatic leukemia patients before and during therapy. *Blood*. 1969;34:166-178.

96. Linsley PS, Ledbetter JA. The role of the CD28 receptor during T cell responses to antigen. *Annu Rev Immunol*. 1993;11:191-212.

97. Rossi E, Matutes E, Morilla R, Owusu-Ankomah K, Heffernan AM, Catovsky D. Zeta chain and CD28 are poorly expressed on T lymphocytes from chronic lymphocytic leukemia. *Leukemia*. 1996;10:494-497.

98. Arnold C, McPhedran P. Leukemia, myeloproliferative disorders—natural history: prognostic significance of neutrophil counts, gamma globulin levels, and symptoms in chronic lymphocytic leukemia [abstract]. *Blood*. 1985;66(suppl 1):170a. Abstract 566.

99. De Rossi G, Mauro FR, Ialongo P, Coluzzi S, Pizzo F. Monocytopenia and infections in chronic lymphocytic leukemia [letter]. *Eur J Haematol*. 1991;46:119.

100. Boggs DR. The cellular composition of inflammatory exudates in human leukemias. *Blood*. 1960;15:466-475.

101. Zeya HI, Keku E, Richards F II, Spurr CL. Monocyte and granulocyte defect in chronic lymphocytic leukemia. *Am J Pathol*. 1979;95:43-53.

102. Itala M, Vainio O, Remes K. Functional abnormalities in granulocytes predict susceptibility to bacterial infections in chronic lymphocytic leukaemia. *Eur J Haematol*. 1996;57:46-53.

103. Shvidel L, Vorst E, Berrebi A. Complement values in B chronic lymphocytic leukemia: prognostic significance and correlation with cell maturation stage [letter]. *Leukemia*. 1998;12:635-636.

104. Varga L, Czink E, Miszlai Z, et al. Low activity of the classical complement pathway predicts short survival of patients with chronic lymphocytic leukaemia. *Clin Exp Immunol*. 1995;99:112-116.

105. Heath ME, Cheson BD. Defective complement activity in chronic lymphocytic leukemia. *Am J Hematol*. 1985;19:63-73.

106. Dicato M, Schmit JC, Mahon G, Ries F. Chronic activation of complement in chronic lymphatic leukemia [abstract]. *Blood*. 1991;78(suppl 1):464a. Abstract 1847.

107. Schlesinger M, Broman I, Lugassy G. The complement system is defective in chronic lymphatic leukemia patients and in their healthy relatives. *Leukemia*. 1996;10:1509-1513.

108. Fust G, Czink E, Minh D, Miszlay Z, Varga L, Hollan SR. Depressed classical complement pathway activities in chronic lymphocytic leukaemia. *Clin Exp Immunol*. 1985;60:489-495.

109. Stein RS, Weikert D, Reynolds V, Greer JP, Flexner JM. Splenectomy for end-stage chronic lymphocytic leukemia. *Cancer*. 1987;59:1815-1818.

110. Holt JM, Witts LJ. Splenectomy in leukaemia and the reticuloses. *Q J Med*. 1966;35:369-384.

111. Diehl LF, Ketchum LH. Autoimmune disease and chronic lymphocytic leukemia: autoimmune hemolytic anemia, pure red cell aplasia, and autoimmune thrombocytopenia. *Semin Oncol*. 1998; 25:80-97.

112. Cusack JC Jr, Seymour JF, Lerner S, Keating MJ, Pollock RE. Role of splenectomy in chronic lymphocytic leukemia. *J Am Coll Surg*. 1997;185:237-243.

113. Seymour JF, Cusack JD, Lerner SA, Pollock RE, Keating MJ. Case/control study of the role of splenectomy in chronic lymphocytic leukemia. *J Clin Oncol*. 1997;15:52-60.

114. Ginaldi L, De Martinis M, D'Ostilio A, et al. The immune system in the elderly, II: specific cellular immunity. *Immunol Res*. 1999;20:109-115.

115. Pawelec G, Effros RB, Caruso C, Remarque E, Barnett Y, Solana R. T cells and aging (update February 1999). *Front Biosci*. 1999; 4:D216-D269.

116. Montserrat E, Alcala A, Parody R, et al. Treatment of chronic lymphocytic leukemia in advanced stages: a randomized trial comparing chlorambucil plus prednisone versus cyclophosphamide, vincristine, and prednisone. *Cancer*. 1985;56:2369-2375.

117. Faguet GB. Chronic lymphocytic leukemia: an updated review. *J Clin Oncol*. 1994;12:1974-1990.

118. Keating MJ, Scouros M, Murphy S, et al. Multiple agent chemotherapy (POACH) in previously treated and untreated patients with chronic lymphocytic leukemia. *Leukemia*. 1988;2:157-164.

119. Sawitsky A, Rai KR, Glidewell O, Silver RT. Comparison of daily versus intermittent chlorambucil and prednisone therapy in the treatment of patients with chronic lymphocytic leukemia. *Blood*. 1977;50:1049-1059.

120. Anaissie EJ, Kontoyiannis DP, O'Brien S, et al. Infections in patients with chronic lymphocytic leukemia treated with fludarabine. *Ann Intern Med*. 1998;129:559-566.

121. Cheson BD. Infectious and immunosuppressive complications of purine analog therapy. *J Clin Oncol*. 1995;13:2431-2448.

122. Ross SR, McTavish D, Faulds D. Fludarabine: a review of its pharmacological properties and therapeutic potential in malignancy. *Drugs*. 1993;45:737-759.

123. Keating MJ. Fludarabine phosphate in the treatment of chronic lymphocytic leukemia. *Semin Oncol*. 1990;17(5, suppl 8):49-62.

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

124. Keating MJ, Kantarjian H, Talpaz M, et al. Fludarabine: a new agent with major activity against chronic lymphocytic leukemia. *Blood.* 1989;74:19-25.

125. Girmenia C, Mauro FR, Rahimi S. Late listeriosis after fludarabine plus prednisone treatment. *Br J Haematol.* 1994;87:407-408.

126. Cleveland KO, Gelfand MS. Listerial brain abscess in a patient with chronic lymphocytic leukemia treated with fludarabine [letter]. *Clin Infect Dis.* 1993;17:816-817.

127. Bastion Y, Coiffier B, Tigaud JD, Espinouse D, Bryon PA. *Pneumocystis* pneumonia in a patient treated with fludarabine for chronic lymphocytic leukemia [letter]. *Eur J Cancer.* 1991;27: 671.

128. Sanders C, Perez EA, Lawrence HJ. Opportunistic infections in patients with chronic lymphocytic leukemia following treatment with fludarabine [letter]. *Am J Hematol.* 1992;39:314-315.

129. Puccio CA, Mittelman A, Lichtman SM, et al. A loading dose/continuous infusion schedule of fludarabine phosphate in chronic lymphocytic leukemia. *J Clin Oncol.* 1991;9:1562-1569.

130. Stelitano C, Morabito F, Kropp MG, et al. Fludarabine treatment in B-cell chronic lymphocytic leukemia: response, toxicity and survival analysis in 47 cases. *Haematologica.* 1999;84:317-323.

131. Re D, Reiser M, Bamborschke S, et al. Two cases of toxoplasmic encephalitis in patients with acute T-cell leukaemia and lymphoma. *J Infect.* 1999;38:26-29.

132. Eftekhari P, Lassoued K, Oksenhendler E, Scieux C, Clauvel JP. Severe respiratory syncytial virus pulmonary infection in a patient treated with fludarabine for chronic lymphocytic leukemia. *Ann Hematol.* 1998;76:225-226.

133. Redman JR, Cabanillas F, Velasquez WS, et al. Phase II trial of fludarabine phosphate in lymphoma: an effective new agent in low-grade lymphoma. *J Clin Oncol.* 1992;10:790-794.

134. Foran JM, Rohatiner AZ, Coiffier B, et al. Multicenter phase II study of fludarabine phosphate for patients with newly diagnosed lymphoplasmacytoid lymphoma, Waldenstrom's macroglobulinemia, and mantle-cell lymphoma. *J Clin Oncol.* 1999;17:546-553.

135. Dimopoulos MA, O'Brien S, Kantarjian H, et al. Fludarabine therapy in Waldenstrom's macroglobulinemia. *Am J Med.* 1993; 95:49-52.

136. Rummel MJ, Kafer G, Pfreundschuh M, et al. Fludarabine and epirubicin in the treatment of chronic lymphocytic leukaemia: a German multicenter phase II study. *Ann Oncol.* 1999;10:183-188.

137. Frewin R, Turner D, Tighe M, Davies S, Rule S, Johnson S. Combination therapy with fludarabine and cyclophosphamide as salvage treatment in lymphoproliferative disorders. *Br J Haematol.* 1999;104:612-613.

138. Piro LD, Carrera CJ, Beutler E, Carson DA. 2-Chlorodeoxyadenosine: an effective new agent for the treatment of chronic lymphocytic leukemia. *Blood.* 1988;72:1069-1073.

139. Saven A, Carrera CJ, Carson DA, Beutler E, Piro LD. 2-Chlorodeoxyadenosine treatment of refractory chronic lymphocytic leukemia. *Leuk Lymphoma.* 1991;5(suppl):133-138.

140. Betticher DC, Fey MF, von Rohr A, et al. High incidence of infections after 2-chlorodeoxyadenosine (2-CDA) therapy in patients with malignant lymphomas and chronic and acute leukaemias. *Ann Oncol.* 1994;5:57-64.

141. Van Den Neste E, Delannoy A, Vandercam B, et al. Infectious complications after 2-chlorodeoxyadenosine therapy. *Eur J Haematol.* 1996;56:235-240.

142. Juliusson G, Liliemark J. Long-term survival following cladribine (2-chlorodeoxyadenosine) therapy in previously treated patients with chronic lymphocytic leukemia. *Ann Oncol.* 1996;7: 373-379.

143. Robak T, Blonski JZ, Urbanska-Rys H, Blasinska-Morawiec M, Skotnicki AB. 2-Chlorodeoxyadenosine (cladribine) in the treatment of patients with chronic lymphocytic leukemia 55 years old and younger. *Leukemia.* 1999;13:518-523.

144. Spielberger RT, Stock W, Larson RA. Listeriosis after 2-chlorodeoxyadenosine treatment [letter]. *N Engl J Med.* 1993; 328:813-814.

145. O'Brien S, Kantarjian H, Estey E, et al. Lack of effect of 2-chlorodeoxyadenosine therapy in patients with chronic lymphocytic leukemia refractory to fludarabine therapy. *N Engl J Med.* 1994;330:319-322.

146. Dillman RO, Mick R, McIntyre OR. Pentostatin in chronic lymphocytic leukemia: a phase II trial of cancer and leukemia group B. *J Clin Oncol.* 1989;7:433-438.

147. Riddell S, Johnston JB, Bowman D, Glazer R, Israels LG. 2'-Deoxycoformycin (DCF) in chronic lymphatic leukemia (CLL) and Waldenstrom's macroglobulinemia (WM) [abstract]. *Proc Annu Meet Am Soc Clin Oncol.* 1985;4:167. Abstract C-651.

148. Johnson SA, Catovsky D, Child JA, Newland AC, Milligan DW, Janmohamed R. Phase I/II evaluation of pentostatin (2'-deoxycoformycin) in a five day schedule for the treatment of relapsed/refractory B-cell chronic lymphocytic leukaemia. *Invest New Drugs.* 1998;16:155-160.

149. Talpaz M, Rosenblum M, Kurzrock R, Reuben J, Kantarjian H, Gutterman J. Clinical and laboratory changes induced by alpha interferon in chronic lymphocytic leukemia—a pilot study. *Am J Hematol.* 1987;24:341-350.

150. Kay NE, Oken MM, Mazza JJ, Bradley EC. Evidence for tumor reduction in refractory or relapsed B-CLL patients with infusional interleukin-2. *Nouv Rev Fr Hematol.* 1988;30:475-478.

151. Hertler AA, Schlossman DM, Borowitz MJ, et al. A phase I study of T101-ricin A chain immunotoxin in refractory chronic lymphocytic leukemia. *J Biol Response Mod.* 1988;7:97-113.

152. Osterborg A, Dyer MJ, Bunjes D, et al, European Study Group of CAMPATH-1H Treatment in Chronic Lymphocytic Leukemia. Phase II multicenter study of human CD52 antibody in previously treated chronic lymphocytic leukemia. *J Clin Oncol.* 1997;15: 1567-1574.

153. Rai KR, Hoffman M, Janson D, et al. Immunosuppression and opportunistic infections (OI) in patients with chronic lymphocytic leukemia (CLL) following Campath 1-H therapy [abstract]. *Blood.* 1995;86(suppl 1):348a. Abstract 1381.

154. Byrd JC, Waselenko JK, Maneatis TJ, et al. Rituximab therapy in hematologic malignancy patients with circulating blood tumor cells: association with increased infusion-related side effects and rapid blood tumor clearance. *J Clin Oncol.* 1999;17:791-795.

155. Nguyen DT, Amess JA, Doughty H, Hendry L, Diamond LW. IDEC-C2B8 anti-CD20 (rituximab) immunotherapy in patients with low-grade non-Hodgkin's lymphoma and lymphoproliferative disorders: evaluation of response on 48 patients. *Eur J Haematol.* 1999;62:76-82.

156. Coiffier B, Haioun C, Ketterer N, et al. Rituximab (anti-CD20 monoclonal antibody) for the treatment of patients with relapsing or refractory aggressive lymphoma: a multicenter phase II study. *Blood.* 1998;92:1927-1932.

157. Maloney DG, Grillo-Lopez AJ, White CA, et al. IDEC-C2B8 (rituximab) anti-CD20 monoclonal antibody therapy in patients with relapsed low-grade non-Hodgkin's lymphoma. *Blood.* 1997;90:2188-2195.

158. Maloney DG, Grillo-Lopez AJ, Bodkin DJ, et al. IDEC-C2B8: results of a phase I multiple-dose trial in patients with relapsed non-Hodgkin's lymphoma. *J Clin Oncol.* 1997;15:3266-3274.

159. Khouri IF, Keating MJ, Champlin R. Hematopoietic stem cell transplantation for chronic lymphocytic leukemia. *Curr Opin Hematol.* 1998;5:454-459.

160. Michallet M, Archimbaud E, Bandini G, et al, European Group for Blood and Marrow Transplantation and the International Bone Marrow Transplant Registry. HLA-identical sibling bone marrow transplantation in younger patients with chronic lymphocytic leukemia. *Ann Intern Med.* 1996;124:311-315.

161. Khouri IF, Keating MJ, Vriesendorp HM, et al. Autologous and allogeneic bone marrow transplantation for chronic lympho-

cytic leukemia: preliminary results. *J Clin Oncol.* 1994;12:748-758.

162. Zomas A, Mehta J, Powles R, et al. Unusual infections following allogeneic bone marrow transplantation for chronic lymphocytic leukemia. *Bone Marrow Transplant.* 1994;14:799-803.

163. Rabinowe SN, Soiffer RJ, Gribben JG, et al. Autologous and allogeneic bone marrow transplantation for poor prognosis patients with B-cell chronic lymphocytic leukemia. *Blood.* 1993; 82:1366-1376.

164. Fenchel K, Bergmann L, Wijermans P, et al. Clinical experience with fludarabine and its immunosuppressive effects in pretreated chronic lymphocytic leukemias and low-grade lymphomas. *Leuk Lymphoma.* 1995;18:485-492.

165. Schilling PJ. Two views of the immunologic effects of fludarabine [letter]. *Oncology (Huntingt).* 1991;5:12.

166. Boldt DH, Von Hoff DD, Kuhn JG, Hersh M. Effects on human peripheral lymphocytes of in vivo administration of 9-beta-D-arabinofuranosyl-2-fluoroadenine-5'-monophosphate (NSC 312887), a new purine antimetabolite. *Cancer Res.* 1984;44: 4661-4666.

167. Frank DA, Mahajan S, Ritz J. Fludarabine-induced immunosuppression is associated with inhibition of STAT1 signaling. *Nat Med.* 1999;5:444-447.

168. Consoli U, El-Tounsi I, Sandoval A, et al. Differential induction of apoptosis by fludarabine monophosphate in leukemic B and normal T cells in chronic lymphocytic leukemia. *Blood.* 1998;91: 1742-1748.

169. Wijermans PW, Gerrits WB, Haak HL. Severe immunodeficiency in patients treated with fludarabine monophosphate. *Eur J Haematol.* 1993;50:292-296.

170. Bergmann L, Fenchel K, Jahn B, Mitrou PS, Hoelzer D. Immunosuppressive effects and clinical response of fludarabine in refractory chronic lymphocytic leukemia. *Ann Oncol.* 1993;4:371-375.

171. Schilling PJ, Vadhan-Raj S. Concurrent cytomegalovirus and *Pneumocystis* pneumonia after fludarabine therapy for chronic lymphocytic leukemia [letter]. *N Engl J Med.* 1990;323:833-834.

172. Anaissie E, Kontoyiannis DP, Kantarjian H, Elting L, Robertson LE, Keating M. Listeriosis in patients with chronic lymphocytic leukemia who were treated with fludarabine and prednisone. *Ann Intern Med.* 1992;117:466-469.

173. Byrd JC, Hargis JB, Kester KE, Hospenthal DR, Knutson SW, Diehl LF. Opportunistic pulmonary infections with fludarabine in previously treated patients with low-grade lymphoid malignancies: a role for *Pneumocystis carinii* pneumonia prophylaxis. *Am J Hematol.* 1995;49:135-142.

174. Fauci AS, Dale DC, Balow JE. Glucocorticosteroid therapy: mechanisms of action and clinical considerations. *Ann Intern Med.* 1976;84:304-315.

175. Saven A, Piro L. Newer purine analogues for the treatment of hairy-cell leukemia. *N Engl J Med.* 1994;330:691-697.

176. Avery TL, Rehg JE, Lumm WC, Harwood FC, Santana VM, Blakley RL. Biochemical pharmacology of 2-chlorodeoxyadenosine in malignant human hematopoietic cell lines and therapeutic effects of 2-bromodeoxyadenosine in drug combinations in mice. *Cancer Res.* 1989;49:4972-4978.

177. Carson DA, Wasson DB, Taetle R, Yu A. Specific toxicity of 2-chlorodeoxyadenosine toward resting and proliferating human lymphocytes. *Blood.* 1983;62:737-743.

178. Carrera CJ, Terai C, Lotz M, et al. Potent toxicity of 2-chlorodeoxyadenosine toward human monocytes in vitro and in vivo: a novel approach to immunosuppressive therapy. *J Clin Invest.* 1990;86:1480-1488.

179. Carrera CJ, Piro LD, Saven A, et al. Restoration of lymphocyte subsets following 2-chlorodeoxyadenosine remission induction in hairy cell leukemia [abstract]. *Blood.* 1990;76(suppl 1):260a. Abstract 1029.

180. Seymour JF, Kurzrock R, Freireich EJ, Estey EH. 2-Chlorodeoxyadenosine induces durable remissions and prolonged suppression of CD4+ lymphocyte counts in patients with hairy cell leukemia. *Blood.* 1994;83:2906-2911.

181. Juliusson G, Lenkei R, Liliemark J. Flow cytometry of blood and bone marrow cells from patients with hairy cell leukemia: phenotype of hairy cells and lymphocyte subsets after treatment with 2-chlorodeoxyadenosine. *Blood.* 1994;83:3672-3681.

182. O'Dwyer PJ, Spiers AS, Marsoni S. Association of severe and fatal infections and treatment with pentostatin. *Cancer Treat Rep.* 1986;70:1117-1120.

183. Giblett ER, Anderson JE, Cohen F, Pollara B, Meuwissen HJ. Adenosine-deaminase deficiency in two patients with severely impaired cellular immunity. *Lancet.* 1972;2:1067-1069.

184. Snyder FF, Hershfield MS, Seegmiller JE. Cytotoxic and metabolic effects of adenosine and adenine on human lymphoblasts. *Cancer Res.* 1978;38:2357-2362.

185. Grever MR, Krause MA, Balcerzak SP. Adenosine deaminase inhibition impairs monocyte cytotoxicity [abstract]. *Clin Res.* 1981;29:368A.

186. Gray DP, Coleman MS, Siaw MFE, Rinehart JJ, O'Dorisio MS, Grever MR. Macrophage biochemical abnormalities and impaired phagocytosis associated with 2'deoxycoformycin and deoxyadenosine culture [abstract]. *Clin Res.* 1982;30:735a.

187. Grever MR, Siaw MF, Coleman MS, Whisler RL, Balcerzak SP. Inhibition of K and NK lymphocyte cytotoxicity by an inhibitor of adenosine deaminase and deoxyadenosine. *J Immunol.* 1983;130:365-369.

188. Urba WJ, Baseler MW, Kopp WC, et al. Deoxycoformycin-induced immunosuppression in patients with hairy cell leukemia. *Blood.* 1989;73:38-46.

189. Kraut EH, Neff JC, Bouroncle BA, Gochnour D, Grever MR. Immunosuppressive effects of pentostatin. *J Clin Oncol.* 1990; 8:848-855.

190. Value of chemoprophylaxis and chemotherapy in early chronic bronchitis: a report to the Medical Research Council by their Working Party on trials of chemotherapy in early chronic bronchitis. *BMJ.* 1966;1:1317-1322.

191. Stott NC, West RR. Randomised controlled trial of antibiotics in patients with cough and purulent sputum. *BMJ.* 1976;2:556-559.

192. Sudhoff T, Arning M, Schneider W. Prophylactic strategies to meet infectious complications in fludarabine-treated CLL. *Leukemia.* 1997;11(suppl 2):S38-S41.

193. O'Brien S, Kantarjian H, Beran M, et al. Fludarabine and granulocyte colony-stimulating factor (G-CSF) in patients with chronic lymphocytic leukemia. *Leukemia.* 1997;11:1631-1635.

194. Itala M, Pelliniemi TT, Remes K, Vanhatalo S, Vainio O. Long-term treatment with GM-CSF in patients with chronic lymphocytic leukemia and recurrent neutropenic infections. *Leuk Lymphoma.* 1998;32:165-174.

195. Besa EC. Use of intravenous immunoglobulin in chronic lymphocytic leukemia. *Am J Med.* 1984;76(3A):209-218.

196. Chapel HM, Lee M. Immunoglobulin replacement in patients with chronic lymphocytic leukemia (CLL): kinetics of immunoglobulin metabolism. *J Clin Immunol.* 1992;12:17-20.

197. Cooperative Group for the Study of Immunoglobulin in Chronic Lymphocytic Leukemia. Intravenous immunoglobulin for the prevention of infection in chronic lymphocytic leukemia: a randomized, controlled clinical trial. *N Engl J Med.* 1988;319:902-907.

198. Griffiths H, Brennan V, Lea J, Bunch C, Lee M, Chapel H. Crossover study of immunoglobulin replacement therapy in patients with low-grade B-cell tumors. *Blood.* 1989;73:366-368.

199. Consensus on IVIG [editorial]. *Lancet.* 1990;336:470-472.

200. Chapel H, Dicato M, Gamm H, et al. Immunoglobulin replacement in patients with chronic lymphocytic leukaemia: a comparison of two dose regimes. *Br J Haematol.* 1994;88:209-212.

201. Jurlander J, Geisler CH, Hansen MM. Treatment of hypogammaglobulinaemia in chronic lymphocytic leukaemia by low-dose intravenous gammaglobulin. *Eur J Haematol.* 1994;53:114-118.

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

202. Molica S, Musto P, Chiurazzi F, et al. Prophylaxis against infections with low-dose intravenous immunoglobulins (IVIG) in chronic lymphocytic leukemia: results of a crossover study. *Haematologica.* 1996;81:121-126.

203. Hansen DA, Robbins BA, Bylund DJ, Piro LD, Saven A, Ellison DJ. Identification of monoclonal immunoglobulins and quantitative immunoglobulin abnormalities in hairy cell leukemia and chronic lymphocytic leukemia. *Am J Clin Pathol.* 1994;102:580-585.

204. Weeks JC, Tierney MR, Weinstein MC. Cost effectiveness of prophylactic intravenous immune globulin in chronic lymphocytic leukemia. *N Engl J Med.* 1991;325:81-86.

205. Besa EC, Klumpe D. Prophylactic immune globulin in chronic lymphocytic leukemia [letter]. *N Engl J Med.* 1992;326:139.

206. Boughton BJ, Jackson N, Lim S, Smith N. Randomized trial of intravenous immunoglobulin prophylaxis for patients with chronic lymphocytic leukaemia and secondary hypogammaglobulinaemia. *Clin Lab Haematol.* 1995;17:75-80.

207. Dicato M, Chapel H, Gamm H, et al. Use of intravenous immunoglobulin in chronic lymphocytic leukemia: a brief review. *Cancer.* 1991;68(6, suppl):1437-1439.

208. Chapel H, Brennan V, Delson E. Immunoglobulin replacement therapy by self-infusion at home. *Clin Exp Immunol.* 1988;73:160-162.

209. Yap PL. The viral safety of intravenous immune globulin. *Clin Exp Immunol.* 1996;104(suppl 1):35-42.

210. Centers for Disease Control and Prevention. Outbreak of hepatitis C associated with intravenous immunoglobulin administration—United States, October 1993-June 1994. *MMWR Morb Mortal Wkly Rep.* 1994;43:505-509.

211. Bresee JS, Mast EE, Coleman PJ, et al. Hepatitis C virus infection associated with administration of intravenous immune globulin: a cohort study. *JAMA.* 1996;276:1563-1567.

212. Mitra G, Wong MF, Mozen MM, McDougal JS, Levy JA. Elimination of infectious retroviruses during preparation of immunoglobulins. *Transfusion.* 1986;26:394-397.

213. Centers for Disease Control. Safety of therapeutic immune globulin preparations with respect to transmission of human T-lymphotropic virus type III/lymphadenopathy-associated virus infection [published correction appears in *MMWR Morb Mortal Wkly Rep.* 1986;35:607]. *MMWR Morb Mortal Wkly Rep.* 1986;35:231-233.

214. Chandra S, Cavanaugh JE, Lin CM, et al. Virus reduction in the preparation of intravenous immune globulin: in vitro experiments. *Transfusion.* 1999;39:249-257.

215. Centers for Disease Control and Prevention. Prevention of pneumococcal disease: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Morb Mortal Wkly Rep.* 1997;46(RR-8):1-24.

216. Huang LR, Chen FL, Chen YT, Lin YM, Kung JT. Potent induction of long-term CD8+ T cell memory by short-term IL-4 exposure during T cell receptor stimulation. *Proc Natl Acad Sci U S A.* 2000;97:3406-3411.

217. Arulanandam BP, Mittler JN, Lee WT, O'Toole M, Metzger DW. Neonatal administration of IL-12 enhances the protective efficacy of antiviral vaccines. *J Immunol.* 2000;164:3698-3704.

218. Jurlander J, de Nully Brown P, Skov PS, et al. Improved vaccination response during ranitidine treatment, and increased plasma histamine concentrations, in patients with B cell chronic lymphocytic leukemia. *Leukemia.* 1995;9:1902-1909.

219. Kenney RT, Sacks DL, Sypek JP, Vilela L, Gam AA, Evans-Davis K. Protective immunity using recombinant human IL-12 and alum as adjuvants in a primate model of cutaneous leishmaniasis. *J Immunol.* 1999;163:4481-4488.

220. Ahuja SS, Reddick RL, Sato N, et al. Dendritic cell (DC)-based anti-infective strategies: DCs engineered to secrete IL-12 are a potent vaccine in a murine model of an intracellular infection. *J Immunol.* 1999;163:3890-3897.

221. Pinilla-Ibarz J, Cathcart K, Korontsvit T, et al. Vaccination of patients with chronic myelogenous leukemia with bcr-abl oncogene breakpoint fusion peptides generates specific immune responses. *Blood.* 2000;95:1781-1787.

222. Betticher DC, Ratschiller D, Hsu Schmitz SF, et al. Swiss Group for Clinical Cancer Research (SAKK). Reduced dose of subcutaneous cladribine induces identical response rates but decreased toxicity in pretreated chronic lymphocytic leukaemia. *Ann Oncol.* 1998;9:721-726.

For personal use. Mass reproduce only with permission from Mayo Clinic Proceedings.

# Exhibit X
**(Declaration of Dr. Samra, 20-cv-4451, C.D. Cal.)**

1

## DECLARATION OF SHAMSHER SAMRA, M.D.

2    I, Shamsher Samra, declare as follows:

3    1.    I am an Assistant Professor of Clinical Medicine at University of
4  California, Los Angeles and a faculty member in the Department of Emergency
5  Medicine at Harbor-UCLA.  I work clinically in the LA County jails and participate
6  in jail reentry programs in Los Angeles County.  I am a physician trained in forensic
7  medical evaluations through Physicians for Human Rights.  I am a founding
8  member of both the Harbor-Hospital Based Violence Intervention Program and
9  Trauma Recovery Centers.  I completed by residency in Emergency Medicine at the
10  University of California, Los Angeles.  I received my M.D. from Harvard Medical
11  School.  Attached as Exhibit A is my curriculum vitae.

12    2.    COVID-19 is a serious disease that has reached pandemic status, and is
13  straining the health care systems around the world. As of May 14, 2020, at least
14  1.3 million people in the United States had received confirmed diagnoses of
15  COVID-19.  At least 83,000 people have died in the United States.  Approximately
16  71,000 of the confirmed cases were in California, with more than 2,900 having
17  died.[1]  These numbers will continue to increase, perhaps exponentially. Moreover,
18  these figures must be considered in light of nationwide shortages of COVID-19
19  tests, meaning the actual numbers are likely significantly higher than those reported.

20    3.    The Federal Bureau of Prison's website confirms that Terminal Island
21  has an inmate population above 1,000 but a rated capacity of only 779, indicating
22  that it is overcrowded.[2]  As of May 14, 2020, BOP's website reports that there are

23

24  ───────────────
[1]  Coronavirus Disease 2019, Centers for Disease Control and Prevention,
25  *available at* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-
26  us.html

27  [2]  Prison Rape Elimination Act Audit Report, Federal Bureau of Prisons, at page 6,
    *available at* https://www.bop.gov/locations/institutions/trm/prea_trm.pdf; Inmate
28  Population Breakdown, Federal Bureau of Prisons, *available at*

1  a total of 712 people at Terminal Island who are currently or were recently positive
2  for COVID-19, including 130 prisoners and 15 staff currently deemed positive, and
3  567 inmates reported as being "recovered" after previously testing positive.[3]  The
4  reported numbers change daily, and the BOP website does not show what criteria it
5  is using to consider someone "recovered."  On May 11, 2020, just four days ago,
6  BOP was reporting that more than 690 prisoners were currently positive for
7  COVID-19.  At least 8 prisoners have died at Terminal Island due to coronavirus.[4]

8       4.     COVID-19 is a novel respiratory virus. It is spread primarily through
9  droplets generated when an infected person coughs or sneezes, or through droplets
10 of saliva or discharge from the nose. There is no vaccine for COVID-19, and there is
11 no cure for COVID-19.  No one has prior immunity.  The only way to control the
12 virus is to use preventive strategies, including social distancing.

13      5.     The time course of the disease can be very rapid. Individuals can show
14 the first symptoms of infection in as few as two days after exposure and their
15 condition can seriously deteriorate in as few as five days (perhaps sooner) after that.
16 It is believed that people can transmit the virus without being symptomatic and,
17 indeed, that a significant amount of transmission may be from people who are
18 infected but asymptomatic or pre-symptomatic.

19      6.     COVID-19 causes serious illness, with overall case fatality rates in the
20 United States so far estimated at 5.8%.  An estimated 20% of those who become
21 infected and develop symptoms require significant medical intervention.  While
22 certain medical conditions increase the probability of death from infection,

23

_____

24 https://www.bop.gov/mobile/about/population_statistics.jsp

25 [3]  COVID-19, Federal Bureau of Prisons, *available at*
26 https://www.bop.gov/coronavirus/

27 [4]  COVID-19, Federal Bureau of Prisons, *available at*
28 https://www.bop.gov/coronavirus/

3649606.2

2

DECLARATION OF SHAMSHER SAMRA, M.D.

1 otherwise perfectly healthy people are also vulnerable to COVID-19 and may die as
2 a result. For example, adults age 20 to 44 account for 20% of all hospitalizations
3 and 12% of ICU admissions.[5]

4       7.      Treatment for serious cases of COVID-19 requires significant advanced
5 support. In particular, appropriate supportive care often requires ventilator
6 assistance for respiration and prone positioning if a patient's condition worsens
7 despite intubation and ventilation. Furthermore, hospitals across the country are
8 deploying a variety of drug regimens, including antivirals and imunomodulators, in
9 search of the most effective remedy against COVID-19. It is essential that patients
10 have immediate access to such advanced supportive care, because the condition of
11 patients who require hospitalization often deteriorates in rapid fashion. For
12 instance, approximately 50% develop hypoxemia (shortage of oxygen in the blood
13 or shortage of oxygen) by the eighth day. And as many as 29% develop Acute
14 Respiratory Distress Syndrome (ARDS).[6] In addition to being a very lethal
15 condition on its own, ARDS has a long and varied list of related complications that
16 are as equally fatal: blood clots, collapsed lung, infections, and scarring of lung
17 tissue.[7] In sum, for those individuals who experience more severe symptoms from
18 COVID-19, immediate and substantial medical intervention is required.

19       8.      The effects of COVID-19 are especially serious for people who are
20 most vulnerable. Vulnerable people include people over the age of 50, and those of
21

22   [5]  Coronavirus, COVID-19, Johns Hopkins Medicine, *available at*
23 hopkinsguides.com/hopkins/view/Johns_Hopkins_ABX_Guide/540747/all/Coronav
irus_COVID_19__SARS_CoV_2_#2
24
25   [6]  Coronavirus, COVID-19, Johns Hopkins Medicine, available at
hopkinsguides.com/hopkins/view/Johns_Hopkins_ABX_Guide/540747/all/Coronav
26 irus_COVID_19__SARS_CoV_2_#2

27   [7]  ARDS, Mayo Clinic, *available at* https://www.mayoclinic.org/diseases-
28 conditions/ards/symptoms-causes/syc-20355576

3
DECLARATION OF SHAMSHER SAMRA, M.D.

1  any age with underlying health problems such as—but not limited to—weakened
2  immune systems (which can be caused by a variety of conditions, including but not
3  limited to cancer treatment, smoking, and immune weakening medications),
4  moderate to severe asthma, diabetes, hypertension, serious heart and lung disease,
5  severe obesity,  liver disease, chronic kidney disease, and possibly pregnancy.[8]
6  While the CDC typically classifies only people 65 and older as vulnerable,
7  incarcerated individuals tend to be in poorer health than those in the general
8  population, justifying the use of an earlier cutoff in classifying people deemed
9  vulnerable to COVID-19.

10        9.      Although individuals in the above-described populations are most
11  vulnerable, even younger and healthier people can suffer severe consequences.  For
12  example, even healthier people who contract COVID-19 are susceptible to severe
13  strokes and may require supportive care, which includes supplemental oxygen,
14  positive pressure ventilation, and in extreme cases, extracorporeal mechanical
15  oxygenation.

16        10.     The full extent of long-term sequela on cardio and cerebrovascular
17  diseases and other organ damage is unknown at this time in light of the novel nature
18  of COVID-19.  However, preliminary evidence suggests COVID-19 may render
19  lasting organ damage in even minimally symptomatic or completely asymptomatic
20  patients.  For example, COVID-19 can severely damage lung tissue, which requires
21  an extensive period of rehabilitation, and in some cases, can cause a permanent loss
22  of respiratory capacity.  Furthermore, COVID-19 may target the heart muscle,
23  causing a medical condition called myocarditis, or inflammation of the heart muscle.
24  Myocarditis can affect the heart muscle and electrical system, reducing the heart's
25

26  _____
    [8]  Coronavirus Disease 2019, Centers for Disease Control and Prevention,
27  *available at* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-
28  precautions/people-at-higher-risk.html

1  ability to pump. This reduction can lead to rapid or abnormal heart rhythms in the
2  short term, and long-term heart failure that limits exercise tolerance and the ability
3  to work.

4     11.   In light of the above, an outbreak of COVID-19 could put significant
5  pressure on or exceed the capacity of local health infrastructure.  In the absence of
6  a vaccine and a cure, a significant number of people who are infected with the virus
7  will die.  Buttressing these concerns, it is not yet clear whether people who have
8  already been infected with COVID-19 gain immunity against future infection.  To
9  the extent that the health care infrastructure is overloaded, people will die
10  unnecessarily because necessary respirators and hospital facilities are unavailable.

11     12.   Public health authorities recommend a number of preventative steps to
12  help prevent or decrease the spread of COVID-19, with perhaps the most important
13  measure being social distancing.  However, as the CDC and BOP both appear to
14  acknowledge, correctional facilities are inherently limited in their abilities to
15  implement such measures.  For example, the BOP's modified operating directive is
16  inadequate, in part, because it only requires social distancing "as much as
17  practicable."[9]  Indeed, social distancing in ways that are recommended by public
18  health officials can be difficult, if not impossible, in prisons, placing people at risk,
19  especially when a facility is at or above population capacity.  Therefore, even if the
20  conditions at Terminal Island were ideal (which they are not) it would require
21  a monumental effort to ensure the safety of prisoners and staff.

22     13.   I understand the following to be allegations in the Complaint.  If these
23  allegations are confirmed true, the conditions at Terminal Island are deeply
24  concerning:

25        •     Terminal Island has a rated capacity of 779, but currently houses

26

27  [9]  Modified Operating Directive, Federal Bureau of Prisons, *available at*
28  https://www.bop.gov/coronavirus/covid19_status.jsp

3649606.2

1    over 1,000 prisoners.

2    • Terminal Island has nine residential units, five of which are large
3    communal open dormitories that house approximately 100-150
4    prisoners. Each of these dormitories contain long rows of double
5    bunk beds which are only 2-3 feet apart and not separated by
6    walls. Prisoners share communal bathrooms.

7    • Of the remainder, two residential units are double-occupancy
8    cells, where two prisoners share a room with beds only 2-3 feet
9    apart. Prisoners in the double-occupancy cells also share
10    communal bathrooms.

11    • Terminal Island staff have attempted to reduce overcrowding in
12    the residential units by moving prisoners into tents and
13    alternative housing units set up in warehouses. At least some of
14    these temporary units are unsanitary, with reports of broken
15    windows and ceiling leaks; infestations of rodents, bats, and
16    pigeons; no heat or running water; floors littered with feces; and
17    up to 60 prisoners sharing four sinks, four toilets, and four
18    showers.

19    • Only about half of staff are wearing masks. Masks were not
20    distributed to prisoners until late April. Prisoners are forced to
21    reuse a single cloth mask for at least one week. No other
22    personal protective equipment has been distributed. Only about
23    half of staff are wearing masks or other personal protective
24    equipment. Hand sanitizer also was not made available to
25    prisoners until late April.

26    • For weeks after its first positive cases, Terminal Island
27    maintained a policy of testing only symptomatic prisoners, even
28    though COVID-19 can be transmitted by asymptomatic or

3649606.2
6

1   pre-symptomatic individuals.  This policy did not change even
2   after April 15, 2020, when Terminal Island reported its first
3   COVID-19 related death.  Terminal Island only begin to test its
4   entire prisoner population on or around April 28, when over half
5   had already been confirmed as infected.  Aside from that one-
6   time test of the entire population, Terminal Island is not
7   conducting any further testing, including prisoners who may
8   have been exposed to infected persons or "recovered"
9   COVID-19 patients before they return to the general population.
10      •  Terminal Island's efforts to isolate infected persons originally
11      consisted of taking those who tested positive out of their
12      residential units and isolating them in separate buildings.  In
13      carrying out this attempt at isolation, Terminal Island has
14      frequently transferred prisoners, with one side effect being that
15      prisoners have been exposed to three or more cellmates or
16      bunkmates just within the weeks since the outbreak begin.  There
17      is now only one unit that has been  designated as "clean," or
18      reserved for persons who have tested negative for COVID-19.
19      •  Terminal Island's outbreak started with a single staff member.
20      By April 16, 2020, Terminal Island had 33 confirmed cases.
21      Within two weeks, that number had climbed by more than
22      1700%, with Terminal Island reporting 570 confirmed cases.  As
23      of May 10, 2020, approximately 60% of the prisoners had
24      received positive diagnoses for COVID-19, with eight having
25      died from complications relating to the illness.  BOP currently
26      reports that 130 prisoners at Terminal Island are positive and 567
27      prisoners are "recovered."
28      •  Terminal Island is a Care Level 3 medical facility, designed to

3649606.2                                7

DECLARATION OF SHAMSHER SAMRA, M.D.

1                        "provid[e] specialized or long-term medical or mental health care

2                        in a correctional environment."[10]  According to BOP guidelines

3                        on Care Level classification, "Care Level 3 inmates are

4                        outpatients who have complex, and usually chronic, medical or

5                        mental health conditions and who require frequent clinical

6                        contacts to maintain control or stability of their condition."[11]

7      14.    These conditions make it virtually impossible to ensure the safety of

8 prisoners who remain housed at the facility if the current course is maintained.

9 Even if the government made best efforts, effective social distancing is out of the

10 question.  Indeed, this combination of factors practically ensures that all remaining

11 prisoners will eventually contract COVID-19 unless extraordinary measures are

12 taken now.  As if more evidence were needed of Terminal Island's inability to

13 ensure the safety of its prisoners, more than 60% of them have recently tested

14 positive for COVID-19.  These failures are all the more alarming in light of

15 Terminal Island's classification as a Level 3 Care facility designated specifically for

16 prisoners who have chronic underlying conditions.

17      15.    Moreover, it is my understanding that BOP now contends that a

18 substantial number of the prisoners who recently tested positive have "recovered."

19 To the extent these prisoners have actually recovered from the illness, that does not

20 absolve the need for preventive measures.  In particular, it is not yet clear whether

21 people who have been infected develop immunity against future infection by

22 COVID-19.

23      16.    Furthermore, I do not know how BOP has decided which prisoners to

24

25 [10]  Prison Rape Elimination Act Audit Report, Department of Justice, at page 2, *available at* https://www.bop.gov/locations/institutions/trm/TRM_prea.pdf

26 [11]  Care Level Classification for Medical and Mental Health Conditions or

27 Disabilities, Federal Bureau of Prisons, at page 3, *available at*

28 https://www.bop.gov/resources/pdfs/care_level_classification_guide.pdf

1   classify as "recovered."  The need for continued rigorous preventive measures is
2   only heightened if BOP has not relied on appropriate methods for determining
3   whether prisoners have in fact recovered.  In an ideal scenario, an individual would
4   only be deemed "recovered" after testing negative.  Relying instead, for instance, on
5   patient reports of symptoms may not be sufficient in a correctional setting, where
6   prisoners may be reluctant to share information with staff.  Furthermore,
7   asymptomatic individuals can still be carriers of the disease.  And in a large
8   communal living space, where social distancing cannot be strictly adhered to,
9   individuals should be tested regularly in order to quickly identify and isolate anyone
10  who may contract COVID-19 before it spreads through the population.

11       17.    I have also reviewed the declaration submitted by Jacques Wilson, the
12  brother of a prisoner, Lance Wilson ("Wilson") housed in Unit F.  In addition to
13  some of the representations above, the declarant indicates that: (1) prisoners stand in
14  line "for some time" in the lobby to receive meals and medications and that during
15  this they are unable to practice social distancing; (2) Wilson has had asthma most
16  his life and has been diagnosed with hypertension while incarcerated, for which he
17  is prescribed the medications Lisinopril and Hydrochlorothiazide; (3) Wilson was
18  informed on May 1 that he tested positive for COVID-19 and experienced
19  migraines, body chills, and frequent sweating in his sleep, but has not had any
20  treatment, monitoring, or access to a physician to discuss his prognosis or treatment
21  options; and (4) Wilson has been left in his regular housing unit, where none of the
22  other prisoners who have tested positive for COVID-19 are receiving treatment or
23  consultations with physicians.

24       18.    Assuming these allegations are accurate, the health care delivery
25  system at Terminal Island is failing to provide the minimal level of acceptable care.
26  In addition to the noted failures to institute an effective regimen of social distancing,
27  Wilson's declaration highlights the failure to monitor prisoners and to treat those
28  who have become infected—and even worse, have displayed notable symptoms.

3649606.2                                    9

1  Wilson paints a grim picture indeed, of outright failure to provide access to
2  physicians or any modicum of treatment.  Particularly in light of Terminal Island's
3  status as a Level 3 Care facility, this is wholly inadequate.

4         19.    Furthermore, based on the conditions depicted in the allegations from
5  the Complaint and Wilson's declaration, it is questionable whether the healthcare
6  system at Terminal Island is even capable of responding to the dire situation it now
7  faces.  Indeed, vulnerable individuals—who comprise a larger portion of Terminal
8  Island's population than in the average prison—are at particularly high risk for
9  materially negative health consequences that will require aggressive and immediate
10  medical intervention.  As a result, the treatment load at Terminal Island will be
11  greater than normal, because more prisoners will require severe medical
12  intervention.  In the context of a very limited healthcare system at a prison facility
13  (and possible staffing shortages due to COVID-19 outbreak among staff), the
14  inability to swiftly identify those prisoners in need of substantial and proactive
15  medical intervention and either begin an appropriate treatment regimen or transport
16  them to a civilian hospital will only cause needless pain and deaths.  And this
17  additional strain on the healthcare system does not even account for the already
18  substantial strain that exists at a facility like Terminal Island, where many prisoners
19  require regular medical treatment for chronic underlying conditions.

20         20.    In light of the above, in my opinion BOP should take immediate steps
21  to dramatically downsize the population at Terminal Island, with priority given to
22  those at high risk of harm due to their age and health status and thus are likely to
23  require a disproportionate amount of medical resources. This will both allow
24  Terminal Island to implement more effective preventive and treatment measures
25  while simultaneously granting released or transferred prisoners access to minimally
26  acceptable living conditions.

27         21.    Perhaps most importantly, downsizing will allow for more effective
28  social distancing measures at Terminal Island while simultaneously reducing the

3649606.2                                              10

1  strain placed on prison staff by the need to monitor and treat prisoners.  Although
2  BOP has attempted to redress the overcrowding by way of temporary shelters, I am
3  informed that these makeshift dormitories are rife with sanitation problems that,
4  coupled with the communal living arrangement, means they are unlikely to
5  meaningfully slow or prevent the spread of COVID-19.  In light of the already high
6  infection rates at Terminal Island, any reduction in prisoner population will also
7  allow prison staff to more closely monitor the conditions of infected prisoners for
8  signs that immediate medical intervention is required.  Relatedly, the reduction in
9  population while implementing downsizing measures helps prevent overloading
10  prison staff such that they can continue to ensure the safety of incarcerated people.

11      22.    Furthermore, immediate downsizing that prioritizes prisoners who are
12  elderly and those with underlying health conditions reduces the likelihood they will
13  contract the disease (either for a first or subsequent time) or suffer severe medical
14  consequences as a result of being infected.  Reducing the spread and severity of
15  infection in a prison slows, if not reduces, the number of people who will become ill
16  enough to require hospitalization, which in turn reduces the strain on local
17  community resources and infrastructure.

18      23.    Downsizing from a facility with infection rates as high as Terminal
19  Island may be done safely, minimizing the risk of increasing infection rates in the
20  community.  In particular, it is imperative that prisoners be tested prior to release.
21  But even prisoners who receive confirmed diagnoses of COVID-19 may be safely
22  released to the community.  If they are asymptomatic, they must be required to self-
23  quarantine and follow other recommendations of public health officials.  If they are
24  experiencing symptoms, they will likely receive superior healthcare if released from
25  custody due to the present conditions at Terminal Island.

26      24.    The above measures, especially if implemented immediately, can slow
27  or stop the spread of infection (or re-infection) and ensure appropriate and proactive
28  treatment of infected prisoners, to the benefit of prisoners and staff and, ultimately,

1   the community at large.

2       25.    In addition to downsizing, and to the extent they are not already being
3   implemented, the following steps should immediately be mandated of the
4   Respondents in order to protect any prisoners who remain in custody:

5           a.    Social Distancing. The prison must ensure that prisoners are
6   able to maintain adequate social distancing during required or necessary activities,
7   such as collecting food, eating, and receiving medications.

8           b.    Immediate and Continued Testing. Patients (both staff and
9   prisoners) who require testing, based on public health recommendations and the
10  opinion of a qualified medical professional, should be tested for COVID-19,
11  including to the extent public health recommendations call for continued (or repeat)
12  testing of individuals who have previously been tested.

13          c.    Immediate Screening. Defendants must be required to screen
14  each employee or other person entering the facility every day to detect fever over
15  100 degrees, cough, shortness of breath, and/or exposure to someone who is
16  symptomatic or under surveillance for COVID-19 or screening as required by public
17  health authorities. A record should be made of each screening.

18          d.    Quarantine. The prison must establish non-punitive quarantine
19  for all individuals believed to have been exposed to COVID-19, but not yet
20  symptomatic, and non-punitive isolation for those believed to be infected with
21  COVID-19 and potentially infectious. Any individual who must interact with those
22  potentially or likely inflicted with COVID-19 must utilize protective equipment as
23  directed by public health authorities. In short, every possible effort must be made to
24  separate infected or potentially infected individuals from the rest of the incarcerated
25  population and each other.

26          e.    Institutional Hygiene. The prison must be required to provide
27  adequate disinfection of all high-touch areas and cells.

28          f.    Personal Hygiene. The prison must be required to provide hand

3649606.2                               12
                        DECLARATION OF SHAMSHER SAMRA, M.D.

1   soap, disposable paper towels, and access to water to allow prisoners to wash their
2   hands on a regular basis, free of charge and ensure replacement products are
3   available as needed.  Further, hand sanitizer with alcohol must be declassified
4   temporarily as contraband.  Correctional staff should be allowed to carry hand
5   sanitizer with alcohol on their person, and prisoners should be allowed to use hand
6   sanitizer with alcohol when they are in locations or activities where hand washing is
7   not available.  Prisoners should also be permitted daily access to showers and clean
8   laundry.  Correctional officers should be required to wear personal protective
9   equipment, consistent with the CDC guidance, including masks and gloves, when
10  interacting with any person or when touching surfaces in cells or common areas.
11  Finally, correctional officers should also wash their hands, use hand sanitizer, or
12  change their gloves both before and after interacting with any person or touching
13  surfaces in cells or common areas.

14          g.      Waive Copays.  There must be a waiving of copays for medical
15  evaluation and care related in any way to COVID-19 and/or its symptoms.
16  A waiver of these types of copays is necessary to avoid disincentivizing patients
17  from requesting medical treatment. Patients with symptoms of possible COVID-19
18  should be seen quickly.

19          h.      Personal Protective Equipment.  Those prisoners with a cough
20  should be provided masks as soon as they inform staff of this symptom or staff
21  notice this symptom.  Staff should also be required to wear facemasks, gowns or
22  other body coverings, eye protection, and gloves.

23          i.      Supply Chain.  The prison must be required to identify the
24  supplies and other materials upon which the institution is dependent, such as food,
25  medical supplies, certain medicines, cleaning products, etc., and prepare for
26  shortages, delays or disruptions in the supply chain.

27      26.    In sum, reducing the number of individuals imprisoned at Terminal
28  Island immediately is necessary for the health and safety of the prisons and our

1 | communities. This population reduction should begin with the most medically
2 | vulnerable which includes those over age 50 and those with CDC-defined
3 | underlying health conditions.

4 |     I declare under penalty of perjury under the laws of the United States that the
5 | foregoing is true and correct.

6 |     Executed May 15, 2020, at Los Angeles, California

7 |
8 |
9 |                                    SHAMSHER SAMRA, M.D.
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |